**INDEX OF EXHIBITS**

**Ex 1**, *Wixom Zoning Ordinance Excerpt*

**Ex 2**, *Wixom Future Land Use Map*

**Ex 3**, *Benson Email 10/1/25*

**Ex 4**, *11/18/25 City Council Minutes*

**Ex 5**, *Carlisle Wortman Memo 12/11/25*

**Ex 6**, *12/15/25 Planning Commission Minutes*

**Ex 7**, *1/21/26 Planning Commission Minutes*

**Ex 8**, *2/13/26 Letter to Planning Commission*

**Ex 9**, *Rassel Letter 2/13/26*

**Ex 10**, *2/18/26 Planning Commission Minutes*

**Ex 11**, *3/16/26 Planning Commission Minutes*

**Ex 12**, *Council Agenda 3/24/26*

**Ex 13**, *3/24/26 Council Minutes*

**Ex 14**, *Authorizing Resolution 2026-06*

**Ex 15**, *4/6/26 Planning Commission Minutes*

**Ex 16**, *Wixom One Memo 4/6/26*

**Ex 17**, *4/20/26 Planning Commission Minutes*

**Ex 18**, *K&S Engineers Letter 4/20/26*

**Ex 19**, *6/1/26 Proposed Text Amendments*

**Ex 20**, *6/1/26 Planning Commission Minutes-Draft Version*

**Ex 21**, *Rassel Letter 6/2/26*

**Ex 22**, *6/3/26 Notice of Public Hearing*

**Ex 23**, *6/3/26 Proposed Text Amendments*

**Ex 24**, *6/29/26 Planning Commission Minutes*

**Ex 25**, *Behrmann Text Messages 6/29/26*

**Ex 26**, *7/14/26 City Council Meeting Transcript – Excerpt*

**Ex 27**, *7/14/26 City Council Minutes*

**Ex 28**, *Behrmann Text 6/28/26*

**Ex 29**, *Behrmann Text 6/24/26*