# EXHIBIT 1

18.09.010 - Intent.

A. The general intent of the industrial districts is to provide for a range of industrial and office development divided into two districts that are appropriately located in the city for the following specific purposes:

1. To provide sufficient space, in appropriate locations, to meet the needs of the municipality's expected future economy for certain types of research, office, industrial, warehouse, manufacturing and related uses;
2. To protect abutting residential districts by separating them from manufacturing, warehousing and related activities, and by prohibiting the use of such industrial areas for new residential development;
3. To promote research, office and light industrial development that is free from danger of fire, explosions, toxic and noxious matter, radiation and other hazards and from offensive noise, vibration, smoke, odor and other objectionable influences;
4. To protect the most desirable use of land in accordance with the city of Wixom master plan while protecting the character and established pattern of adjacent development, and in each area conserving the value of land and buildings and other structures to protect the municipality's tax revenue base.

B. M-1 Light Industrial District. The M-1 light industrial district is designed primarily to accommodate research and development, corporate office and light industrial uses, including wholesale activities, warehouses and industrial operations whose external, physical effects are restricted to the area of the district and in no manner affect in a detrimental way any of the surrounding districts. The M-1 district is so structured as to permit, along with any specified uses, the manufacturing, compounding, processing, packaging, assembly and/or treatment of finished or semi-finished products from previously prepared material. It is further intended that the processing of raw material or shipment in bulk form, to be used in an industrial operation at another location, not be permitted.

C. M-2 General Industrial District. The M-2 general industrial district is designed primarily for manufacturing, assembling and fabrication activities including large-scale or specialized industrial operations whose external physical effects will be felt to some degree by surrounding districts. The M-2 district is so structured as to permit the manufacturing, processing and compounding of semi-finished or finished products from raw materials as well as from previously prepared material.

(Ord. 08-05 § 1 (part), 2008)

18.09.020 - Schedule of uses.

Use and development of land and buildings shall only be for the following specified uses, unless otherwise provided for in this title. Land and/or buildings in the districts indicated at the top of Table 9.02 may be used for the purposes denoted by the following abbreviations:

P: Permitted Use: Land and/or buildings in this district may be used for the purposes listed by right.

SLU: Special Land Use: Land and/or buildings in this district may be used for this purpose by obtaining Special Land Use approval when all applicable standards cited in Chapter 18.18, Special Land Use Review Requirements and Procedures and specific standards of Section 18.09.040 are met.

NP: Not Permitted: The use is not permitted in the district.

"Requirement" provides reference to additional requirements or conditions applicable to that specific use.

**Table 9.02**

**Schedule of Uses**

| Use | M-1 | M-2 | Requirement |
|---|---|---|---|
| **Manufacturing Uses** | | | |

| | | | |
|---|---|---|---|
| The manufacture, processing, compounding, assembling, packaging or treatment of finished or semi-finished products from previously prepared materials | P | P | |
| Heavy industrial uses such as blast furnaces, steel furnaces, blooming or rolling mills, smelting of copper, iron, or zinc ore, chemicals, and allied products manufacturing, lumber, and planing mills, manufacture of corrosive acid, or alkali, cement, lime, gypsum, or plaster of Paris and petroleum, or other flammable liquids, production, refining, or storage | SLU | SLU | Section 18.09.040 A |
| Printing and publishing | P | P | |
| **Transportation, Warehouse, Storage and Waste Handling Uses** | | | |
| Airports | SLU | SLU | Section 18.09.040 B |
| Commercial composting facilities | NP | SLU | Section 18.09.040 C |
| Garbage, refuse and rubbish transfer stations and incineration of garbage or refuse | NP | SLU | Section 18.09.040 D |

| | | | |
|---|---|---|---|
| Mini warehouses and storage buildings for lease to the public including the office and dwelling of a caretaker | SLU | SLU | Section 18.09.040 E |
| Outdoor storage of trucks, trailers, equipment, supplies, materials, finished and semi-finished products, building materials, sand, gravel, stone, lumber, contractor's equipment, and supplies and recreational equipment | SLU | SLU | Section 18.09.040 F |
| Uses of an office warehouse nature | P | P | |
| Warehouse, distribution and wholesale establishments | P | P | |
| **Office and R&D Uses** | | | |
| Design and development of computer hardware and software, data communications, information technology, data processing and other computer-related services. | P | P | |
| Hospitals, medical clinics and medical offices | SLU | NP | |
| Laboratories | P | P | |
| Office buildings for executive, administrative, clerical, drafting and sales | P | P | |

| | | | |
|---|---|---|---|
| Research, design, engineering, testing, diagnostics and pilot or experimental product development, including automotive, electronic device, manufacturing, materials and alternative energy technologies | P | P | |
| Veterinary clinics, including animal boarding | P | P | |
| **Commercial Retail and Service Uses** | | | |
| Banks, credit unions, savings and loan associations with or without drive-through facilities as an accessory use only | SLU | NP | |
| Central dry cleaning plants or laundries, provided that such plants shall not deal directly with retail customers | P | P | |
| Commercial kennels | P | P | |
| Commercial recreation establishments, arenas and stadiums | SLU | NP | Section 18.09.040 J |
| Greenhouses and garden/landscape supplies wholesale and retail sales | P | P | |

| | | | |
|---|---|---|---|
| Major automotive repair businesses such as engine rebuilding, paint and body shops, undercoating, rebuilding or reconditioning of motor vehicles and collision service | SLU | SLU | Section 18.09.040 G |
| Retail sales of: building/lumber/home improvement supply, stone, farm implements, recreational vehicles, mobile homes, boats, jet skis, mowing equipment, trucks, construction equipment and similar materials, including accessory outdoor sales and display | SLU | NP | Section 18.09.040 H |
| Personal service establishments, such as, but not limited to, repair shops (watches, radio, television, shoe, etc.), tailor shops, beauty parlors or barber shops, laundries or dry cleaners, printing or photographic reproductions, photographic, art or interior decorating studios | NP | NP | |
| Race tracks (including midget auto and karting tracks) and courses for motorcycles and off-road vehicles | SLU | NP | Section 18.09.040 I |

| | | | |
|---|---|---|---|
| Truck, automobile and equipment sales, rentals, storage, repair and towing services | SLU | NP | |
| Truck stops | NP | SLU | Section 18.09.040 K |
| **Public and Institutional Uses** | | | |
| Commercial television and radio towers and public utility microwaves, and public utility TV transmitting towers | P | P | Section 18.09.040 L |
| Conference centers, convention and meeting facilities and banquet halls | P | P | |
| Day care centers for children | P | P | |
| Heating and electric power generating plants | SLU | P | |
| Municipal buildings and uses; and public utility buildings, structures and uses including the following: | P | P | |
| 1. Telephone exchange buildings | | | |
| 2. Electrical transformer stations and substations | | | |
| 3. Gas regulator stations | | | |
| 4. Water treatment plants, reservoirs, sewage treatment and disposal plants | | | |

| | | | |
|---|---|---|---|
| 5. Water supply and gas tank holders | | | |
| Vocational, business, trade or industrial training schools and other types of technical training facilities | P | P | |
| **Accessory Uses** | | | |
| Retail uses accessory to wholesale and manufacturing establishments | P | P | Section 18.09.040 M |
| Accessory structures and uses customarily incident to the above permitted uses, provided such buildings and uses are located on the same zoning lot with a permitted use | P | P | |

(Ord. 08-05 § 1 (part), 2008)

(Ord. No. 2023-03, § 1, 12-12-2023)

18.09.040 - Standards applicable to specific uses.

Uses allowed in the industrial districts shall be subject to the following specific requirements applicable to that use. Uses shall require approval by the planning commission except for certain uses requiring city council approval as specified below:

A. Heavy Industrial Uses. Chemicals and allied products manufacturing, lumber and planing mills, primary metal industries including blast furnaces, steel furnaces, blooming, rolling mills, smelting of copper, iron, or zinc ore, manufacture of corrosive acid, or alkali, cement, lime, gypsum, or plaster of paris and petroleum, or other flammable liquids, production, refining, or storage shall be subject to the following:
    1. The site shall be located in the M-2 district or on an M-1 site that abuts the M-2 districts, but does not adjoin a nonindustrial district.
    2. The site shall be located a minimum of eight hundred feet from any residential district and three hundred feet from any other nonindustrial district.
    3. The operation shall be subject to appropriate measures to control the type of processes to prevent noxious results or nuisances, in accordance with Section 18.12.130.
B. Airports. Airports and heliports may be allowed with approval by the city council, after recommendation of the planning commission, subject to the following:

1. An airport shall not be located at the edge of an industrial district where it would abut land zoned or planned for residential use.
2. The use shall provide maximum compatibility to abutting uses and to the planned future uses as designated in the City of Wixom master plan for the immediate area.
3. Runway location and/or extension shall be reviewed relative to effects on residential areas.
4. Buildings and structures shall comply with all setback requirements of the M-1 district and shall be set back from all runways in accord with all Federal Aviation Administration regulations.
5. Traffic and parking for the proposed use shall be reviewed by the city engineer to ensure the adequacy of facilities. Parking locations for visitors will be required off the public right-of-way.

C. Commercial Composting Facilities. Commercial composting facilities shall be subject to the following:

1. The site shall have a minimum area of twenty acres;
2. Access to the facility shall be directly to a major thoroughfare with a planned right-of-way of one hundred twenty feet;
3. Stacking area for a minimum of five vehicles must be provided on site. Any area used for parking or unloading packaged compostable materials must be screened with a six-foot enclosure to prevent plastic or paper bagging materials from leaving the unloading area;
4. Active composting operations and storage of compostable and composted materials shall not take place closer than one hundred fifty feet from any boundary of the facility site. The setback from active composting and storage of compostable and composted materials shall be increased to five hundred feet from the boundary of any land zoned or used for residential purposes;
5. Individual windrows within the composting facility may not exceed six feet in height and ten feet in width as measured from the base. No portion of the composting mound shall be clearly visible from adjacent road rights-of-way;
6. Any composting facility operation shall be conducted in accordance with current standards established by the United States Environmental Protection Agency, the United States Department of Agriculture, the Michigan Department of Environmental Quality and other applicable government regulatory agencies. A composting facility designed for anaerobic composting shall not be permitted. Storing, discharging or depositing sewage, human wastes, wash water, garbage or other wastes shall be done in a manner which does not transmit disease. Depositing, storing or disposing of garbage, manure or any other wastes shall not attract vermin, insects or other pests or allow the wastes to become a breeding place for mosquitoes, flies or other disease-carrying insects. Offensive odors shall not interfere with the enjoyment of adjacent properties;
7. Storing or disposing of composting or compostable materials of any kind shall not pollute a water supply or contaminate surrounding land to the extent that public health is endangered. The surface water detained on the site shall be purified of contaminants before leaving the site or must be disposed of in accordance with the requirements of the Oakland County Health Division, Environmental Health Department;
8. The city may impose such reasonable conditions as it deems necessary to protect the public health, safety and general welfare from excessive noises, excessive traffic patterns, obnoxious and unhealthy odors, and any detrimental effects from the general operation of the composting facility.

D. Garbage, Refuse and Rubbish Transfer Stations or Incineration of Garbage or Refuse. Garbage, refuse and rubbish transfer stations or incineration of garbage or refuse may be allowed with approval by the city council, after recommendation of the planning commission, subject to the following:

1. The location, size and layout of the site, and its relation to streets giving access to it, shall be such that traffic to and from the use will not conflict with the normal traffic of the area.
2. The location, size, intensity, site layout and periods of operation must be designated to eliminate any possible nuisance that might be noxious to the occupants of any other nearby permitted uses, whether by reason of odor, dust, noise, fumes, vibration, smoke or lights.

3. Stacking area for a minimum of five vehicles must be provided on site. Any area used for parking or unloading packaged compostable materials must be screened with a six-foot enclosure to prevent materials from leaving the unloading area.
4. Overnight storage of any refuse material in the building shall be prohibited and the dumping or storage of any material on the site outside the building at any time shall be prohibited.
5. Storing or disposing of any kind shall not pollute a water supply or contaminate surrounding land to the extent that public health is endangered. The surface water detained on the site shall be purified of contaminants before leaving the site or must be disposed of in accordance with the requirements of the Oakland County Health Division, Environmental Health Department. All storage, processing and disposal areas shall be a minimum of one hundred feet from any wetland, drain or body of water.
6. Depositing, storing or disposing of garbage or wastes shall not attract vermin, insects or other pests or allow the wastes to become a breeding place for mosquitoes, flies or other disease-carrying insects. Offensive odors shall not interfere with the enjoyment of adjacent properties.
7. The city may impose such reasonable conditions as it deems necessary to protect the public health, safety and general welfare from excessive noises, excessive traffic patterns, obnoxious and unhealthy odors, and any detrimental effects from the general operation of such transfer station.

E. Mini Warehouses and Storage Buildings for Lease. Mini warehouses and storage buildings for lease to the public shall be subject to the following:
   1. Climate-Controlled Self-Storage Facilities: Mini warehouses and storage buildings for lease to the public shall be subject to the following:
      a. A minimum lot area of 2.0 acres.
      b. Climate-controlled self storage facilities may not front on the following roads: Wixom Road, Beck Road, and Pontiac Trail.
      c. No storage outside of the self-storage building shall be permitted.
      d. Climate-controlled self-storage shall meet all standards of Section 18.14.010, Architectural Design Requirements.
      e. Building setbacks shall comply with the standards of the underlying zoning district, as applicable. In addition to the setbacks noted above, the landscape buffer requirements found in Section 18.14.020 must be met.
      f. Adequate maneuvering space for fire safety vehicles shall be provided.
      g. No external access to storage units shall be permitted. Access shall be via internal aisleway internal to the building and demonstrated on a floor plan.
      h. No building shall exceed forty feet in height.
   2. Drive-Up Self Storage Facilities Mini Warehouses and Storage Buildings for Lease. Mini warehouses and storage buildings for lease to the public shall be subject to the following:
      a. A minimum lot area of 5.0 acres.
      b. Drive-up self storage facilities may not front on the following roads: Wixom Road, Beck Road, and Pontiac Trail.
      c. Outside storage as accessory use may be permitted by the planning commission during review of the proposal pursuant to Section 18.06.040 F.
      d. Drive-up self-storage facilities shall not be located adjacent to residentially used or zoned property.
      e. Side and rear yard building setbacks of not less than forty feet shall be provided. Ten feet of width of such yard shall be planted in materials sufficient to screen such yards from abutting uses. Side and rear yards may be reduced to thirty feet in width in those instances where a completely obscuring reinforced masonry wall not less than six feet high is provided along the entire side and rear yards. In addition to the setbacks noted above, the landscape buffer requirements found in Section 18.14.020 must be met.
      f. Buildings shall be spaced not less than thirty feet apart.

g. Exterior building walls visible from a public right-of-way or nonindustrial district shall be finished with brick or other high-quality masonry material.

h. Adequate maneuvering space for fire safety vehicles shall be provided.

i. The office and dwelling of a caretaker may be included on-site.

j. No building shall exceed forty feet in height.

F. Outdoor Storage. Outdoor storage of trucks, trailers, equipment, supplies, materials, finished and semi-finished products, building materials, sand, gravel, stone, lumber, contractor's equipment, and supplies and recreational equipment shall be subject to the following:

1. All outdoor storage uses shall be located within the rear yard or side yard.
2. Outdoor storage areas shall be located no closer than one hundred fifty feet from any street right-of-way. Outdoor storage areas shall comply with building setbacks of the district for all other yards.
3. The height of any item stored outdoors shall not exceed twelve feet. The planning commission may increase this standard if the storage area will not have a negative impact on surrounding properties and all storage is in accordance with the fire code requirements.
4. All storage facilities shall be enclosed within a building or within an obscuring wall on those sides abutting all residential, office or business districts, and on any yard abutting a public street. The extent of the wall may be determined by the planning commission on the basis of usage. The wall shall not be less than six feet in height, and may, depending on land usage, be required to be eight feet in height.
5. Landscaping shall be provided around the exterior boundary of the storage area. All planting plans shall meet the requirements of Section 18.14.020 and shall be subject to the approval of the planning commission.
6. All outdoor storage areas shall be paved with a permanent, durable and dustless surface and shall be graded and drained to dispose of stormwater without negatively impacting adjacent property; the planning commission may approve a gravel surface for all or part of the storage area for low intensity activities, such as landscape materials, upon a finding that neighboring properties and the environment will not be negatively impacted.
7. A dedicated fire lane through the storage yard shall be provided for emergency services.

G. Major Automotive Repair. Major automotive repair businesses such as engine rebuilding, paint and body shops, rebuilding or reconditioning of motor vehicles and collision service shall be subject to the following:

1. Outdoor storage of parts or materials shall be prohibited.
2. Vehicles shall not be allowed to be stored outside the building for more than forty-eight hours unless awaiting repair for which a work order, signed by the owner of the vehicle, is posted in the vehicle so as to be visible from outside the vehicle. The area to be used for vehicle storage shall be shown on the site plan.
3. Areas for off-street parking required for customer use shall not be utilized for the storage of vehicles awaiting repair.
4. All vehicle servicing or repair shall be conducted within an enclosed building.
5. Suitable containers shall be provided and utilized for the disposal of used parts and such containers shall be screened from public view. Used tire storage shall be limited to twenty-five tires and all tires shall be stored inside a building.

H. Outdoor Sales and Display. Outdoor sales and display (as a principal or accessory use) of: building/lumber supply, stone, farm implements, recreational vehicles, mobile homes, boats, jet skis, mowing equipment, trucks, construction equipment and similar materials or equipment shall be subject to the following:

1. Outdoor sales and display areas shall comply with building setbacks of the district.
2. Any stockpiles of soils, fertilizer or similar loosely packaged materials shall be sufficiently covered or contained to prevent dust or blowing of materials.
3. The planning commission may require additional landscaping, screening or ornamental fencing as appropriate to obscure the use from adjacent properties and the street.

4. All outdoor sales and display areas shall be paved with a permanent, durable and dustless surface and shall be graded and drained to dispose of stormwater without negatively impacting adjacent property. The planning commission may approve a gravel surface for all or part of the display or sales area for low intensity activities, upon a finding that neighboring properties and the environment will not be negatively impacted.

I. Race Tracks (including Midget Auto and Karting Tracks) and Courses for Motorcycles and Off-Road Vehicles. Race tracks and courses for motorcycles and off-road vehicles may be allowed with approval by the city council, after recommendation of the planning commission, subject to the following:

1. Race tracks shall be located on a parcel of land that is abutting land zoned for industrial purposes on all sides of the parcel in question and shall be adjacent to a major thoroughfare (with a right-of-way of one hundred twenty feet wide or greater). The boundaries of the site shall be located a minimum of three hundred feet from any residentially used or zoned property.
2. All access to the parking areas shall be provided from streets that have a right-of-way of no less than one hundred twenty feet in width.
3. All parking shall be provided as off-street parking within the boundaries of the development.
4. All sides of the development not abutting a major thoroughfare shall be provided with a twenty-foot greenbelt planting and fence or wall so as to obscure from view all activities within the development. The planting shall be in accordance with Section 18.14.020.
5. Because race tracks develop a concentration of vehicular traffic in terms of ingress and egress from their parking area and cause noise levels which may project beyond the property, they shall be subject to all other controls the planning commission deems necessary based upon the special land use standards of Chapter 18.18.

J. Commercial Recreation Establishments. Commercial recreation establishments, including both indoor and outdoor uses such as, but not limited to: batting cages, bowling alleys, courts and fields for activities including football, baseball, soccer, tennis, basketball; driving ranges; indoor archery and shooting ranges; skating rinks and arenas; swimming pools, outdoor splat ball, simulated war games and similar activities, may be allowed with approval by the city council, after recommendation of the planning commission, subject to the following:

1. Because it is of primary concern to the city to preserve large areas of industrial property for industrial uses, the city, when considering approval of such a use shall take into account the compatibility of the lighted outdoor commercial sports center with existing and future industrial development.
2. The use must be located within eight hundred feet of a major thoroughfare to maintain integrity of industrial parks.
3. The front, side and rear yard minimum building setbacks shall be fifty feet, which shall apply to all buildings, recreation activity areas, spectator seating and any other structural appurtenances.
4. Parking shall be either on the same lot or on lots under the same ownership and control within three hundred feet of the building or activity area it is intended to serve, measured from the nearest point of the building or use entrance to the nearest point of the off-street parking area.
5. In determining the number of parking spaces required to accommodate the recreation use, the city may take into account the hours of operation and types of activities conducted upon the site. The planning commission may require that a parking demand study be provided by the applicant.
6. The use and parking area shall be screened from adjacent major thoroughfares with berms and other approved landscaping. Internal landscape shall be provided as determined by the planning commission to define circulation routes, provide shade and to buffer and screen adjacent uses from noise, lights and other visual obstructions.
7. Devices for the transmission of broadcasting of voices or music shall be so directed as to prevent said sound from being audible beyond the lot lines of the site.
8. Whenever any such use abuts a residential district or use, a transitional buffer area shall be provided between all operations, buildings and structures, including fences, and the residential property. Landscaping, walls and/or fences shall be required as part of this buffer as determined by the planning commission. The width of buffer shall be as

determined by the planning commission based upon the nature of the use and the noise impact that the use may have on surrounding uses.

9. Storage buildings, restroom facilities, facilities for the sale and consumption of food, beverages and refreshments and other similar accessory uses shall comply with all standards of the city and other affected governmental agencies. The accessory facilities shall operate only during the hours of operation of the principal use of the property.
10. Any fencing proposed to enclose an activity must be vinyl-coated where visible from road right-of-way.
11. Provisions shall be taken to ensure that excessive dust, noise, traffic, lighting glare, and trespassing are not inflicted on adjacent properties.
12. Lighted outdoor commercial sports centers shall only be permitted on parcels of land zoned M-1 or M-2 that are surrounded by similarly zoned property on all sides, except a side abutting a major thoroughfare of one hundred twenty feet of right-of-way or greater. All lighting used to illuminate the area shall be installed so as to be confined within and directed onto the site.
13. Outdoor splat ball, simulated war games and similar activities shall not be located within two hundred feet of any residential dwelling or residential district. A setback of fifty feet for all activity areas on the site shall be provided.

K. Truck Stops. Truck stops shall be subject to the following:

1. Truck stops shall have all driveways to a major business street. Access from a side or residential street shall be prohibited.
2. Gasoline pumps and overhead canopies may be located within a yard adjacent to a street, provided that the canopy has a minimum setback of ten feet.
3. There shall be no outdoor storage or display of vehicle components and parts, supplies, or equipment or other merchandise.
4. All restroom doors shall be accessed from inside the building.
5. The design and materials of the canopy and support columns shall be compatible with the main building. The canopy clearance shall be a minimum of fourteen feet and shall be noted on the site plan.
6. Any signs, logo or identifying paint scheme on the canopy shall be reviewed by the planning commission and considered part of the maximum wall sign permitted.
7. Details on the canopy lighting shall be provided to ensure there is no glare on the public streets or adjacent property, and that lighting levels are in accordance with Section 18.14.040. Canopy lighting shall be recessed such that the light source cannot be seen from off site.
8. The applicant shall submit a pollution incidence protection plan (PIPP) as part of the site plan. The PIPP shall describe measures to prevent groundwater contamination caused by accidental gasoline spills or leakage, such as: special check valves, drain back catch basins and automatic shut off valves.
9. Vehicle repair must also meet the requirements of subsection G of this section.

L. Commercial Television and Radio Towers and Public Utility Microwaves, and Public Utility TV Transmitting Towers. Radio and television towers, public utility microwaves and public utility TV towers may be allowed with approval by the city council, after recommendation of the planning commission. The towers shall be centrally located on a continuous parcel that is of sufficient size that the tower will be setback from all lot lines a distance equal to one-half the height of the tower unless the tower is certified to collapse in place. This provision does not apply to wireless communication towers, which are subject to Section 18.12.110.

M. Retail Uses Accessory to Wholesale and Manufacturing Establishments. Wholesale and manufacturing establishments with limited retail uses shall be subject to the following:

1. Products retailed shall be a minor part of the principal use activity and shall not exceed ten percent of the gross floor area of the ground floor of the building.
2. No outdoor advertising of retail sales shall be permitted.

(Ord. 08-05 § 1 (part), 2008)

(Ord. No. 2023-03, § 1, 12-12-2023)

18.12.130 - Performance standards.

No use otherwise allowed shall be permitted within any district which does not conform to the following standards of use, occupancy and operation, which standards are established as the minimum requirements to be maintained within the area:

A. Smoke. It is unlawful for any person, firm or corporation to permit the emission of any smoke from any source whatever to a density greater than that density described as No. 2 on the Ringlemann Chart, provided that the following exceptions shall be permitted:

   1. Smoke, the shade or appearance of which is equal to but not darker than No. 3 on the Ringlemann Chart for a period or periods aggregating four minutes in any thirty minutes.
   2. Smoke, the shade or appearance of which is equal to but not darker than No. 3 on the Ringlemann Chart for a period or periods aggregating three minutes in any fifteen minutes, when building a new fire or when breakdown of equipment occurs such as to make it evident that the emission was not reasonably preventable.

   Method of Measurement. For the purposes of grading the density of smoke, the Ringlemann Chart as now published and used by the United States Bureau of Mines which is made a part of this title shall be the standard. However, the umbrascope readings of smoke densities may be used when correlated with the Ringlemann Chart.

B. Dust, Dirt and Fly Ash. No person, firm or corporation shall operate or cause to be operated, maintain or cause to be maintained, any process for any purpose, or furnace or combustion device for the burning of coal or other natural or synthetic fuels, without maintaining and operating while using said process or furnace or combustion device, recognized and approved equipment, means, method, device or contrivance to reduce the quantity of gas-borne or airborne solids or fumes emitted into the open air, which is operated in conjunction with said process, furnace or combustion device so that the quantity of gas-borne or airborne solids shall not exceed 0.20 grains per cubic foot of the carrying medium at a temperature of five hundred degrees Fahrenheit.

   Method of Measurement. For the purpose of determining the adequacy of such devices, these conditions are to be conformed to when the percentage of excess air in the stack does not exceed fifty percent at full load. The foregoing requirement shall be measured by the A.S.M.E. Test Code of dust-separating apparatus. All other forms of dust, dirt and fly ash shall be completely eliminated insofar as escape or emission into the open air is concerned. The building official may require such additional data as is deemed necessary to show that adequate and approved provisions for the prevention and elimination of dust, dirt and fly ash have been made.

C. Glare and Radioactive Materials. Glare from any process (such as or similar to arc welding or acetylene torch cutting) which emits harmful ultraviolet rays shall be performed in such a manner as not to be seen from any point beyond the property line, and as not to create a public nuisance or hazard along lot lines. Radioactive materials and wastes, including electromagnetic radiation such as X-ray machine operation, shall not be emitted to exceed quantities established as safe by the U.S. Bureau of Standards, when measured at the property line.

D. Fire and Explosive Hazards.

   1. In the M-2 general industrial district, the storage, utilization or manufacture of materials or products ranging from incombustible to moderate burning, as determined by the fire chief, is permitted subject to compliance with all other performance standards above-mentioned.
   2. The storage, utilization or manufacture of materials, goods or products ranging from free-to-active burning to intense burning, as determined by the fire chief, is permitted subject to compliance with all other yard requirements and performance standards previously mentioned, and provided that the following conditions are met:

      a.

The materials or products shall be stored, utilized or produced within completely enclosed buildings or structures having noncombustible exterior walls, which meet the requirements of the building code of the city.

b. All such buildings or structures shall be set back at least forty feet from lot lines, or in lieu thereof, all such buildings or structures shall be protected throughout by an automatic sprinkler system complying with installation standards prescribed by the National Fire Association.

c. The storage and handling of flammable liquids, liquefied petroleum gases and explosives shall comply with the rules and regulations as established by Act 207 of the Public Acts of 1941, as amended.

E. Noise.

1. The emission of measurable noises from the premises shall not exceed sixty decibels as measured at the boundary property lines. This provision shall apply in all districts except as specified in this section for the M-1 and M-2 industrial districts. A sound level meter shall be used to measure the level of the sound or noise. Sounds of very short duration, which cannot be measured accurately with the sound level meter, shall be measured by an impact noise analyzer.
2. M-1 District. In the M-1, light industrial district, the measurable noise emanating from the premises used for activities permitted shall not exceed seventy decibels during the normal work periods of between the hours of six a.m. and ten p.m. and shall not exceed sixty-five decibels during the sleeping hours of between the hours of ten p.m. and six a.m. as measured at the property lines. Noises shall be muffled so as not to become objectionable due to intermittence, beat frequency or high frequency.
3. M-2 District. In the M-2, general industrial district, the measurable noise emanating from the premises used for activities permitted shall not exceed seventy-five decibels during the normal work period or between the hours of six a.m. and ten p.m. and shall not exceed seventy decibels during the sleeping hours of between the hours of ten p.m. and six a.m., as measured at the property lines. Noises shall be muffled so as not to become objectionable due to intermittence, beat frequency or high frequency.

F. Vibration. Machines or operations which cause vibration shall be permitted in industrial districts, but no operation shall cause a displacement exceeding 0.003 of one inch as measured at the property line.

G. Odors. Creation of offensive odors is prohibited.

H. Wastes. All discharges to the city's publicly owned treatment works (sanitary sewer system) shall conform to appropriate regulations in the city wastewater disposal standards and regulations for the city's sewage disposal system as included in Ordinance No. 135, codified in Chapter 13.08 of Wixom Municipal Code.

(Ord. 08-05 § 1 (part), 2008)