# EXHIBIT 2




# MASTER PLAN

## FOR FUTURE LAND USE

## CITY OF WIXOM, MICHIGAN

Map Issue Date: August 14th, 2020