# EXHIBIT 3

**Ian Williamson**

| | |
|---|---|
| **From:** | Ian Williamson |
| **Sent:** | Friday, August 7, 2026 4:40 PM |
| **To:** | Ian Williamson |
| **Subject:** | FW: FW: City of Wixom Email on DC Use |
| **Attachments:** | image001.png; image002.png; FW: Wixom Land Site |

---------- Forwarded message ----------
From: "Carnegie, Brandon @ Southfield" <Brandon.Carnegie@cbre.com>
To: David Haut <dhaut@sansonegroup.com>, Jackie Haut <jhaut@sansonegroup.com>, Peter Kilty <pkilty@ekahndevelopment.com>
Cc: "Rogers, Peter @ Detroit" <Peter.Rogers@cbre.com>
Bcc:
Date: Wed, 1 Oct 2025 16:41:11 +0000
Subject: FW: Wixom Land Site

Team,

Please see note below from Wixom. Great feedback on the zoning if you did not already have this information.

**Brandon Carnegie**
Vice President
CBRE | Advisory & Transaction Services

2000 Town Center, Suite 2200 | Southfield, MI 48075
T +1 248 351 2054 | C +1 248 767 6069
brandon.carnegie@cbre.com

---

**From:** Drew Benson <dbenson@wixomgov.org>
**Sent:** Wednesday, October 1, 2025 12:27 PM
**To:** Carnegie, Brandon @ Southfield <Brandon.Carnegie@cbre.com>
**Cc:** Rogers, Peter @ Detroit <Peter.Rogers@cbre.com>; Matteo Passalaqua <mpassalacqua@cwaplan.com>
**Subject:** RE: Wixom Land Site

**External**

Brandon,

Good to hear from you, and hopefully things are going well on your side as well.

30625 S. Wixom is zoned M-1, Light Industrial. Per Chapter 18.09.020 - "Design and development of computer hardware and software, data communications, information technology, data processing and other computer-related services." Are a permitted use by right in M-1 zoning. Therefore, yes a data center is a permitted use there.

Let us know if you need anything else!

***Drew Benson***

Assistant City Manager & Director of Economic Development

WIXOM
· MICHIGAN ·

49045 Pontiac Trail

Wixom, MI 48393-2567

Office: 248-624-3280

E-mail: dbenson@wixomgov.org

www.wixomgov.org

*Office Hours: Mon-Thu, 7:15am-5:30pm*

---

**From:** Carnegie, Brandon @ Southfield <Brandon.Carnegie@cbre.com>
**Sent:** Wednesday, October 1, 2025 12:02 PM
**To:** Drew Benson <dbenson@wixomgov.org>
**Cc:** Rogers, Peter @ Detroit <Peter.Rogers@cbre.com>
**Subject:** Wixom Land Site

Drew, hope all is well. We are working on the potential data center deal as you know.

Are data centers a permitted use in the current zoning for the site below listed by Phil Sprague; controlled by Dennis Griffin?




**Brandon Carnegie**
Vice President
CBRE | Advisory & Transaction Services

2000 Town Center, Suite 2200 | Southfield, MI 48075
T +1 248 351 2054 | C +1 248 767 6069
brandon.carnegie@cbre.com

Details about the personal data CBRE collects and why, as well as your data privacy rights under applicable law, are available at **CBRE – Privacy Policy.**