# EXHIBIT 4

CITY OF WIXOM
49045 PONTIAC TRAIL
REGULAR CITY COUNCIL MEETING MINUTES
TUESDAY, NOVEMBER 18, 2025

Mayor Beagle called the meeting to order at 7:00 p.m., and the Pledge of Allegiance was recited.

Present:

| | |
|---|---|
| Mayor: | P. Beagle |
| Deputy Mayor: | T. Rzeznik |
| Councilmembers: | P. Behrmann |
| | K. Gottschall |
| | T. Gronlund-Fox |
| | N. O'Dea |
| | P. Sharpe |

AGENDA CHANGES:
Councilmember Gottschall requested discussion regarding data centers be added to the agenda as New Business #6.

City Manager Brown explained that the dollar figure(s) of $60,000 should be amended to $110,000 on New Business #5, the contract with Metro Environmental, Inc.

PUBLIC HEARING:

1.) Public Hearing to Solicit Community Input Regarding the Utilization of 2026 Community Development Block Grant (CDBG) Program Allocation.

Mayor Beagle read the rules for the Public Hearing, then opened the Public Hearing at 7:03 p.m.

Candy Hovarter from Meals on Wheels was asking the City of Wixom to consider Western Oakland Meals on Wheels when distributing their CDBG funding. She explained that the financial support would help pay for meals in the area. Last year they serviced 52 Wixom residents delivering about 8,000 meals. This program provides home-delivered meals to seniors who are unable to prepare meals for themselves. In addition, they provide pet food to those seniors that cannot afford to feed their animals. Considering many recipients were low-income and relied on this service not only for food but for regular wellness checks and social connection. With rising food costs and increased demand, they would like to secure some financial assistance to ensure they can continue to provide for the community.

George Robinson of St. Vincent de Paul hoped Wixom would support their organization so they could continue to provide funding to local residents and families. They have helped Wixom residents facing emergencies where they were behind on utility payments, rent, medical expenses, transportation, clothing, appliances, or needed temporary shelter. He stated the need has been greater over this last year because they have seen a 6-10% increase in rent prices.

Susan Erspamer of Hospitality House Food Pantry requested CDBG funding from Wixom so they could continue to serve the area. She said between January and October 2026, the food pantry served 1,600 households and 4,000 individuals. Considering the increase in food costs and potential shut down of SNAP benefits, they've seen an increase of 66% in new clients. She stated that their food pantry doesn't turn anyone away. She said the Thanksgiving program provides holiday dinner to 650 households. She thanked the children from St. William for donating their time to package the Thanksgiving Day meals.

Mayor Beagle closed the Public Hearing at 7:12 p.m.

Mayor Beagle acknowledged the student council from St. Williams of Walled Lake. He thanked them for attending the meeting and hoped they enjoyed their visit to the Wixom Police Department.

APPROVAL OF MINUTES:
CM-11-133-25: Moved and seconded by Councilmembers Sharpe and Gronlund-Fox to approve the City Council meeting minutes of October 28, 2025.

Vote: Motion Carried

CORRESPONDENCE:
1.) Planning Commission Regular Meeting Schedule for 2026

CALL TO THE PUBLIC: (None)

CITY MANAGER REPORTS:
1.) Fire Report – September 2025
2.) Police Report – September 2025

There were no questions or comments regarding either report.

CONSENT AGENDA:
CM-11-134-25: Moved and seconded by Deputy Mayor Rzeznik and Councilmember Sharpe to approved the Consent Agenda which included:

1.) Approval to receive and file:
    a.) Library Board Meeting Minutes from September 22, 2025
    b.) Joint Meeting Minutes of Council, Planning Commission, ZBA and DDA from September 29, 2025
2.) Recommendation to Approve the 2026 City Council Meeting Schedule and Authorize the City Clerk to Post this Schedule as Required by Section 5(2) of the Open Meetings Act (Public Act 267 of 1976)

Vote: Motion Carried

UNFINISHED BUSINESS: (None)

NEW BUSINESS:
1.) Recommendation to Authorize the Submittal of the 2026 Community Development Block Grant Program Allocation in the Amount of $48,527 with $3,640 for Public Services/Emergency Services and $3,639 for Public Services/Senior Services and $41,248 for Civic Center Improvements.

CM 11-135-25: Motion and seconded by Councilmembers Gronlund-Fox and Behrmann to approve the submittal of the 2026 Community Development Block Grant Program allocation in the amount of $48,527 with $3,640 for public services/emergency services and $3,639 for public services/senior services and $41,248 for Civic Center improvements.

Ms. Magee explained the Community Development Block Grant program provided funds for the purpose of renovating older homes, revitalizing neighborhoods, providing human services, or rebuilding community infrastructure that benefits low to moderate income residents. Considering there were federal regulations on how the funding must be allocated and they were only limited to one project and two public agencies, it was suggested CDBG

funds be used to support St. Vincent de Paul, Meals on Wheels and the Civic Center Loop pathway.

Councilmember Gronlund-Fox inquired about the recent changes in CDBG where they used to support four programs and now, they were supporting two. Ms. Magee said it's unfortunate but there seems to be changes to this program almost every year. She mentioned they could actually fund four agencies with a maximum dollar about of $3,500 each. They've opted to fund two agencies and give them double. They rotate the agencies yearly as that seemed to be fair.

Councilmember Sharpe asked about the Civic Center improvements and when did that get funded. Ms. Magee said it was funded in 2024, 2025 and 2026. This funding allowed the start of The Loop project.

Councilmember Gottschall realized these were difficult times for many people and wished they could fund all programming. He asked that administration continue to look for ways they could include the local charities in their events. He believed every event should benefit a local charity.

Mayor Beagle realized the City's hands were tied as to how these funds were allocated. He apologized to every organization that requested assistance but didn't get any. He wished they could service everyone.

Vote: Motion Carried

2.) Recommendation to Approve a Preliminary Site Condominium Plan Proposed as a Clustered Housing Development at 4038 W. Maple from Pine Cove Investments, LLC for the Development of 18 Single-Family Residential Lots on two Parcels totaling 9.375 Acres Zoned R-3 One-Family Residential, Parcel Identification Numbers 17-31-151-046 and 17-31-151-047, with Conditions as Recommended by the Planning Commission.

CM 11-136-25: Motion and seconded by Deputy Mayor Rzeznik and Councilmember Sharpe to approve a preliminary site plan condominium plan proposed as a clustered housing development at 4038 W. Maple from Pine Cove Investments, LLC for the development of 18 single-family residential lots on two parcels totaling 9.375 acres zoned R-3 One-Family Residential, parcel identification numbers 17-31-151-046 and 17-31-151-047, with conditions as recommended by the Planning Commission.

Mr. Passalacqua of Carlisle Wortman Associates said the application was for a proposed housing development on 9.35 acres of land at 4038 W. Maple Road in Wixom. He said the applicant was seeking clustered housing and Michigan law provided framework that gave locals authority to create their own cluster development ordinances. He explained that cluster developments allowed flexible, creative designs that were meant to preserve open space and natural features. Developers were allowed to propose housing lots that were denser than what was permitted under the underlying zone in exchange for preservation of natural features. This site in question was zoned R-3 (12,500 square foot lots). Under a permitted by right proposal, the site could be developed into 16 lots. The developer was requesting to develop 18 lots ranging from 6,900 square feet to 11,000 square feet in exchange for open space and natural preservation. He explained the design incorporated a walkable neighborhood with sidewalks and the landscape. The applicant was saving 44 on-site trees. He said the floor plans of the homes ranged from 2,000 to 2,500 square feet and would be three or four bedrooms. The preliminary site plan was reviewed by the Planning Commission in which they held a public hearing. The Planning Commission approved the preliminary site plan with a variety of waivers and modifications. If this plan

were to be approved by Council, the next step would entail the applicant submiting a revised Final Site Condominium Plans and going through final review by the Planning Commission and Council.

Councilmember Sharpe applauded the Planning Commission, Planning Consultant, Assistant City Manager, and the applicant for their flexibility in this project. It seemed residents came out to speak during the Public Hearing and the developer worked with them to make some adjustments. The work that was done by all just encouraged his support of the project because it came to them with very little baggage.

Councilmember Gronlund-Fox supported the project but asked the consultant to elaborate more on the open spaces near the property owner lot lines. Mr. Passalacqua said the way the lots were grid, there'd be a little but more susceptibility to private owners having the right to maybe clear that property completely. The area would be preserved as open space natural preservation. The applicant planned to go into a legal agreement with the City that would basically say that under no circumstances or incredibly limited circumstances could anything be done on those open spaces.

Councilmember Gottschall noted that residents commented they didn't want the sidewalk abutting their property. He wondered if that had been addressed. Assistant City Manager Benson said the applicant hasn't submitted revised site plans yet, but they would probably address that after they got approval from Council and prior to submitting final site plans to Planning Commission. Councilmember Gottschall mentioned the residents on Cameron Court were concerned with the trees for the detention pond to the northwest property. He questioned if there had been a commitment to what trees would be removed. Furthermore, he would like to set into place an agreement that private owners wouldn't remove the bunches of trees that act as screening along the lot lines within the eastern boundary of the development.

Councilmember O'Dea was curious if administration had any support or data that would show the need for the new construction within the community. It felt like over these last 6 months or so they've approved more housing. She was trying to be cautious considering the economy could decline and she would hate to see un-built homes, vacant homes or un-sold homes. She wanted to know if administration knew if there was a demand for housing.

Mike Noles of The Umlor Group said that it was fairly well accepted that they were 5 million houses underwater across the county nationwide. The reason being that the housing industry as a whole generated 1.5 – 2.2 million houses every year until 2008. In addition, every year they lost 400,000 houses from demolition, fire, flooding, etc. During the recession, the industry reduced the housing production down to 400,000 a year for five years resulting in being short 5 million houses. As time went on, they started to develop 1.5 million houses a year but that still couldn't fix the 5 million deficit which was why there was an increase in real estate values. He said that people didn't want to sell their homes or move knowing their taxes would reset and they would no longer have low mortgage interest. Considering nobody was selling, there was a demand for new building. He indicated that the developer met with the Cameron Court residents and listened to their objections and together they hoped to overcome some of their concerns. They talked about replanting trees, screening and green spaces. He mentioned that screening worked for the home owner and the developer the same because it added privacy for the homeowner and beauty to the development.

Mayor Beagle thanked everyone for the detailed report, presentation, resident response and looked forward to seeing the final site plan come together.

Vote: Motion Carried

**3.) Recommendation to Waive the Competitive Bid Process and Purchase the Extrication Package from MacQueen Equipment of Romeo, MI, in an Amount Not to Exceed $50,000 from Jaws of Life Account #401-336-978.356.**

**CM 11-137-25:** Motion and seconded by Councilmembers Gronlund-Fox and Behrmann to approve the recommendation to waive the competitive bid process and purchase the extrication package from MacQueen Equipment of Romeo, MI, in an amount not to exceed $50,000 from Jaws of Life Account #401-336-978.356.

Chief Geistler said they hoped to replace twenty-year-old extraction equipment that they were currently using. The new equipment would align with today's technology, incorporate ultra-high strength, and meet the new standard for crash testing. The equipment would be portable and battery operated with a run time of 45 minutes.

Deputy Mayor Rzeznik noted that this equipment was battery operated, he wondered how many charges could they get before it needed to be replaced. Chief Geistler said around 3,000 which would be plenty considering the infrequency they used them.

Vote: Motion Carried

**4.) Recommendation to Approve Sponsorship of One Applicant Through the Oakland Police Academy with $34,661 Funded as Follows: $17,359 from Desk Aides Account #101-301-703.377, $8,152 from Cadet Fringe Benefits Account #101-301-711.100, $3,000 from Uniforms Account #101-301-956.372 and $6,150 from Training Police Account #101-301-955.200**

CM 11-138-25: Motion and seconded by Councilmembers Sharpe and Gronlund-Fox to approve the sponsorship of one applicant through the Oakland Police Academy with $34,661 funded as follows: $17,359 from Desk Aides Account #101-301-703.377, $8,152 from Cadet Fringe Benefits Account #101-301-711.110, $3,000 from Unfirms Account #101-301-956.372 and $6,150 from Training Police Account #101-301-955.200.

Chief Langmeyer said they've budgeted to send three Service Aides to the police academy this year. They've already sent two so this would be the last. They wanted to get someone into the academy very soon considering they would have some vacancies coming in the future.

Deputy Mayor Rzeznik asked about these upcoming vacancies. Chief Langmeyer said one officer was moving on to the Southfield Police Department and some others were retiring. It was his desire to go after some more experienced officers.

Councilmember Sharpe asked how many years an officer would have to work by contract if they were put through the academy by the City of Wixom. Chief Langmeyer said that used to be three years but now it's four years.

Vote: Motion Carried

**5.) Recommendation to Award a Five-Year Contract, Three Base Years Plus Two Optional Years with 2% and 3% Increases, to Metro Environmental Services, Inc., of Walled Lake, MI, for Street Sweeping Not to Exceed $33,000 Annually and Sewer Inspection, Cleaning, and Repair Not to Exceed $110,000 Annually with $21,355 from Routine Maintenance – Material Account #202-441-976.050, $7,555**

**from Routine Maintenance Material Account #203-441-976.050, $4,090 from Street Sweeping Account #101-441-804-390, and $110,000 from Televising and Cleaning Account #590-538-960.000**

CM 11-139-25: Motion and seconded by Councilmembers Sharpe and Gronlund-Fox to award a five-year contract, three base years plus two optional years with 2% and 3% increases, to Metro Environmental Services, Inc. of Walled Lake, MI, for street sweeping not to exceed $33,000 annually with sewer inspection, cleaning, and repair not to exceed $110,000 annually with $21,355 from Routine Maintenance- Material Account #202-441-976.050, $7,555 from Routine Maintenance Material Account #203-441-976.050, $4,090 from Street Sweeping Account #101-441-804.390, and $110,000 from Televising and Clean Account #5-02-538.960.000.

Mr. Sikma apologized for the correction from $60,000 to $110,000 but as they were looking at preventive maintenance, they realized they needed to add the additional $50,000 for sewer cleaning because they wanted to do that over the next year. They tried to clean the entire sanitary sewer system every five to seven years and the added money would help to fund that. He explained that Metro Sewer and the City had a long-standing relationship and they've been very happy with their services. In addition to cleaning the sewer, they perform the City's street sweeping. They have found Metro Sewer to be reliable and respond quickly when there was an emergency.

Vote: Motion Carried

6.) Discussion Regarding Data Centers

Councilmember Gottschall was aware that data centers have become a hot topic in communities relatively close to Wixom. From what he's seen, data centers haven't been well received by the members of those communities. He thought a lot of the confrontation was due to the lack of planning and clear standards within the townships and cities. He hoped they could discuss or make plans to direct the City or Planning Commission to study data centers considering they were currently reviewing the master plan.

Deputy Mayor Rzeznik was aware of the interest for data centers and wondered if DTE could power them considering they had a difficult time powering our homes. He thought it was worth preempting while they were reviewing the City's Master Plan.

Councilmember Behrmann had listened to new stories about two local communities arguing whether or not DTE could power the data centers plus their communities. He recognized that DTE was a developer behind one data center. He was in favor of moving forward to determine where said data centers could be located within the City.

Mr. Benson explained that the data center designation withing our zoning ordinance predates current data centers; and therefore, believed they could further define data center within our ordinance. He said from our current ordinance, data centers were allowed in our M-1 and M-2 Industrial Districts. Currently, a data center site plan could be submitted or reoccupy an existing facility and convert it into a data center within M-1 or M-2 Industrial District. He indicated the City has received some interest in data centers, specifically, within some of our larger parcels in those designated areas. Right now, they did not have any specific standards outside of the general development standards to regulate it. He thought Wixom was pretty unique in that we had heavy infrastructure already in place because of the Ford Plant.

CM 11-140-25: Motion and seconded by Councilmembers Gottschall and Deputy Mayor Rzeznik to direct Planning Commission to review the City's zoning ordinance regulations as it relates to large scale data centers and provide recommendations back to City Council.

Councilmember Sharpe asked how long the Planning Commission had to review said ordinance. Councilmember Gottschall wasn't looking for something immediate but not a year from now. He would like it to be a reasonable time frame.

Vote: Motion Carried

CALL TO THE PUBLIC: (None)

CITY MANAGER COMMENTS:
City Manager Brown commended the City Clerk for receiving the Sunlight Award from the Michigan Fair Elections Institute for her work in building confidence within our election processes through demonstrating significant responsiveness and cooperation in addressing duplicate registrations. Also, he was proud to say that the DDA food drive has been successful and would continue through December 5, 2025. In addition, the Fire Department would collect food items at their Breakfast with Santa event on December 13, 2025. He was pleased to announce that two new employees started today; Finance Director Angie Rabb and City Hall Floater Lisa Johnson. He was pleased to have both of them and thought they would make great additions to the City.

Assistant City Manager Benson had no comments.

COUNCIL COMMENTS:
Councilmember Sharpe thanked the students from St. Williams for attending tonight's meeting. He thought they were so attentive and showed a lot of maturity.

Councilmember Behrmann also thanked the student council students. He congratulated the Clerk on the Sunlight Award. He noted the recent election for Mayor, City Council and Library Board Trustees. He congratulated those new members of Council and Library Board and welcomed Tia Gronlund-Fox and Mayor Beagle back for another term.

Councilmember Gottschall thanked the students from St. Williams for attending tonight's meeting. He asked that administration look at the safety path map on this website because it's outdated.

Councilmember Gronlund-Fox thanked the students that attending the meeting tonight, thanked those folks that recently voted in the local election and congratulated the Clerk on her recent award.

Councilmember O'Dea appreciated the attentiveness that the students demonstrated at tonight's council meeting. She was impressed that they all paid attention and were not playing on their devices. She congratulated the Clerk on her recent award and asked folks to encourage people to help one another for the holidays were coming up and there are so many people that needed help.

Deputy Mayor Rzeznik echoed the comments of dais. He thanked Ms. Monahan for bringing the students to tour the police station and sit through tonight's meeting. He hoped they got something out of it. He congratulated the Clerk on a successful election and receiving the Sunlight Award.

Mayor Beagle echoed the comments from his fellow members regarding the student council. He was impressed by their behavior for this was a long meeting. He said that he never doubted the Clerk would have a successful election and congratulated her on receiving the Sunlight Award. He thanked the voters for their support.

ADJOURNMENT:
The meeting was adjourned at 8:49 p.m.

Respectfully Submitted,

Crystal Opalko
City Clerk

**APPROVED: 12/9/2025**