# EXHIBIT 5

Carlisle | Wortman
ASSOCIATES, INC.

117 NORTH FIRST STREET SUITE 70 ANN ARBOR, MI 48104 734.662.2200 734.662.1935 FAX

**TO:** City of Wixom Planning Commission

**FROM:** Douglas J. Lewan, Community Planner

**DATE:** December 11, 2025

**RE:** Data Centers and the City of Wixom Zoning Ordinance

## Overview of Data Centers

Data centers are a land use that has been featured prominently in the media recently and if a community is not ready for an application to construct one, it can become quite controversial. So, what is a data center? Data centers house servers, storage, networking equipment, and supporting systems such as backup power and cooling. Modern facilities may require significant electrical power, water for cooling, and create noise from chillers and generators. This is a newer land use that communities are grappling with and one in which the City of Wixom zoning ordinance does not fully address.

## Review of City of Wixom Zoning Ordinance

The ordinance currently permits data-processing-type activities in industrial districts including "data communications, information technology, data processing, and other computer-related services" as a use permitted by right. However, it does not include a specific definition or dedicated standards for data centers. Site plan review provides some oversight, but likely not enough to evaluate power, water, noise, and fuel storage impacts.

## Adequacy of Current Ordinance

As noted, we believe that data centers are allowed by right in the City's industrial zones due to the broad language of the ordinance. The ordinance lacks clear requirements for utility capacity evaluation, water/cooling impacts, generator noise, security, and decommissioning. As data centers become more common and grow in size and intensity, the City should consider more detailed standards.

## Recommended Zoning Changes

- Add a definition of "Data Center" to clarify applicability.
- Make data centers a Special Land Use (SLU) in M-1 and M-2 districts.

- Require specific submittal items: utility capacity letters, electrical/water demand estimates, noise studies, generator and fuel storage plans, security plans, and decommissioning.
- Adopt measurable performance standards (noise limits, water limits, fuel storage caps).
- Consider infrastructure cost-sharing for off-site improvements.
- Consider the possibility of a Data Center Overlay district for locations that the City would want to target for this use.

**Example Ordinance Language**

The following conceptual language could be incorporated into the City of Wixom Zoning Ordinance. This of course is a broad overview, and more detail would be developed upon the direction of the City.

*Definition:*
Data Center: A facility whose primary function is to house computer servers, data storage systems, telecommunications equipment, and supporting infrastructure for data processing and communications. Does not include incidental server rooms accessory to another use.

*Special Land Use designation:*
Data Centers — SLU in M-1 and M-2.

*Special standards:*
Applicants must submit the technical studies and plans listed above and provide mitigation for off-site utility impacts.

**Bottom Line**

Based on the current open-ended description of information technology and data processing that would allow data centers as a use that is currently permitted by right, we recommend that the City add a clear definition, require Special Land Use approval, and adopt tailored impact-mitigation standards to responsibly review and regulate data centers.

Upon the direction of the Planning Commission and City Council we are ready to begin to draft an amendment to the Zoning Ordinance that will help to address this new and sometimes controversial land use.

Sincerely:

**CARLISLE/WORTMAN ASSOC., INC.**
**Douglas J. Lewan, AICP, PCP**
**Principal**

**Carin's Detroit Business**

**Real estate companies gear up for the data center boom**

December 02, 2025 05:46 AM

If there's one thing to know about the controversy surrounding an enormous new data center proposed just outside of Ann Arbor, it's this: There are almost certainly more of them to come.

Real estate companies are taking notice of the demand, devoting huge chunks of their efforts to working on data center projects. For some architecture and engineering firms, data centers represent tens of millions of dollars in revenue each year, with a couple of firms topping $100 million in 2023, according to Building Design + Construction's 2024 Giants report.

According to a report from Toronto-based Colliers International Inc., which has its local office in downtown Royal Oak, some $57 billion in data center deals were closed last year, along with another $29 billion worth pending. That's double the $26 billion recorded in 2023, and something like $5 trillion is expected in the next five years, according to Blackstone research.

Demand for services like AI and streaming television as well as remote work has supercharged companies' need for computing power, even as the regulatory framework for data centers' use of power and water sparks concern among experts and the general public.

"It's insane that we don't have any regulations over social media companies or AI companies in any way," said Liesl Eichler Clark, director of climate action engagement in the School for Environment and Sustainability at the University of Michigan and a former director of the Environment, Great Lakes and Energy Department in Gov. Gretchen Whitmer's administration.

"It seems like a huge experiment we're doing."

Although data centers are by no means a new concept — they are effectively just nondescript buildings with computer servers inside — they have become more prevalent, and more controversial, as they have grown in scale, complexity and demand on utilities.

The data center proposed for Saline Township would be larger than Somerset Collection mall in Troy and sit on a property larger than the former Pontiac Silverdome, Palace of Auburn Hills and Joe Louis Arena sites combined. Ultimately, Austin, Texas-based Oracle Corp. would lease the computing power to ChatGPT creator OpenAI. Dallas-based Related Digital, an offshoot of New York City-based Related Cos., would develop the 250-acre site, which is part of a larger 575-acre farmland property.

In industry speak, it's what's known as a hyperscaler — emphasis on the prefix "hyper." It could consume some 1.4 gigawatts of power at full capacity. By comparison, the Hoover Dam generates about 2 gigawatts.

"When you see the size of one of these hyperscale data centers, you stop for a moment because these are not simple buildings," said Tommy Zakrzewski, principal and director of building engineering physics in the Chicago office of Dallas-based architecture firm HKS Inc., which works

on data center projects globally. “These are massive infrastructure that’s going in all over the United States, all over the world.”

The hyperscale data centers — used by the Oracles, Googles, Metas and Amazons of the world — are by far the largest, and perhaps most controversial, kinds of data centers, of which there are generally four buckets.

A micro or modular data center can be as small as 5,000 square feet with 10 server racks. Facilities like that can be tucked into existing buildings, making the general public scarcely aware of their presence. They can use 100-150 kilowatts of power.

Enterprise data centers tend to range from 5,000 to 20,000 square feet and can have between 500 and 2,000 servers, Zakrzewski said. Edge data centers can be up to 100,000 square feet and can be equated to a last-mile distribution center for high-intensity data needs by streaming companies or others. Those can require anywhere from 500 megawatts to 2 kilowatts.

Then come what Zakrzewski refers to as the “XL” data centers: hyperscalers and co-locators.

Hyperscalers are used by one company, while co-locators are almost like a data center WeWork, where servers are leased out to multiple companies, not just one. Think of buildings with 200,000 or more square feet — and many times, multiple buildings — containing 5,000 or more servers drawing at least 40 megawatts of power. They can draw up to 100 megawatts.

“I gasp sometimes because that is an incredible amount of energy for a single user,” Zakrzewski said.

It’s not just power. In many cases, huge amounts of water are needed to cool the server equipment, which produces large quantities of heat. For some data centers, the water consumption is on the magnitude of 5 million gallons per day — the equivalent of the daily usage of a town of up to 50,000 people, according to some estimates.

The spaces tend to be leased rather than owned, Zakrzewski said, but the bottom line is, well, the bottom line.

"Colocation offers a more cost-effective approach to their mission/services than building and maintaining their own data centers," he said. "There's a tipping point, for sure, but rarely do we see these digital companies developing their own data centers at the similar scale and size of the colocation/hyperscale data centers. Digital companies typically move towards colocation for rapid deployment, robust security, exponential scalability, better performance and sustainability, managed services and hybrid cloud strategies."

For Eichler Clark, there are four primary concerns: community engagement and transparency; energy use; water use; and regulation of AI.

“The trick is that communities are struggling with the last question, and they can't handle the other questions because they're rightfully stuck on, ‘Are robots going to take our job?'” Eichler Clark said.

The Saline project, dubbed Project Mitten as part of the 1.4-gigawatt Stargate campus, clocks in at some $7 billion. Detroit-based DTE Energy Co., which would supply the electricity, is looking for expedited regulatory approval of 19-year contracts with Green Chile Ventures, an Oracle subsidiary.

Oracle's project is one of at least 10 other new or expanded data center projects in the works in Michigan. The University of Michigan and Los Alamos National Laboratory have plans for a new facility, although not a hyperscaler, in Ypsilanti Township, and there has been a proposal in Howell Township for a Fortune 100 tech company's new data center, though it has been met with resistance. Meta is reportedly the company behind that project.



By Kirk Pinho

Kirk Pinho is a senior reporter covering commercial real estate. Since joining Crain's Detroit Business in 2013, he has written about leasing, development and property sales in Detroit and its suburbs, as well as the industry's trends, personalities and quirks.