# EXHIBIT 6

APPROVED
JANUARY 21, 2026

**CITY OF WIXOM**
**49045 PONTIAC TRAIL**
**PLANNING COMMISSION MEETING**
**MONDAY, DECEMBER 15, 2025**

The meeting was called to order by Chairman Day of the Planning Commission at 7:00 p.m. at which time allegiance was pledged to the American flag.

**PRESENT:** William Day (Chairman), Cheryl Tacy, Michael Dornan, Vanessa Willett and Mark Lada
**ABSENT:** Sandro Grossi (Excused) and Todd Buck (Excused)
**OTHERS:** Matteo Passalacqua (Carlisle Wortman Associates) [City Planner], Drew Benson (Assistant City Manager) and Nancy Fisher (Recording Secretary)

**Determination of a Quorum:**
A quorum of the Planning Commission was present for this meeting.

**Agenda:**
No additions or changes were made to the agenda.

**Approval of the December 1, 2025 Planning Commission Meeting Minutes:**
**MOTION** and seconded by Commissioners Lada and Willett to approve the December 1, 2025 Planning Commission Meeting Minutes.

**VOTE:** **MOTION CARRIED**

**Correspondence:**
1. City Manager Report – December 9, 2025

**Call to the Public:**
There were no comments made by the public.

**Unfinished Business:**
There was no unfinished business listed on the agenda for this meeting.

**New Business:**
1. **DISCUSSION – MASTER PLAN DRAFT, FUTURE LAND USE MAP & MIXED USE DESIGNATIONS**:

Mr. Passlacqua noted that tonight's discussion circles back on the Future Land Use chapter and map from the previous Planning Commission discussions. He made edits based on their prior conversations. He further defined the Mixed Use categories and broke them up into two: Residential Commercial and Industrial Commercial. That is further defined as Areas A-D on the maps. Text edits were also made. The sections that were completely rewritten were the Introduction, Neighborhood Business (now 'Neighborhood Corridor'), General Business (now 'General Corridor') and Village Center Area (VCA) which was broken down into three subsections for zoning. IRO, Light Industrial and Parks and Preservation were slightly edited. He asked for the Commissioners' feedback with regard to his edits thus far.

Commissioner Tacy asked about the second sentence on page 7 that pertains to concentration of the VCA uses. She believes the language is off. Mr. Passalacqua said that they would like to fill retail vacancies in the VCA first. They want to free up the use there. It is in regard to the Neighborhood corridor parcels. Mr. Benson said that the limited shape and changing retail environment were supposed to be closer together. Commissioner Tacy noted that she agrees with the intent but that for her the way it is framed presents a grammatical issue for her. She also inquired about the wording contained on page 5 pertaining to the VCA transition regarding the continuum of use intensity. Should the word 'sited' be changed to 'situated' or 'placed'? Chairman Day agreed that that whole paragraph is really hard to follow.

Mr. Passalacqua noted that the single-family residential, multi-family residential, manufactured housing and freeway service were not changed and are a pretty good carryovers for the next 5 years. The Planning Commissioners said that they are okay with that.

Mr. Passlacqua noted that they proposed new text regarding existing land use trends over the last 5 years and Mixed Use areas (Industrial and Commercial) along with the zoning plan. Do the Commissioners have any changes or concerns with that? The Planning Commissioners said that they do not. Chairman Day likes the campus-like atmosphere and wishes we could add that.

Mr. Passalacqua said that he broke out the Mixed Use designations. Commercial residential pertains to the three retail centers that they want to have some flexibility over and then the General Business future land use and Light Industrial future land use on the Total Sports complex. They added specific language to Part C. Also, the dead end Twelve Mile area near Grand River was edited to allow for flexibility with an eye toward aesthetics from the freeway. Mr. Benson said that the current Master Plan had mixed use flexibility for Commercial and Industrial for the former Ford plant and for the Alpha Drive/Beck Road area. They want to expand that same level of flexibility to the Twelve Mile and Total Sports pieces.

Chairman Day asked whether W. Maple Road east of Wixom Road is designated Neighborhood corridor. Mr. Passalacqua noted that it is low intensity to the south up until the Timber Ridge project but then switches. The orange line on the schematic is the DDA boundary.

Commissioner Dornan said that he looked at the existing Zoning Map. He is surprised at the zoning south of Pontiac Trail and south of the West Road/Wixom Road intersection and properties along Wixom Road all the way to I-96. He looked at Wixom Motors which is zoned B-3 and the Marathon station also. What was done previously is bad planning. The Future Land Use Map shows the property south of the Marathon station containing two parcels which were rezoned to B-3 from Light Industrial. Mr. Benson said that idea was thrown out previously and that there were discussions about limiting commercial uses and specifically those two parcels could be a better fit. Commissioner Dornan noted that going forward by looking through a rearview mirror is a huge error. He believes we can admit that we were previously wrong including the spot along Wixom Road. Mr. Benson said that the bigger picture is eliminating the Industrial Services zoning district. Industrial Services is a commercial district. B-3 is more flexible. The intent is that the Industrial Services parcel would go to B-3. Commissioner Dornan asked whether that allows for gas stations and drive-throughs. Mr. Benson noted that Industrial Services allows for those as well. Commissioner Dornan said it should be left as Light Industrial or Industrial Services. Mr. Benson said those are two separate issues. The last conversation was future land using those two B-3 parcels back to Light Industrial which allows for flexibility if someone wants to rezone them back to Industrial. If you do not future land use it to Industrial, there is no justification if someone brought that proposal. The Master Plan does not support that. Mr. Passalacqua mentioned that would be the best of both worlds to rezone it as is. Someone could come forward with a feasible proposal for retail development. There was a site plan approved and extended a few time but there are no current permits. If someone wanted to buy the dilapidated non-conforming truck lot that is zoned Industrial along with the other two and put up a nice facility they would have the ability with the Master Plan to approve the rezoning and that project.

However, if those are future land used as Commercial, it would be harder to do the rezoning. Those would have been rezoned prior to COVID. The retail landscape is changing quickly.

Commissioner Dornan believes in starving that corridor along Wixom Road with retail and pushing more Light Industrial because that is what the VCA feeds on and then driving people down into the VCA.

Commissioner Lada is confused. What do we lose by having it zoned as currently proposed versus the suggested change in terms of buildability? Mr. Benson said that the future land use guides the rezoning map but they are not the same. Commissioner Lada asked what is lost by proposing that change. Is there a business that wants to build there but cannot? Mr. Benson said there is not. Commissioner Lada noted that it opens it up more. They have moved almost all the junk cars out of there. Mr. Benson said that they have cleared 14 acres in the back and that area is now up for sale. They wanted to present this to the Planning Commissioners. Commissioner Lada wants to make sure that what is proposed under 'D' opens up enough opportunities for someone to do something in that spot because it such a challenging spot. Mr. Benson noted that the City does not have water service that runs that whole stretch and that residential uses do not make sense there. You could go straight Industrial. Mr. Passalacqua noted that that area can allow higher intensity commercial uses such as outdoor storage, automotive or recreational vehicle sales with Light Industrial uses if properly screened and provision of a high-quality appearance from the freeway. The use interest in that area has been tilted more toward Light Industrial over any commercial uses and their hands have been tied from an interpretation perspective.

Mr. Passalacqua hopes to have a full draft of the Master Plan to Staff by mid-January and then get it back to the Planning Commission probably sometime in February.

## 2. DISCUSSION – LARGE SCALE DATA CENTER REGULATIONS

Mr. Passalacqua noted that City Council showed some interest in firming up the City's Ordinances regarding data centers since it has been a hot topic lately. Mr. Benson noted that he asked the City Planner to provide a general overview which is contained in the memo contained in tonight's meeting packet which was furnished to the Commissioners. He noted that data centers can generate noise and use up a lot of utilities. They can be large in scope. Someone could interpret it as a permitted use in M-1 or M-2 areas. Data center applicants have made claims but there has been reasonable pushback because they did not exist 20-30 years ago. There may be some plausible cause for use by right. The Commissioners can amend the Ordinance to clearly define data centers, make them a special land use and/or develop specific regulations and require additional reporting.

Mr. Benson said the City will likely only see data centers on sites over 20 acres in size. Wixom's largest available site is 70 acres. The one north of Pontiac Trail is 40 acres and there is another site that is 35 acres. If CSX ever sold off part of its site, that could be a 100-acre parcel or there is the remaining Ford Motor property. Do the Planning Commissioners have an interest in tightening up their regulations regarding setbacks? How concerned are they? What do they want to look at?

Commissioner Tacy believes they should follow up the Planner's suggestions regarding defining data centers as well as creating standards. She favors making them a special land use. Mr. Benson noted doing so would invoke a formal notification process. Commissioner Lada would like to see significant setbacks. Mr. Benson noted that would only disqualify two of the above-referenced properties in the City.

Commissioner Willett said that it is a good idea to clarify it and have more control since data centers are going up everywhere. The smaller parcels; i.e., 20 acres, are not as appealing for this use especially since many of them require a separate substation. She does not think it is a huge issue. The applicant would have to meet all the design requirements. She has visited multiple data centers and they are pretty well done. Many of the generators are housed. The water use is a problem unless the Environmental Protection Agency (EPA) regulates it.

Commissioner Lada asked about fire safety. Do they require special equipment on behalf of the Fire Department? Commissioner Willett said these buildings are pretty big. Mr. Benson said that he will verify the equipment issue with the City's Fire Chief. He noted that electrical batteries are a bigger issue because those fires cannot be extinguished. He did note that a developer has approached the City expressing interest in marketing their site for data center usage because the City does not use well water. If the municipal contract says that they cannot supply that much water, they can renegotiate that. That is why Wixom will not see a 2 million square foot data center.

Commissioner Willett said that a lot of the grant funding and tax benefits for data centers are going away. To get these things up and running takes a couple years of planning.

Mr. Passalacqua said that he will draft some preliminary Ordinance language for data centers based on tonight's discussions.

**Call to the Public:**
There were no comments made by the public.

**Staff Comments:**
Mr. Benson said that the first Planning Commission meeting in January will be cancelled but that there will likely be a meeting in late January.

Mr. Passalacqua thanked all the Commissioners for their hard work and diligence.

**Commission Comments:**
Chairman Day and Commissioner Tacy wished everyone happy holidays.

**ADJOURNMENT:**
This meeting of the Planning Commission was motioned and adjourned at 7:38 p.m.

Nancy Fisher
Recording Secretary