# EXHIBIT 7

APPROVED
FEBRUARY 18, 2026

**CITY OF WIXOM**
**49045 PONTIAC TRAIL**
**PLANNING COMMISSION MEETING**
**WEDNESDAY, JANUARY 21, 2026**

The meeting was called to order by Chairman Day of the Planning Commission at 7:00 p.m. at which time allegiance was pledged to the American flag.

**PRESENT:** William Day (Chairman), Cheryl Tacy, Michael Dornan, Todd Buck, and Mark Lada
**ABSENT:** Sandro Grossi (Excused) and Vanessa Willett (Excused)
**OTHERS:** Matteo Passalacqua (Carlisle Wortman Associates) [City Planner], Drew Benson (Assistant City Manager) and Nancy Fisher (Recording Secretary)

**Determination of a Quorum:**
A quorum of the Planning Commission was present for this meeting.

**Agenda:**
No additions or changes were made to the agenda.

**Approval of the December 15, 2025 Planning Commission Meeting Minutes:**
**MOTION** and seconded by Commissioners Dornan and Lada to approve the December 15, 2025 Planning Commission Meeting Minutes.

**VOTE:** **MOTION CARRIED**

**Correspondence:**
1. City Manager Report – January 13, 2026

**Call to the Public:**
There were no comments made by the public.

**Unfinished Business:**
There was no unfinished business listed on the agenda for this meeting.

**New Business:**
1. **2026 ELECTION OF OFFICERS**:

**MOTION** and seconded by Commissioners Lada and Dornan to approve the appointment of Chairman William Day as Planning Commission Chairperson.

**VOTE:** **MOTION CARRIED**

**MOTION** and seconded by Commissioners Lada and Dornan to approve the appointment of Commissioner Cheryl Tacy as Planning Commission Vice Chairperson.

**VOTE:** **MOTION CARRIED**

## 2. DATA CENTER ORDINANCE – REVIEW OF DRAFT REVISIONS

Mr. Passalacqua noted that there has been a lot of press coverage of data centers in Michigan and that the City wanted to have an assessment of data centers done. The Ordinance makes some reference to data processing but that is insufficient. The Planning Commission directed the drafting of Ordinance language which defines data centers and which outlines what can go where. It would be a special land use in the M-1, M-2 and IRO districts. They would have to adhere to general land use special standards but also specific use standards. It would go in two different spots in the IRO district but the language is the same. That is Sections 18.09041(n) and 18.09041(i). He is happy to answer any questions that the Commissioners might have.

Commissioner Lada asked whether under two performance standards regarding residential uses or zoned property under 'Location', that includes bike paths and parks. Mr. Passalacqua noted that the railroad tracks are zoned Residential. It could be right next to that. Commissioner Lada asked whether a data center could go next to the Gibson House. Mr. Benson noted that all the City's parks are zoned Residential and that all property is assigned a zoning district. The way that the Ordinance is written, putting a data center on an industrially zoned parcel north of Pontiac Trail would be difficult. On the south side of Pontiac Trail it would be different.

Vice Chairperson Tacy asked about the distinction between the terms 'residentially used' versus 'zoned Residential'. Chairman Day asked the same question. He noted if it is like a home that is zoned R-1 or R-2, it would still be looked at as a residential home. Mr. Passalacqua noted that it is used to address nonconformities; it typically speaks to nonconforming uses. Cheryl Tacy confirmed with Mr. Passalacqua that it covers it no matter what it is.

Commissioner Dornan asked about the origin of the language contained in the data center Ordinance. Mr. Passalacqua said that he has represented four communities that have seen data center proposals and that the current language is their best practice format although he tried to keep Wixom's Ordinance simple due to the City's M-1 district. He feels it is a good start.

Commissioner Dornan asked whether there is any urgency around enacting an Ordinance. Mr. Benson said that City Council did not say that they want it done tomorrow but that it is not impossible that the City could be presented with a smaller scale data center within the next year or two. Commissioner Dornan asked about the feasibility of enacting a moratorium and noted that it seems like the City is moving fairly quickly. Mr. Benson said that they did ask the City attorney about that and that it has been publicly noticed that the City is working on this issue. He does not believe that even if they got an application tomorrow, and technically these standards are not in place, City Council could do a moratorium if it needed to be done. They do not feel that it has to be, especially with the pace they are currently on. They do have a copy of the language that Northville used for their moratorium.

Commissioner Dornan noted that he particularly likes the decommissioning plan. He thinks it is very good and very responsible. He asked whether they should be talking about a host/community benefit fee to offset the massive use of water and electricity. Has Mr. Passalacqua run across that in his other communities? Mr. Benson said that the City of Detroit is famous for having one and using it for seeking some kind of incentive or deviation from the City's planned unit developments. Otherwise the City would need to adopt a community benefit Ordinance separate from this. There are impact fees for sewer connection fees. They should look at that for tap fees. He noted that there are impact fees for our utilities. What is the justification since they do not control the utility? If they are not seeing any deviations, what would the metric be for that?

Commissioner Dornan asked whether data centers are considered necessary for national security or are they more of a fad? Will they still be in demand in 2 years time? Mr. Passalacqua noted that he is not an economist although there are conversations regarding data centers popping and who stays and who goes. He noted the Ordinance contains decommissioning language. He believes the issues of infrastructure and criticality are further down the road. It seems as though the tech will develop to the point where a smaller footprint is required; however, we are not there yet. He noted that the electricity lies with DTE. He attempted to incorporate language requiring looped systems in the Ordinance. Vice Chairperson Tacy asked whether language regarding water and sewer needs to be incorporated as well. Mr. Benson said it does not. They are trying to cover utilities, noise and vibration. He asked the Commissioners whether there are other potential impacts that are not covered in the Ordinance that they would like to see addressed. Vice Chairperson Tacy asked whether Mr. Benson heard from Commissioner Willett. Mr. Benson said that he had not.

**MOTION** and seconded by Commissioners Lada and Tacy to recommend that Staff schedule a public hearing regarding data center regulations.

**VOTE: MOTION CARRIED**

Mr. Passalacqua noted that the way the notice requirements work, and barring any potential issues, that public hearing would likely be scheduled for February 18, 2026.

## 3. MASTER PLAN – REVIEW OF COMPLETE DRAFT:

Mr. Benson told the Commissioners that they should feel free to postpone this item if they need more time to review it since it is a long document. Chairman Day said that he and Vice Chairperson Tacy do have some corrections they would like to go through tonight even if final action is postponed to the Commissioners' next meeting.

Vice Chairperson Tacy noted that on page 3 the Commissioners' names should be listed alphabetically.

Chairman Day noted that on page 12 on the right side under 'Planning and Building a Cohesive …', it should be 'within the VCA' as opposed to 'with the VCA'.

Commissioner Dornan noted that on page 17, on the second to the last one in the second column where it says 'the City', it should be 'in terms' instead of 'term'.

Vice Chairperson Tacy noted that on page 18, in the second paragraph, right column where it says 'the City should help', there is a blank. She is not sure what they are trying to say there.

Chairman Day noted that on page 18, it says the original downtown was lost in 1800's. However, earlier it says the fire was in 1925.

Vice Chairperson Tacy noted that there is a really nice brick building on page 20.

Commissioner Dornan noted that on page 20, he believes there is not enough color variation on the pie charts, particularly between the green and black colors.

Chairman Day noted that on page 22 where it refers to a drawing on 'the following page', it should be listed as being below.

Vice Chairperson Tacy noted that on page 21, 'senior house' should be 'senior housing'. Commissioner Dornan noted that in the next column on that page in the first line it should be 'places within',

Vice Chairperson Tacy noted that on page 23 the caption under the Business area, there is an extra comma near "the shops and restaurants". Was something left out there?

Commissioner Dornan noted that on page 23, the year is listed as 20250 and needs correction. Also, on page 24 in the third paragraph, it should be 'respondents chose' in the second line.

Vice Chairperson Tacy noted that on page 26 in the third paragraph on the bottom it says 'regulations land'. Mr. Benson said that it should probably be 'land regulations'.

Commissioner Dornan noted that on page 26 in the second paragraph on the right, it says 'the additional of nonconforming uses' when it should be 'addition'.

Vice Chairperson Tacy noted that on page 27 under Roads, shouldn't it be Pontiac Trail instead of Twelve Mile? It refers to South Hill Road and the I-96 ramp. Do those intersect?

Chairman Day noted that it refers to crashes at Napier and Beck. Commissioner Lada noted that Wixom Road does not cross Beck Road. Commissioner Dornan noted that the 's' should be deleted from the word 'interchanges'. Commissioner Buck asked why crashes are relevant to this document. Mr. Benson said that it is relevant if you are looking at development proposals in and around those areas. That could be a useful piece of information. Vice Chairperson Tacy noted that the crashes could be used as an argument as to why a traffic study may need to be conducted.

Commissioner Dornan noted that on page 29 in the paragraph regarding public transportation says 'the corridor between Wixom and Walled Lake' but the spelling on Walled Lake needs to be corrected.

Vice Chairperson Tacy noted that on page 30, it refers to 3065 Wixom, do they mean it has to come back out to Pontiac Trail which typically puts it into the VCA? Chairman Day noted that is an argument for putting another road in there.

Vice Chairperson Tacy noted that on page 34 under Schools, the Walled Lake Consolidated District also goes into West Bloomfield Township and White Lake Township.

Commissioner Dornan noted that on page 33, the chart colors need to be more distinct.

Commissioner Lada noted that on page 35, James Geisler Middle School is closed. Mr. Benson noted that it will be probably become the future administration building. Chairman Day noted that below that it should be 'Detroit Catholic Center'.

Vice Chairperson Tacy noted that on page 36 there is no mention of the water tower and the remaining community wells. Why? Mr. Benson said that he will add it. Vice Chairperson Tacy thought that the water tower allows the City to retain pressure if there is an interruption from the Detroit water supply. She believes we would want to advertise that we are safe in that way. Mr. Benson said that is partially true although we do not have the wells to actually fully serve the entire City. We can add supplemental pressure if needed. There will be an eventual discussion regarding the cost to maintain those wells. He is not certain how viable those wells are but he will follow up with Tim. Commissioner Dornan noted that in theory Vice Chairperson Tacy is right; they pump up the tower at night to take advantage of DTE and in an emergency they could close that off and fire up the community wells. His understanding is that they have not been maintained because of the expense. Vice Chairperson Tacy asked why we had to resort to

boiling water. Mr. Benson noted that it can keep pressure for a period of time but it will only last a day or two, not days.

Commissioner Lada referenced the map on page 37 and asked whether the new Wixom Elementary School on Maple Road should be added. He noted that the new school should be denoted on the open space since it is a future school.

Vice Chairperson Tacy noted that on page 44, under the Total Sports complex, she spotted a hotel but they are only permitted in the VCA as a special land use. That makes her nervous and she would rather have someone have to ask. She would rather that section not reference hotels. When they discussed the Ordinance, if someone came in with a smaller boutique hotel, they could discuss it. However, she does not want to see any of the 5 or 6 that they currently have in Freeway Service. Mr. Benson noted that would be hard to differentiate them. Commissioner Lada said that in that space you are limited to some type of smaller boutique hotel.

Chairman Day noted that on page 45, in the last paragraph where it refers to 'the following table', it should be 'the above table'. Mr. Passalacqua noted that once it is inserted, everything will get pushed back a page.

Mr. Benson asked if the Commissioners have any comments on the future land use plan. Commissioner Lada noted that on the map on the new page 45, 'C' by Tracks, would that space accommodate a data center? Mr. Benson said that under the proposed regulations it would be a special land use. It is adjacent to the VCA and there are apartments and single-family homes to the north. Mr. Passalacqua said a data center could not go there.

Commissioner Dornan noted that on page 53 Commerce Township and Lyon Township coincidentally have the exact same populations. Mr. Benson noted that Lyon Township should have a percentage.

Chairman Day pointed out that on page 55 there is a missing age breakdown for those between 75 and 79.

Mr. Benson suggested enlarging the text underneath the percentages on page 57 and addressing the color distinction on the pie charts contained on page 56.

Vice Chairperson Tacy questioned the reference to Pontiac Trail on page 76 under 'Arterial Roads' in the last paragraph. Why is it not there? Mr. Passalacqua said that strip comes in from the east from Novi. Vice Chairperson Tacy said it is the same situation with S. Hill Road on page 78. She noted that the crash counts are incorrect. Commissioner Lada asked whether that could be referring to I-96. Vice Chairperson Tacy said that she cannot make sense of it.

Commissioner Buck asked why there are two sets of page numbers from page 84 onward. Chairman Day noted that that is the original pagination of the document. Mr. Benson said that it is like a .pdf.

Commissioner Dornan noted that there is a reference to larger lots on page 88. He feels that validates what the City has been hearing and saying and that the percentages contained on page 89 play out. He also likes the last paragraph on page 94 with comments about Wixom.

Commissioner Dornan noted that there is a real problem with the schools as referenced on pages 107 and 109. He enjoyed reading the comments on page 113 because they were so positive. He will remember those comments.

On the business survey, Commissioner Dornan likes the comments from the community with regard to City Council, the City Manager, etc. Everyone likes what we have done. The homeowners association (HOA) focus group is also worth reading. Everything that we dreamed Wixom could become is reflected in those comments. However, there is something off with the seniors' comments. Mr. Benson said that was a bad time for taking the survey. Commissioner Dornan noted that according to the seniors, they are not getting any respect. How many members are on the Senior Commission? Mr. Benson said 100. Commissioner Dornan reiterated that every other group has positive feedback.

**MOTION** and seconded by Commissioners Tacy and Lada to postpone the completion of the draft Master Plan until the next Planning Commission meeting.

**VOTE: MOTION CARRIED**

4. **REVIEW OF 2025 ANNUAL REPORT**

Mr. Benson noted that we have been doing the Annual Report for the last couple years and that it is a summary of what the Planning Commission did last year. Did the staff miss anything or do they want to communicate anything to City Council?

Commissioner Dornan reviewed the critical path that we originally started with and we are right on target. He is certain that we are under that budget. Mr. Benson said that we are close.

**MOTION** and seconded by Commissioners Tacy and Lada to recommend forwarding the Annual Report to City Council for its consideration.

**VOTE: MOTION CARRIED**

**Call to the Public:**
There were no comments made by the public.

**Staff Comments:**
Mr. Benson noted that he and Mr. Passalacqua will be getting together to do the Master Plan revisions. They may not have anything for the February 2nd meeting but there will be a meeting on February 18th.

Mr. Benson noted that they are still working on a purchase agreement for the Renton redevelopment area on the northwest corner of Wixom Road and Pontiac Trail.

Mr. Benson stated that the City Council and the Downtown Development Authority (DDA) have approved the scope of work for Phase 2 (a smaller extension) of the loop work. They will also be looking at the historical barn structure in terms of what can and cannot be done with that. Commissioner Lada asked whether there was ever a naming event for the loop.

Mr. Benson noted that City Council has approved signage around the Civic Center and its installation will occur from late winter through the spring.

**Commission Comments:**
Commissioner Lada noted that he has a planned vacation and will miss the February 18th meeting.

**ADJOURNMENT:**
This meeting of the Planning Commission was motioned and adjourned at 8:04 p.m.

Nancy Fisher
Recording Secretary