# EXHIBIT 9

Since 1973
WWRP
Williams Williams Rattner & Plunkett, P.C.
Attorneys and Counselors

380 North Old Woodward Avenue
Suite 300
Birmingham, Michigan 48009
Tel: (248) 642-0333
Fax: (248) 642-0856

Richard E. Rassel, III
rer@wwrplaw.com

February 13, 2026

***Via Email and FedEx overnight***

City of Wixom
Attention City Clerk
49045 Pontiac Trail
Wixom, MI 48393
copalko@wixomgov.org
cevans@wixomgov.org

Re: 30625 and 30765 Wixom Road in the City of Wixom

City of Wixom and Members of the City of Wixom Planning Commission:

We write to you regarding our clients' proposed data center development project at 30625 and part of 30765 Wixom Road in the City of Wixom (the "Project"). Our clients Wixom Industrial One, LLC and its partners at the Sansone Group (collectively "WIO") have been meeting regularly with the City regarding the Project for some time. City staff have been approachable and professional throughout the process, which is very much appreciated. Thank you for your attention to the concerns expressed in this correspondence.

The Project site is zoned M-1 Industrial and data centers and like uses are presently permitted 'by right' in the M-1 zoning district at Section 18.09 of the Zoning Ordinance. Data centers are also consistent with the stated intent of the M-1 zoning district at Section 18.09 of the Zoning Ordinance. The proposed Project site plan is nearly ready for submittal for site plan review after considerable efforts to work through changes to the site plan following collaborative meetings with the City. The proposed Project site plan is compliant with all required M-1 use, area, bulk and other zoning requirements.

A proposed Zoning Ordinance amendment (the "Proposed Amendment") is being considered on February 18, 2026 by the City Planning Commission. The Proposed Amendment would define 'data center' and limit 'data center' uses to a 'special use' only land use designation throughout the City, including M-1 (where data centers are presently permitted by right, subject only to area, bulk and other zoning requirements). The Proposed Amendment also proposes to subject data centers in the M-1 and M-2 districts to certain new 'Required Application Submittals'

and 'Performance Standards' that would exclude the Project, including a severe restriction that a data center shall not be within 1,000 feet of a residentially zoned property, which may also exclude all other data center presently eligible M-1 and M-2 zoned parcels in the entire City.

The City's present Zoning Ordinance treats data centers by right (in certain zoning districts like M-1) and as a lawful land use due to the presence of a recognized demonstrated public need for that land use as required by MCL 125.3207, an important section of the Michigan Zoning and Enabling Act. However, the Proposed Amendment would be unlawful under MCL 125.3207 which provides that a zoning ordinance or zoning decision shall not have the effect of totally prohibiting the establishment of a lawful land use within a local unit of government in the presence of a demonstrated need for that land use. Michigan law is clear that total prohibition occurs if the lawful land use is provided *only* by discretionary special use approval or zoning variance, and not 'by right'.

We understand that the purpose of the Proposed Amendment, as described in the public record, is to acknowledge public opposition to data center proposals in neighboring communities and to 'get ahead' of potential pushback from constituents based on concerns centering around noise, vibration, water usage and power usage. However, the City has already thoughtfully put adequate performance standards for data centers in its zoning ordinance and the concerns as outlined in meeting minutes and supporting documents are already mitigated though the existing performance standards in the M-1 zoning district. That said, we intend to address any public concerns regarding the Project at upcoming public hearings.

Accordingly and respectfully, WIO objects to the Proposed Amendment as to the M-1 zoning district in all respects.

WIO is anxious to proceed to site plan approval with respect to the Project under the present Zoning Ordinance it has been operating under with the City in good faith as the Project plans have developed and improved over the last months. WIO looks forward to constructive City input during the site plan approval process.

Very truly yours,

WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.

*Richard E. Rassel*

Richard E. Rassel

WWRP

RER/jlw

cc: Clients
City Attorney