# **EXHIBIT 12**

# AGENDA

Regular City Council Meeting
Wixom Council Chambers
49045 Pontiac Trail, Wixom, MI 48393

**Tuesday, March 24, 2026**
**7:00 p.m. EST**

---

**CALL TO ORDER:**
**PLEDGE OF ALLEGIANCE:**
**ROLL CALL:**

**Mayor:** P. Beagle
**City Council:** P. Behrmann
K. Gottschall
T. Gronlund-Fox (exc.)
J. Kennedy
N. O'Dea
V. Simmons

**CHANGES OR ADDITIONS TO THE AGENDA:**

**APPROVAL OF MINUTES:**
1.) City Council Goal Session Meeting Minutes of March 10, 2026
2.) City Council Regular Meeting Minutes of March 10, 2026

**CORRESPONDENCE:** (None)

**CALL TO THE PUBLIC:**
(Limited to 5 minutes per speaker, addressing Agenda items only).

**CITY MANAGER'S REPORTS:**
1.) Departmental Reports – February 2026

**CONSENT AGENDA:**
All items listed under the Consent Agenda are considered routine by the City Council and will be enacted by one motion. There will be no separate discussion of these items, unless a Council member so requests, in which event the items will be removed from the Consent Agenda and added to the regular agenda at the end of Unfinished or New Business.

1.) Approve to receive and file:
   a. Special DDA Meeting Minutes of December 11, 2025
   b. Senior Commission Meeting Minutes of December 15, 2025
   c. DDA Meeting Minutes of January 27, 2026
   d. Planning Commission Meeting Minutes of March 2, 2026
2.) Recommendation to Award the Contract for the Annual Crack Sealing and Seal Coating Program to Wolverine Sealcoating, LLC of Jackson, Michigan for an Amount Not to Exceed $70,000 from Local Road Capital Program – Pavement Preservation Account #203-554-976.393
3.) Recommendation To Award the Bid for the 2026 Pavement Marking Program to PK Contracting of Goodrich, Michigan, for an Amount Not to Exceed $69,220 with $30,000 from Local Road Fund-Routine Maintenance Account #203-441-976.050 and $39,220 from Major Road Fund Maintenance Account #202-441-976.050
4.) Recommendation to Award the Bid for a Three-Year Contract for Landscape Services to Ground Control Property Services, of New Boston, MI in the Amount of $32,602 from Parks and Recreation Landscaping Account #101-751-963.540 and Authorize the Mayor to Sign the Agreement

5.) Recommendation to Accept the Easement Granted by the Property Owner Located at 3240 Potter Road, for $332.93 from Major Road Engineering Account #202-553-974.400

**UNFINISHED BUSINESS**: (None)

**NEW BUSINESS:** (None)

**CALL TO THE PUBLIC:**

**CITY MANAGER'S COMMENTS:**

**COUNCIL COMMENTS:**

**ADJOURNMENT:**

**RULES FOR PUBLIC SPEAKING:**
**Call to the Public:**

- The public shall address the Council during the "Call to the Public" which shall be included on the agenda immediately after Correspondence and again immediately after New Business. The first Call to the Public immediately after Correspondence shall be limited to agenda items only.
- A person shall not address the Council in excess of five minutes unless the time is extended by a majority vote of the Council present.
- Persons wishing to address the Council shall identify themselves and their place of residence and shall state their reason for addressing the Council.
- All comments by the public shall be made directly to the Council.

**Public Hearing:**

- Persons desiring to address the Council shall state their name and address.
- Individual persons shall be allowed five minutes to address the Council.
- There shall be no questioning by the audience of persons addressing the Council. However, the Council members may question persons addressing the Council.
- No person shall be allowed to address the Council more than once.

**NOTE:** Anyone planning to attend the meeting that requires special assistance under the Americans with Disabilities Act (ADA) is asked to contact the City Clerk's Office at (248) 624-0865. Our staff will make the necessary arrangements (large print agendas or minutes, etc.) with proper notice given prior to the meeting.