# EXHIBIT 13

CITY OF WIXOM
49045 PONTIAC TRAIL
REGULAR CITY COUNCIL MEETING MINUTES
TUESDAY, MARCH 24, 2026

Mayor Beagle called the meeting to order at 7:00 p.m., and the Pledge of Allegiance was recited.

Present:

| | |
|---|---|
| Mayor: | P. Beagle |
| Deputy Mayor: | K. Gottschall |
| Councilmembers: | P. Behrmann |
| | T. Gronlund-Fox (exc.) |
| | J. Kennedy |
| | N. O'Dea |
| | V. Simmons |

Also Present: City Manager Brown
Assistant City Manager Benson
DPW Director Sikma
Director of Parks & Recreation Magee
Chief of Police Langmeyer
City Clerk Opalko

AGENDA CHANGES:
Deputy Mayor Gottschall added the following items to the agenda:

- New Business #1: Recommendation to Adopt a Resolution Approving a Moratorium on Data Centers

APPROVAL OF MINUTES:
CM-03-25-26: Moved and seconded by Deputy Mayor Gottschall and Councilmember Behrmann to approve the City Council Goal Session meeting minutes of March 10, 2026.

Vote: Motion Carried

CM-03-26-26: Moved and seconded by Councilmember Kennedy and Deputy Mayor Gottschall to approve the City Council Regular meeting minutes of March 10, 2026.

Vote: Motion Carried

CORRESPONDENCE: (None)

CALL TO THE PUBLIC: (None)

CITY MANAGER REPORTS:
1.) Departmental Reports – February 2026

Councilmember Behrmann recently visited Mack Park and Gunnar Mettala Park and noticed projects not complete. He asked for project status on both parks.

Director Magee said she recently ordered the drinking fountain for Mack Park and the irrigation system would be installed by the City. The landscape design was being handled through the Michigan Air Line Trailway Management Council, and the concrete slabs at the park were for the donor wall. She mentioned they were able to move up the restroom

installation for Gunnar Mettala to next weekend. The concrete work, pavilions, and benches for that park would likely be installed in May.

Councilmember Behrmann stated the fencing around the playground at Gunnar Mettala Park fell and wanted it fixed to avoid any safety concerns. Furthermore, he would prefer they gave Mack Park attention soon considering the park was located at the entrance to the City.

CONSENT AGENDA:
CM-03-26-26: Moved and seconded by Deputy Mayor Gottschall and Councilmember Behrmann to approve the Consent Agenda as presented which included:

1.) Approve to receive and file:
    a. Special DDA Meeting Minutes of December 11, 2025
    b. Senior Commission Meeting Minutes of December 15, 2025
    c. DDA Meeting Minutes of January 27, 2026
    d. Planning Commission Meeting Minutes of March 2, 2026
2.) Recommendation to Award the Contract for the Annual Crack Sealing and Seal Coating Program to Wolverine Sealcoating, LLC of Jackson, Michigan for an Amount Not to Exceed $70,000 from Local Road Capital Program – Pavement Preservation Account #203-554-976.393.
3.) Recommendation To Award the Bid for the 2026 Pavement Marking Program to PK Contracting of Goodrich, Michigan, for an Amount Not to Exceed $69,220 with $30,000 from Local Road Fund-Routine Maintenance Account #203-441-976.050 and $39,220 from Major Road Fund Maintenance Account #202-441-976.050.
4.) Recommendation to Award the Bid for a Three-Year Contract for Landscape Services to Ground Control Property Services, of New Boston, MI in the Amount of $32,602 from Parks and Recreation Landscaping Account #101-751-963.540 and Authorize the Mayor to Sign the Agreement.
5.) Recommendation to Accept the Easement Granted by the Property Owner Located at 3240 Potter Road, for $332.93 from Major Road Engineering Account #202-553-974.400.

Vote: Motion Carried

UNFINISHED BUSINESS: (None)

NEW BUSINESS:
1.) Recommendation to Adopt a Resolution Imposing a Temporary Moratorium for a Period of Six (6) Months on the Establishing, Permitting, Consideration, Approval, Location, Construction, and/or Installation of Any Data Centers in the City of Wixom

CM-03-27-26: Motion and seconded by Deputy Mayor Gottschall and Councilmember Simmons to adopt a resolution imposing a temporary moratorium for a period of six (6) months on the establishing, permitting, consideration, approval, location, construction, and/or installation of any data centers in the City of Wixom.

Deputy Mayor Gottschall indicated the Planning Commission was doing a thorough job of reviewing the data center ordinance, but it was taking longer than he anticipated. He was not comfortable leaving things open-ended and wanted to introduce a moratorium ordinance.

Councilmember Behrmann agreed the data center ordinance was taking longer than expected. He supported a moratorium but didn't want this moratorium to give the appearance that the City was prohibiting data centers because that was not the case. Also, even though they were creating a moratorium for a six-month period, an ordinance needed to be drafted sooner than that.

Mayor Beagle recalled that in November the City Council asked Planning Commission to create a data center ordinance. He didn't think the Planning Commission was taking an unreasonable amount of time considering they were holding public hearings, addressing questions, and covering all their bases. He wouldn't want them to rush through this process.

Councilmember Simmons supported a moratorium because it would give the Planning Commission additional time.

Councilmember Behrmann wasn't blaming the Planning Commission that the ordinance wasn't complete yet. From reading the minutes, it appeared the Commission wasn't given language that they could adopt. He hoped the Planning Commission understood the urgency of this ordinance. He stated he has been hearing of communities experiencing various challenges as a result of data centers.

Deputy Mayor Gottschall believed the Planning Commission and City Council wanted the ability to control the City's destiny and protect Wixom as best they could. This moratorium would grant time to the Planning Commission so they could secure an ordinance that worked best for Wixom. He would like the folks working on this ordinance to contact other communities in Michigan and outside of the State to gather feedback on how data centers impacted their community. He envisioned that feedback to include feedback from residents.

Mayor Beagle could support a moratorium as he wanted administration and the Planning Commission to take its time in drafting an ordinance that would be the most beneficial for Wixom.

Councilmember O'Dea agreed with Mayor Beagle because she didn't feel the allotted timeframe was anything egregious. Given the importance of getting the ordinance language right, she could support a moratorium.

Councilmember Kennedy was also in support of the moratorium considering it would give additional time to the Planning Commission to draft appropriate ordinance language.

Vote: Motion Carried

CALL TO THE PUBLIC:

Sam Ziegelman of 1449 Lakeside Court was a long-time resident and wasn't aware of Wixom having an interest in data centers as they haven't seen any public information on the matter. The speaker was curious whether Council knew much about Artificial Intelligence (AI).

CITY MANAGER COMMENTS:

Mr. Brown honored the employees celebrating work anniversaries in the month of April. He thanked Ms. Magee for she was celebrating 28 years of service. He mentioned the Downtown Development Authority partnered with Highland, South Lyon, and Lyon Township in the 2nd Annual Food Fight on Main. The friendly competition, referred to as Pour Wars, brought together 18 local business, including 7 from Wixom, to showcase their best specialty drinks. Wixom Bar placed in first and Volare placed third. He indicated the

Michigan Air Line Trail announced their 2026 events which included the M5k Run & Walk on May 16, 2026 and Table to Table on June 13, 2026.

Mr. Benson remarked on the new signs being installed throughout the City. He said the gateway signs would be installed last.

COUNCIL COMMENTS:
Councilmember Simmons said her thoughts and prayers were with West Bloomfield Temple Israel. She stated that she learned a lot while attending the Main Street Oakland County Summit. She congratulated Drafting Table for celebrating ten years of business. She said that she would be talking with administration soon to go over some ideas she learned while connecting with Oakland Thrive.

Councilmember O'Dea congratulated all the employees celebrating work anniversaries in the month of April. She applauded Ms. Magee on 28 years of service to the City. She thanked her as you could visibly see all her hard work and efforts around the whole City.

Councilmember Kennedy thanked the employees for their service, especially Ms. Magee for the last 28 years.

Deputy Mayor Gottschall addressed the public comment and explained that the data center resolution passed was the City trying to get out in front of any concerns as it related to data centers. The City wanted to be adequately prepared should something come before them. He noted that the City did not have any applications for a data center currently.

Councilmember Behrmann thought the signs going in throughout the City looked great. He asked for a follow up from the last meeting regarding the new elementary school. Mr. Brown said they've had frequent talks with the school district but nothing was finalized. Mr. Behrmann would like another update prior to the school board meeting on April 9th to determine if any members of City Council should attend.

Mayor Beagle thanked the three employees in attendance celebrating their work anniversaries. He reminded everyone that this Sunday at 1:00 p.m. was the Easter Egg Hunt at Gilbert Willis Park.

ADJOURNMENT:
The meeting was adjourned at 7:31 p.m.

Respectfully Submitted,

Crystal Opalko
City Clerk

**APPROVED: 4/14/26**