# EXHIBIT 14

# CITY OF WIXOM
# DATA CENTER MORATORIUM
# AUTHORIZING RESOLUTION 2026-06

At a regular meeting of the Wixom City Council held on March 24, 2026 at the Wixom City Hall, 49045 Pontiac Trail, Wixom, Michigan, the following resolution was offered by Deputy Mayor Gottschall and seconded by Councilmember Simmons.

*A Resolution Imposing a Temporary Moratorium for a period of six (6) months on the establishing, permitting, consideration, approval, location, construction, and/or installation of any data centers in the City of Wixom.*

WHEREAS, the City currently has the *"Design and development of computer hardware and software, data communications, information technology, data processing and other computer-related services"* listed as a permitted use in certain zoning districts defined in its code of ordinances, Title 18 Zoning, such as Chapter 18.06 Commercial Districts, Chapter 18.08 Office and Research Districts, and Chapter 18.09 Industrial Districts, but has yet to establish, approve, and implement a definition for "data centers," as a type of use that may have different characteristics and land use impacts than "data processing;" and

WHEREAS, it has recently come to the attention of the City Council that the City should study and review whether data centers require additional local regulation within the City of Wixom, and whether absent such additional local regulation, data centers may interfere with other land uses, and may have substantial impacts on the environment, public health, safety, and welfare; and

WHEREAS, the City has a legitimate public purpose in assessing the regulation of the establishment and use of data centers within the City; and

WHEREAS, the City Council is desirous of assessing its regulations to implement an appropriate regulatory approach for addressing potential impacts of data centers while ensuring the productive and healthy development of data centers within the City, which may include designated areas where data centers may be located within the City; and

WHEREAS, the City Council wishes to consider and assess amendments to its current regulations regarding the use of data centers that are consistent with all applicable state and federal laws, including any controlling precedent from the United States Supreme Court; and

WHEREAS, the time to consider and assess regulation of data centers will take several months; and

WHEREAS, at it's November 18, 2025 meeting, the Wixom City Council moved *"to direct Planning Commission to review the City's zoning ordinance regulations as it relates to large scale data centers and provide recommendations back to City Council"* for the purpose in assessing the regulation of the establishment and use of data centers within the City; and

WHEREAS, the City is legitimately invested in ensuring that data centers do not interfere with other land uses, or have substantial negative impacts on the environment, public health, safety, and welfare; and

WHEREAS, it is a routine and an appropriate method to enact a reasonable and temporary moratorium to consider enactment of any amendment; and

WHEREAS, the City Council finds that it is necessary and reasonable to establish a temporary moratorium on the establishment and use of data centers within the City for six (6) months from the effective date of this Moratorium unless the City Council adopts a resolution extending the moratorium or terminating the moratorium, or until the City has enacted a regulatory ordinance setting forth the regulations for the establishment and use of data centers within the City.

NOW, THEREFORE, BE IT RESOLVED by the City Council as follows:

Section 1: Moratorium. The City hereby temporarily enacts a blanket prohibition on the establishment and use of data centers, including without limitation, approval of such use within the City, pending further study and enactment of City regulation addressing the same.

Section 2: Term; Renewal. This Moratorium shall terminate and be of no further effect six (6) months from the effective date of this Moratorium unless the City Council adopts a resolution extending the moratorium or terminating the moratorium, or until the City has enacted a regulatory ordinance setting forth the regulations for the establishment and use of data centers within the City.

Section 3: Waiver. A waiver of the moratorium may be granted upon the request of an applicant if the City Council finds that a waiver would not impact the health, safety, and welfare of the City and is deemed reasonable by the City Council in exercising its legislative authority over land use regulation to remain consistent with the City Zoning Ordinance.

Section 4: Effective Date. This Moratorium shall take effect immediately.

AYES: (6)

NAYS: (0)

ABSENT: (1)

RESOLUTION DECLARED ADOPTED.

Crystal Opalko

Crystal Opalko, City Clerk

CERTIFICATION OF CLERK:

I hereby certify that the foregoing is a true and complete copy of a resolution adopted by the City Council of the City of Wixom, County of Oakland, State of Michigan at a regular meeting of City Council duly called and held on the 24th day of March, 2026.

CITY OF WIXOM OFFICIAL SEAL OAKLAND COUNTY, MICH

Crystal Opalko

Crystal Opalko, City Clerk