# EXHIBIT 16

Date: April 6, 2026

RE: Proposed Amendment – Data Centers

From: Wixom Industrial One LLC

To: City of Wixom Planning Commission Chair and Commissioners:

On behalf of Wixom Industrial One, LLC and its partners at the Sansone Group (collectively "WIO"), we note that the City is in receipt of our legal counsel's February 13, 2026 Letter addressing the proposed Zoning Ordinance Amendment affecting future data center development in the City, particularly in the M-1 Industrial District (the "February 13, 2026 Letter"). The February 13, 2026 Letter notes the several objections of WIO to the 'Proposed Amendment', specifically as it would change consideration of proposed data centers in the M-1 District (and other Districts) from 'by right' to by 'special use' approval only.

In the spirit of working in good faith with the City, and subject expressly to the objections in the February 13, 2026 Letter, we respectfully request a return to the draft Proposed Amendment presented at the February 18, 2026 Public Hearing with making a singular change as it relates to certain dimension requirements.

At the February 18 Public Hearing, a main concern of land owners and stakeholders was with the original 1,000-foot setback. It was objected to as it was excessive and arbitrary. At that same hearing, there was limited public discussion asking for changes to the other sections. We support the revised 300-foot setback—which is consistent with and even provides an additional buffer over guidance from the Urban Land Institute, which recommends separation of data center and residential of approximately 200 feet.

The additional layers and complexity added after the public hearing fundamentally change and alter the Proposed Amendment towards a very arbitrary and extremely complex structure that may not withstand scrutiny. We request, subject to the February 13, 2026 Letter, the **Proposed Amendment should be reset to the original February 18, 2026 draft with a singular change from 1,000 feet to 300 feet.**