# EXHIBIT 18

K & S

K & S Engineers, LLC
Consultants in Acoustics, Noise and Vibration

April 20, 2026
Project No. 2026-009

Mr. William Day
Planning Commission Chair
City of Wixom
49045 Pontiac Trail
Wixom, MI 48393

Subject: Review of Ordinance for Data Centers
Re: City of Wixom, MI – Oakland County

Dear Mr. Day, and Planning Commissioners:

At the request of Dennis Griffin, representative of Wixom Industrial One, LLC, we have prepared this letter to introduce ourselves and offer input. I am Darren Brown, the managing partner of K & S Engineers, LLC. We are professional engineers, consulting in the field of acoustics, noise, and vibration. I personally have 28 years of experience. One of the areas we specialize in is community & environmental noise studies. This includes working with companies to assist in the development of new or expanding facilities to ensure they meet municipal noise ordinance and solving noise issues. We also conduct work with municipalities to develop ordinances, or to conduct reviews of project applications.

Dennis Griffin has engaged us to assist him with a potential development for a data center on an approximately 50 acres, M-1 zoned parcel in Wixom. As part of this work, he asked us to evaluate the Wixom "Data Center Ordinance" that is currently in development.

In my review of this developing ordinance, I noted a couple of elements that pose technical challenges when attempting to protect the Wixom community from adverse noise, while providing clear standards that promote responsible development. These elements include:

- It is proposed that the ordinance contain a requirement for pre-construction site-specific sound and vibration study that demonstrates the proposed project will comply with ordinance standards. This element poses a potential challenge for "demonstrating" compliance with vibration limits prior to construction. For noise, we can readily predict the sound output from a variety of equipment based on manufacturer sound data and standardized prediction algorithms. However, these elements do not exist for the vibration production of equipment and therefore cannot be readily predicted. We know that vibration from mechanical equipment can be readily isolated to prevent issues within the buildings or properties on which

they are housed, and in turn, adjacent properties. As such, most practical applications of vibration control do not require manufacturer vibration data, or standardized prediction algorithms.

- As part of the required sound study, you may wish to include verbiage that also requires the study be conducted by a qualified noise engineer. In my work with municipalities, I have seen subpar work from individuals lacking qualifications. INCE Board Certification is an excellent credential that demonstrates competency, similar to professional engineering licensure for structural engineers. The following text comes from the State of Michigan for applications of renewable energy and could be included in the proposed ordinance:
    - *"…guidelines require all sound studies to be completed by or under the direction of a qualified noise control engineer that must be board certified through the Institute of Noise Control Engineering (INCE). If the engineer is not board certified, then the applicant must justify the engineer's qualifications in the application.*"

- It is proposed that the ordinance contain noise limits of 55 dB(A) daytime, and 45 dB(A) nighttime at the nearest residential properties. These limits are low and may be commonly exceeded by normal activities, particularly activities in and around industrial zoned properties. Having limits this low may be ineffectual in practice if other sounds commonly exceed them. It may be advisable to introduce noise limits that are based on an understanding of ambient sound levels in locations where data centers may possibly be located, or an allowance for the noise limits to adjust based on ambient conditions.

- It is proposed that the ordinance contain either octave or one-third octave band noise limits for "low frequency noise" in a frequency range of 20 to 200 Hz. While it is possible to measure sound by octave, or one-third octaves, it can be problematic to evaluate a series of 11 one-third octave bands in real time to determine compliance with a series of noise limits. Depending on the structure of these one-third, or octave band limits, it may be redundant relative to the existing A-weighting filter which is designed to emulate human hearing. Alternatively, C-weighting could be another option. Ultimately, what is the purpose for these octave or one-third octave band noise limits and how will the limit values be determined?

- It is proposed that the ordinance contain the verbiage "equipment noise…shall not produce perceptible vibration or tonal noise at the nearest residential zoned or used property lines." The usage of the "perceptible" standard is problematic for multiple reasons. The perception of sound is highly subjective and requires a personal evaluation. One person may hear something while another may not. Noise is a product of the natural and developed world. Tones are commonly a component of noise. Trying to eliminate the perception of tonal noise is impractical and overly burdensome. If tones are a concern, it is more practical to have an objective noise limit for tonal noise, with clear determination, such as that contained in the standard ISO 1996.