# EXHIBIT 19

**CITY OF WIXOM**
**ORDINANCE NO. _________**

**AN ORDINANCE TO AMEND THE WIXOM CODE OF ORDINANCES, TITLE 18, ZONING, CHAPTER 18.08 - OFFICE AND RESEARCH DISTRICTS, SECTION 18.08.020 - SCHEDULE OF USES, TO ADDRESS THE PERMISSIBILITY OF DATA CENTERS IN THE IRO AND OS-1 ZONING DISTRICTS; AMEND SECTION 18.08.040 – STANDARDS APPLICABLE TO SPECIFIC USES TO PROVIDE SPECIFIC STANDARDS FOR DATA CENTER USES IN THE IRO ZONING DISTRICT; AMEND SECTION 18.09 – INDUSTRIAL DISTRICTS, SECTION 18.09.020 – SCHEDULE OF USES TO ADDRESS THE PERMISSIBILITY OF DATA CENTERS IN THE M-1 AND M-2 ZONING DISTRICTS; AMEND SECTION 18.09.040 – STANDARDS APPLICABLE TO SPECIFIC USES TO PROVIDE SPECIFIC STANDARDS FOR DATA CENTER USES IN THE M-1 AND M-2 ZONING DISTRICTS; AND AMENDMENT SECTION 18.24.030 TO PROVIDE DEFINITIONS FOR DATA CENTERS**

**THE CITY OF WIXOM ORDAINS:**

**Section 1. Amendment of Chapter 18.08.020**

Title 18, Zoning, Chapter 18.08, Office and Research Districts, Section 18.08.020 – Schedule of Uses of the City of Wixom City Code shall be amended to include the following language. All other provisions of this section of ordinance remains unchanged:

**Section 18.08.020 – Schedule of Uses**

Use and development of land and buildings shall only be for the following specified uses, unless otherwise provided for in this title. Land and/or buildings in the districts indicated at the top of Table 8.02 may be used for the purposes denoted by the following abbreviations:

P: Permitted Use: Land and buildings in this district may be used for the purposes listed by right.

SLU: Special Land Use: Land and/or buildings in this district may be used for this purpose by obtaining Special Land Use approval when all applicable standards cited in Chapter 18.18, Special Land Use Review Requirements and Procedures and specific standards of Section 18.08.040 are met.

NP: Not Permitted: The use is not permitted in the district.

"Requirement" provides reference to additional requirements or conditions applicable to that specific use.

**Table 8.02**

**Schedule of Uses**

| Use | OS-1 | IRO | Requirement |
|---|---|---|---|
| Data Centers | NP | SLU | Section 18.08.040 H |

**Section 2. Amendment of Chapter 18.08.040**

Title 18, Zoning, Chapter 18.08, Office and Research Districts, Section 18.08.040 – Standards Applicable to Specific Uses, of the City of Wixom City Code shall be amended to add a new subsection, H, to read as follows:

H. Data Centers shall be permitted as a Special Land Use in the IRO Districts, subject to the standards of this section and all other applicable provisions of this Ordinance.

1. Required Application Submittals. In addition to the materials required for Special Land Use and Site Plan Review, applications for a Data Center shall include the following:

    a. Utility Capacity Verification. Written documentation from the electric utility provider confirming available capacity and identifying any required system upgrades. Documentation from the City or appropriate authority verifying water supply and wastewater capacity.

    b. Electrical Demand Statement. An estimate of average and peak electrical demand expressed in kilowatts (kW) and megavolt-amperes (MVA), including a description of redundancy and resiliency systems.

    c. Cooling and Water Use Plan. A description of cooling technologies to be utilized, estimated average and peak daily water usage, and identification of potable versus non-potable water sources.

    d. Noise Studies. In instances where data centers are proposed on IRO zoned lots, the noise requirements of an M-1 property shall apply. In addition to the standards set forth in Section 18.12.130.E, data centers may not exceed the equivalent (hourly $L_{eq}$) sound level limits in Table 1 at any locations at or beyond the nearest receiving property line for the relevant land use. The measurements or predictions shall be conducted at 5 feet above grade, or at the elevation of maximum predicted impact.

**Table 1: Data Center Sound Level Limits (Hourly $L_{eq}$)**

| Time of Day | Receiving Property Land Zone or Use | |
|---|---|---|
| | Residential | Institutional and Public Parks |
| Daytime (6:00 AM – 10:00 PM) | 60 dBA and 75 dBC | 60 dBA |
| Nighttime (10:00 PM – 6:00 AM) | 50 dBA and 65 dBC | 60 dBA |
| If noise is TONAL (e.g., drone, hum, screech) – Subtract 10 dB from each value above | | |

If data center equipment produces tonal sound, a 10-dB penalty applies. Tonal sound is:

(a) Any sound that can be heard as a single pitch or combination of pitches, or;

(b) any sound in which the one-third octave band sound pressure level in the band with the tone exceeds the arithmetic average of the levels in the two contiguous one-third octave bands by 5 dB in bands 500 Hz and above, by 8 dB for bands between 160 and 400 Hz, and by 15 dB for bands below 160 Hz.

Data Center and associated equipment shall not produce perceptible ground-borne vibration (as defined by ANSI) at the nearest residential zoned or used properties.

Compliance shall be verified through noise impact studies submitted with the Special Land Use application and review, construction permitting review prior to issuance of a building permit, and post-construction review prior to issuance of a certificate of occupancy. Pre- and post-construction sound studies shall be conducted by an NCAC member firm or INCE Board Certified acoustic consultant and independently reviewed and verified at the expense of the applicant. The noise studies shall be site-specific and evaluate noise generated by all site operations and scenarios (normal operations, maintenance, power outage, etc.), including all noise-generating mechanical and electrical equipment (such as chillers, generators, transformers, cooling towers, air handling units, etc.).

A. The initial noise study must include the following:

   i. Baseline ambient ($L_{eq}$) sound level measurements of the existing pre-construction environment, taken at the quietest accessible locations near the nearest residential property to the project site in each of the four cardinal directions. These measurements shall be at least 24-hour duration to capture daytime and nighttime hourly $L_{eq}$ levels.

   ii. Predictive 3D modeling to demonstrate compliance with applicable noise standards outlined in this Section and Section 18.12.130.E. The predictive modeling shall be conducted on an octave-band basis and provide contour maps showing overall noise transmissions in dBA and dBC.

   iii. For the initial study, noise source data for the equipment can be based on generic data. The purpose of the initial study is to demonstrate the feasibility of meeting the noise ordinance through site layout, equipment type selections, and practical noise mitigation methods.

B. The final noise study shall include the following:

   i. Refined predictive 3D modeling to demonstrate compliance with applicable noise standards outlined in this Section and Section 18.12.130.E. The predictive modeling shall be

conducted on an octave-band basis and provide contour maps showing overall noise transmissions in dBA and dBC.

ii. Manufacturer-provided octave-band noise source data for the specific models of equipment planned for the project.

iii. Data center developers must include a mitigation plan in their noise study to ensure that operational noise does not exceed the local noise limits detailed in this Section and Section 18.12.130.E, including the penalty for tonal equipment.

iv. Include enough detail in the noise impact report for the independent acoustic consultant to peer review the analysis and results.

C. The pre-construction sound level measurements shall be repeated post-construction, with all equipment operating. The post construction sound study confirming noise-standard compliance during ~~all~~ daytime and nighttime operation scenarios at all relevant locations will be required prior to issuance of a certificate of occupancy.

D. All acoustic terminology and measurement practices in this section shall be in conformance with applicable publications of the American National Standards Institute (ANSI) or its successor body.

e. Backup Power and Fuel Storage Plan. The number, size, and location of generators; type and volume of fuel storage; containment methods; and fire suppression measures. Routine generator testing shall only occur between 9:00 a.m. and 5:00 p.m. during weekdays but excluding holidays. All noise from generator usage is subject to the ordinance limits except for temporary use during a utility power outage emergency.

f. Traffic and Delivery Analysis. Identification of anticipated truck traffic associated with construction, equipment delivery, and ongoing operations, if applicable.

g. Security and Access Plan. Description of proposed fencing, controlled access points, lighting, and coordination with emergency services.

h. Decommissioning Plan. A plan describing procedures for facility shutdown, removal of equipment, and restoration or reuse of the site.

2. Site Standards.

a. General: Data Centers in the IRO district shall adhere to the standards outlined in Chapter 18.08. A Data Center shall not be located adjacent to residentially used or zoned property. Additionally, no Data Center principal structure or mechanical equipment, including generators, shall be located within 500 feet of a residentially zoned or used property line.

Per the requirements of this Section, no Data Center principal structure or mechanical equipment, including generators, shall be located within a

distance of residentially zoned or used property where the noise or vibration standards indicated in this chapter cannot be met.

b. Screening and Landscaping. Mechanical equipment (including HVAC, generators, fuel storage, transformers, and cooling towers) shall be fully screened from public view and adjacent properties by masonry walls, architectural panels, or evergreen landscaping in accordance with this Ordinance. Buffer zones shall meet the standards of Section 18.14.020.

Rooftop mounted sound barriers may not exceed 15 feet in height above the surrounding roof surface. Sound barriers shall not be included in the maximum height measurement of a structure.

Ground mounted sound barriers may not exceed 25 feet in height above grade.

All sound barriers shall be architecturally compatible in appearance with the principal building. Construction materials must be durable, weather-resistant, and rustproof. Standard concrete block walls and poured or precast concrete walls are not permitted unless approved by the Planning Commission who may require aesthetic or other design alterations.

c. Performance Standards. Data Centers shall conform to the standards outlined in Section 18.12.130 of this Ordinance.

d. Water Usage. Air cooled, hybrid, or closed-loop water systems shall be required unless the applicant can provide sufficient data indicating alternative cooling systems are needed. If alternate systems are proposed, they shall be designed to minimize potable water use. If access to the City's water utility is required, the Planning Commission may establish maximum daily or annual water usage limits based on the capacity of the City's water utility and may require the use of non-potable or reclaimed water where feasible.

e. Electrical Generation: The use of on-site renewable energy generation including, but not limited to, rooftop solar is highly encouraged.

f. Fuel Storage. Fuel storage shall comply with all applicable local, state, and federal regulations and may be subject to additional setbacks, screening, or secondary containment requirements as determined by the Fire Department.

3. Infrastructure Mitigation. Where a Data Center requires on- or off-site public or private infrastructure or utility improvements, the Planning Commission may require a development agreement, financial guarantees, or applicant-funded improvements . Said improvements shall be at the sole cost of the applicant.

4. Operational Compliance. The City may require periodic third-party audits of noise and utility usage to ensure compliance with the site plan and required application materials. If the City receives noise complaints, continuous monitoring may be required at certain locations at the City's discretion to ensure noise-standard compliance.

Audits shall be created by a third party and at the cost of the applicant. Failure to supply said reports within a reasonable time established by the City, and/or non-

compliance to standards may result in any citations, fees, permit revocations, or any other penalties available under the City's zoning ordinance or general ordinances.

5. Required Parking. 1 space per employee at peak shift; plus up to 20 spaces for visitors, corporate vehicles, and contractors.

6. Conditions of Approval. The Planning Commission may impose reasonable conditions on approval of a Data Center Special Land Use to ensure compliance with this Ordinance and to mitigate impacts on surrounding properties and public services.

**Section 3. Amendment of Chapter 18.09.020**

Title 18, Zoning, Chapter 18.09, Industrial Districts, Section 18.09.020 – Schedule of Uses of the City of Wixom City Code shall be amended to include the following language. All other provisions of this section of ordinance remains unchanged:

**Section 18.09.020 – Schedule of Uses**

Use and development of land and buildings shall only be for the following specified uses, unless otherwise provided for in this title. Land and/or buildings in the districts indicated at the top of Table 8.02 may be used for the purposes denoted by the following abbreviations:

P: Permitted Use: Land and buildings in this district may be used for the purposes listed by right.

SLU: Special Land Use: Land and/or buildings in this district may be used for this purpose by obtaining Special Land Use approval when all applicable standards cited in Chapter 18.18, Special Land Use Review Requirements and Procedures and specific standards of Section 18.08.040 are met.

NP: Not Permitted: The use is not permitted in the district.

"Requirement" provides reference to additional requirements or conditions applicable to that specific use.

**Table 9.02**

**Schedule of Uses**

| Use | M-1 | M-2 | Requirement |
|---|---|---|---|
| Data Centers | SLU | SLU | Section 18.09.040 N |

**Section 4. Amendment of Chapter 18.09.040**

Title 18, Zoning, Chapter 18.09, Industrial Districts, Section 18.09.040 – Standards Applicable to Specific Uses, of the City of Wixom City Code shall be amended to add a new subsection, N, to read as follows:

N. Data Centers shall be permitted as a Special Land Use in the M-1, and M-2 Districts, subject to the standards of this section and all other applicable provisions of this Ordinance.

1. Required Application Submittals. In addition to the materials required for Special Land Use and Site Plan Review, applications for a Data Center shall include the following:

   a. Utility Capacity Verification. Written documentation from the electric utility provider confirming available capacity and identifying any required system upgrades. Documentation from the City or appropriate authority verifying water supply and wastewater capacity.

   b. Electrical Demand Statement. An estimate of average and peak electrical demand expressed in kilowatts (kW) and megavolt-amperes (MVA), including a description of redundancy and resiliency systems.

   c. Cooling and Water Use Plan. A description of cooling technologies to be utilized, estimated average and peak daily water usage, and identification of potable versus non-potable water sources.

   d. Noise Studies. In addition to the standards set forth in Section 18.12.130.E, data centers may not exceed the equivalent (hourly $L_{eq}$) sound level limits in Table 1 at any locations at or beyond the nearest receiving property line for the relevant land use. The measurements or predictions shall be conducted at 5 feet above grade, or at the elevation of maximum predicted impact.

**Table 1: Data Center Sound Level Limits (Hourly $L_{eq}$)**

| **Time of Day** | **Receiving Property Land Zone or Use** | |
|---|---|---|
| | **Residential** | **Institutional and Public Parks** |
| Daytime (6:00 AM – 10:00 PM) | 60 dBA and 75 dBC | 60 dBA |
| Nighttime (10:00 PM – 6:00 AM) | 50 dBA and 65 dBC | 60 dBA |
| If noise is TONAL (e.g., drone, hum, screech) – Subtract 10 dB from each value above | | |

If data center equipment produces tonal sound, a 10-dB penalty applies. Tonal sound is:

(a) Any sound that can be heard as a single pitch or combination of pitches, or;

(b) any sound in which the one-third octave band sound pressure level in the band with the tone exceeds the arithmetic average of the levels in the two contiguous one-third octave bands by 5 dB in bands 500 Hz and above, by 8 dB for bands between 160 and 400 Hz, and by 15 dB for bands below 160 Hz.

Data Center and associated equipment shall not produce perceptible ground-borne vibration (as defined by ANSI) at the nearest residential zoned or used properties.

Compliance shall be verified through noise impact studies submitted with the Special Land Use application and review, construction permitting review prior to issuance of a building permit, and post-construction review prior to issuance of a certificate of occupancy. Pre- and post-construction sound studies shall be conducted by an NCAC member firm or INCE Board Certified acoustic consultant and independently reviewed and verified at the expense of the applicant. The noise studies shall be site-specific and evaluate noise generated by all site operations and scenarios (normal operations, maintenance, power outage, etc.), including all noise-generating mechanical and electrical equipment (such as chillers, generators, transformers, cooling towers, air handling units, etc.).

A. The initial noise study must include the following:

   i. Baseline ambient ($L_{eq}$) sound level measurements of the existing pre-construction environment, taken at the quietest accessible locations near the nearest residential property to the project site in each of the four cardinal directions. These measurements shall be at least 24-hour duration to capture daytime and nighttime hourly $L_{eq}$ levels.

   ii. Predictive 3D modeling to demonstrate compliance with applicable noise standards outlined in this Section and Section 18.12.130.E. The predictive modeling shall be conducted on an octave-band basis and provide contour maps showing overall noise transmissions in dBA and dBC.

   iii. For the initial study, noise source data for the equipment can be based on generic data. The purpose of the initial study is to demonstrate the feasibility of meeting the noise ordinance through site layout, equipment type selections, and practical noise mitigation methods.

B. The final noise study shall include the following:

   i. Refined predictive 3D modeling to demonstrate compliance with applicable noise standards outlined in this Section and Section 18.12.130.E. The predictive modeling shall be conducted on an octave-band basis and provide contour maps showing overall noise transmissions in dBA and dBC.

   ii. Manufacturer-provided octave-band noise source data for the specific models of equipment planned for the project.

   iii. Data center developers must include a mitigation plan in their noise study to ensure that operational noise does not exceed the local noise limits detailed in this Section and Section 18.12.130.E, including the penalty for tonal equipment.

   iv. Include enough detail in the noise impact report for the independent acoustic consultant to peer review the analysis and results.

C. The pre-construction sound level measurements shall be repeated post-construction, with all equipment operating. The post construction sound study confirming noise standard compliance during daytime and nighttime operation scenarios at all relevant locations will be required prior to issuance of a certificate of occupancy.

D. All acoustic terminology and measurement practices in this section shall be in conformance with applicable publications of the American National Standards Institute (ANSI) or its successor body.

e. Backup Power and Fuel Storage Plan. The number, size, and location of generators; type and volume of fuel storage; containment methods; and fire suppression measures. Routine generator testing shall only occur between 9:00 a.m. and 5:00 p.m. during weekdays but excluding holidays. All noise from generator usage is subject to the ordinance limits except for temporary use during a utility power outage emergency.

f. Traffic and Delivery Analysis. Identification of anticipated truck traffic associated with construction, equipment delivery, and ongoing operations, if applicable.

g. Security and Access Plan. Description of proposed fencing, controlled access points, lighting, and coordination with emergency services.

h. Decommissioning Plan. A plan describing procedures for facility shutdown, removal of equipment, and restoration or reuse of the site.

2. Site Standards.

a. General: Data Centers in the M-1 or M-2 district shall adhere to the standards outlined in Chapter 18.09. A Data Center shall not be located adjacent to residentially used or zoned property. Additionally, no Data Center principal structure or mechanical equipment, including generators, shall be located within 500 feet of a residentially zoned or used property line.

Per the requirements of this Section, no Data Center principal structure or mechanical equipment, including generators, shall be located within a distance of residentially zoned or used property where the noise or vibration standards indicated in this chapter cannot be met.

b. Screening and Landscaping. Mechanical equipment (including HVAC, generators, fuel storage, transformers, and cooling towers) shall be fully screened from public view and adjacent properties by masonry walls, architectural panels, or evergreen landscaping in accordance with this Ordinance. Buffer zones shall meet the standards of Section 18.14.020.

Rooftop mounted sound barriers may not exceed 15 feet in height above the surrounding roof surface. Sound barriers shall not be included in the maximum height measurement of a structure.

Ground mounted sound barriers may not exceed 25 feet in height above grade.

All sound barriers shall be architecturally compatible in appearance with the principal building. Construction materials must be durable, weather-resistant, and rustproof. Standard concrete block walls and poured or precast concrete walls are not permitted unless approved by the Planning Commission who may require aesthetic or other design alterations.

c. Performance Standards. Data Centers shall conform to the standards outlined in Section 18.12.130 of this Ordinance.

d. Water Usage. Air cooled, hybrid, or closed-loop water systems shall be required unless the applicant can provide sufficient data indicating alternative cooling systems are needed. If alternate systems are proposed, they shall be designed to minimize potable water use. If access to the City's water utility is required, the Planning Commission may establish maximum daily or annual water usage limits based on the capacity of the City's water utility and may require the use of non-potable or reclaimed water where feasible.

e. Electrical Generation: The use of on-site renewable energy generation including, but not limited to, rooftop solar is highly encouraged.

f. Fuel Storage. Fuel storage shall comply with all applicable local, state, and federal regulations and may be subject to additional setbacks, screening, or secondary containment requirements as determined by the Fire Department.

3. Infrastructure Mitigation. Where a Data Center requires on- or off-site public or private infrastructure or utility improvements, the Planning Commission may require a development agreement, financial guarantees, or applicant-funded improvements . Said improvements shall be at the sole cost of the applicant.

4. Operational Compliance. The City may require periodic third-party audits of noise and utility usage to ensure compliance with the site plan and required application materials. If the City receives noise complaints, continuous monitoring may be required at certain locations at the City's discretion to ensure noise-standard compliance.

   Audits shall be created by a third party and at the cost of the applicant. Failure to supply said reports within a reasonable time established by the City, and/or non-compliance to standards may result in any citations, fees, permit revocations, or any other penalties available under the City's zoning ordinance or general ordinances.

5. Required Parking. 1 space per employee at peak shift; plus up to 20 spaces for visitors, corporate vehicles, and contractors.

6. Conditions of Approval. The Planning Commission may impose reasonable conditions on approval of a Data Center Special Land Use to ensure compliance with this Ordinance and to mitigate impacts on surrounding properties and public services.

**Section 5. Amendment of Chapter 18.24.030**

Title 18, Zoning, Chapter 18.24, Definitions, Section 18.24.030 of the City of Wixom City Code shall be amended to include the following new definitions:

**Section 18.24.030 – Definitions C-D**

"Data Center" means a facility or group of buildings whose primary function is the housing, operation, and maintenance of computer servers, data storage systems, telecommunications equipment, and associated infrastructure used for the processing, storage, or transmission of digital information. Such facilities may include backup power generation, cooling systems, fuel storage, and security infrastructure. This term does not include server rooms or data-processing facilities that are accessory and incidental to a primary permitted use."

**Section 4. Savings Clause.**

Nothing in this Ordinance hereby adopted shall be construed to affect any just or legal right or remedy of any character nor shall any just or legal right or remedy of any character be lost, impaired or affected by this Ordinance.

**Section 5. Severability.**

The various parts, sections and clauses of this Ordinance are declared to be severable. If any part, sentence, paragraph, section or clause is adjudged unconstitutional or invalid by a court of competent jurisdiction, the remainder of the Ordinance shall not be affected.

**Section 6. Adoption.**

This Ordinance is hereby declared to have been adopted by the City of Wixom City Council at a meeting thereof duly called and held on the _____ day of _______________, 2026, and ordered to be given effect upon publication as mandated by Charter and statute.

_____________________________ _____________________________

Patrick Beagle, Mayor Crystal Opalko, City Clerk

Notice of adoption published in the ________________________ on _______________, 2026.

**<u>CERTIFICATION OF CLERK</u>**

I hereby certify that the foregoing is a true and complete copy of an Ordinance adopted by the City Council of the City of Wixom, County of Oakland, State of Michigan, at a regular meeting of the City Council duly called and held on _____ day of _______________, 2026.

_____________________________

Crystal Opalko, City Clerk