# EXHIBIT 22

WIXOM
• MICHIGAN •

# CITY OF WIXOM
## PUBLIC HEARING NOTICE

The Wixom Planning Commission will conduct the following public hearing at a Special Meeting scheduled for **Monday, June 29th, 2026 at 7:00 p.m.** in the Wixom Council Chambers.

The purpose of the public hearing is to consider the addition of new zoning ordinance text as well as the amendment of existing zoning ordinance text as it relates to defining and regulating Data Centers as a land use in the City of Wixom.

The full draft of proposed amendments and additions is available for review online at

http://www.wixomgov.org/departments/construction-development-services-building/data-center-moratorium-ordinance

The full draft of proposed amendments and additions are also available for review at the City of Wixom Construction & Development Services Department located at 49045 Pontiac Trail, Wixom, MI 48393 between the hours of 7:15 a.m. and 5:30 p.m., Monday through Thursday.

1. Text amendments to the City of Wixom Zoning Ordinance Section 18.24.030 Definitions C-D. The amendments provide a definition of a "Data Center" for the purpose of establishing regulations for large scale data processing, computer server, data storage system, telecommunication equipment, and associated infrastructure uses. These uses include the processing, storage, or transmission of digital information. Such facilities may include backup power generation, cooling systems, fuel storage, and security infrastructure. The definition does not include server rooms or data-processing facilities that are accessory and incidental to a primary permitted use.

2. Text amendments to the City of Wixom Zoning Ordinance Section 18.09.020 Schedule of uses and Section 18.08.020 Schedule of uses. The amendments establish Data Centers as special land uses in the M-1 (Light Industrial), M-2 (General Industrial), and IRO (Industrial Research Office) zoning districts that require specific review by the Planning Commission, adherence to specific standards, and a public hearing be held in conjunction with consideration of the Special Land Use request.

3. Adding Section 18.08.040.H. Standards applicable to specific uses and Section 18.09.040.N Standards applicable to specific uses to the City of Wixom Zoning Ordinance. These sections will provide specific use standards for Data Centers. Standards reference minimum distances from residentially zoned properties, required noise studies, noise regulations, cooling system design, anticipated utility usage and capacity verification, traffic analysis, security measures, and decommissioning plans.

**PLEASE NOTE:** The map titled "*Data Center Regulations_500-foot Residential Buffer.pdf*" is a visual reference to regulations within the text amendment. No changes are proposed to the zoning map, and the map itself is not a part of the proposed text amendment.

The Planning Commission meeting will begin at 7:00 p.m. and will be held in Wixom Council Chambers, 49045 Pontiac Trail. Persons having any questions regarding these matters are urged to attend this meeting or contact Construction & Development Services at (248) 624-0880.

Publication:
Oakland Press

City of Wixom
(248) 624-4557