# EXHIBIT 24

**APPROVED**
**JULY 20, 2026**

**CITY OF WIXOM**
**49045 PONTIAC TRAIL**
**SPECIAL PLANNING COMMISSION MEETING**
**MONDAY, JUNE 29, 2026**

The meeting was called to order by Chairman Day of the Planning Commission at 7:00 p.m. at which time allegiance was pledged to the American flag.

| | |
|---|---|
| **PRESENT:** | William Day (Chairman), Cheryl Tacy, Michael Dornan, Vanessa Willett, Sandro Grossi and Mark Lada |
| **ABSENT:** | Todd Buck (Excused) |
| **OTHERS:** | Matteo Passalacqua (Carlisle Wortman Associates) [City Planner], Drew Benson (Assistant City Manager), Beth Saarela (City Attorney), Nathan Severen (Soundscape Engineering) and Nancy Fisher (Recording Secretary) |

**Determination of a Quorum:**
A quorum of the Planning Commission was present for this meeting.

**Agenda:**
No additions or changes were made to the agenda.

**Approval of the June 1, 2026 Regular Planning Commission Meeting Minutes:**
**MOTION** and seconded by Commissioners Willett and Lada to approve the June 1, 2026 Regular Planning Commission Meeting Minutes.

**VOTE:** **MOTION CARRIED**

**Correspondence:**
There was no correspondence to review.

**Call to the Public:**
**David Weishaar, Northville.** He believes statistics and numbers do not win a room. The word 'lieber' as a noun means 'book' and as an adjective 'free'. Free people who do not write their own rules cease to be free. Tonight the community is literally writing the book. We are deciding that data centers are allowed to be here forever. We should be asking ourselves who this is for. National polls show that 71 percent of people oppose data centers and only 27 percent support them. City Councilman Gottschalk told a reporter that Wixom is not prepared for them. The Planning Commission should finish what was started. The draft Ordinance requires special land use review and a public hearing for every data center application in the IRO, M-1, M-2 districts with the OS-1 district being barred from data center development. Residents get a hearing every time, not just tonight. It means a 500-foot buffer from every home and independently certified noise studies pre and post-construction paid for by the developer, not the City. He read the Ordinance closely and there is a pattern. Every section that costs the developer paperwork is written as 'shall'; i.e., "the decommissioning plan shall be submitted", "the Planning Commission may establish", "the Planning Commission may require them". The electricity demand statement only requires an estimate of average and peak demand. That is letting the developer grade their own homework. This affects the grid, water system and residents. 'May' means every requirement that costs the developer is written as "may". 'May' means who is sitting in these seats. 'Shall' does not depend on their mood. 25 years ago every teacher made the same joke about carrying a calculator in your pocket. None of them could imagine a calculator that would become the super computer influencer that every man, woman and child carries on

themselves daily. We cannot tell what data centers will be like in 20 years from now. The 'may' language needs to all be changed to 'shall'. The figures need to be independently verified. Add a 2-year sunset clause. Put a name for accountability. If a developer falls, the developer should pay for the consequences. Will Chairman Day direct the Commissioners to change the language from 'may' to 'shall'? Chairman Day noted that this is not a question and answer and that this question will be discussed. Mr. Weishaar has exceeded his 5-minute speaking limit. Chairman Day encouraged the public to speak after the presentation and the discussion by the Planning Commission.

**Cecil George, Lyon Township.** He is running for State Senate in District 13. Does the Planning Commission have a mandatory development agreement that forces the developer to put more money back into the town? Is there a secondary containment plan? That should be required. We need aquifer/wellhead protections.

**Martin Kushler**, **Loon Lake Road, Wixom**. He is recently retired. He previously worked for Michigan Public Service Commission for 20 years in the area of electricity regulation and is familiar with how rates are affected. He has studied data centers extensively and has written up some notes that he will share with the Planning Commission. The Planning Commission should extend the 6-month moratorium in order to seriously consider this issue. Chairman Day noted that the Planning Commission does not have the authority to extend the moratorium enacted in March; that is the sole power of City Council.

**Mark Lejzorowicz**, **1401 Stone Barn Road, Wixom**. He is from Poland and has lived here for 40 years. He is really surprised by what is occurring. The United States has 5,452 data center units while China has only 350. Germany has 524 and Russia has 183. Data center developers are owned by Amazon, Google Cloud, Microsoft, Facebook Meta and Apple. They have invested in this ripoff. If you look at the cooling systems, they create sodium hydroxide, sodium hydrochloride, corrosion inhibitors, oxidizing boxite, etc. They are very chemically intensive and go into the ground with the cooling system. They say it is a closed loop system but it is not. They use 550 million gallons of water per day, an amount that could serve 50,000-60,000 individuals. He is surprised that the Governor is not reigning in data centers. They burn lots of energy. Smart meters can be manipulated by data centers. Pennsylvania, New Jersey and Maryland are manipulating the use of electricity. Look at our utility costs now and how much we will pay after the data centers go in. Mr. Bloomberg says that the price for electricity will increase by 268 percent over the next 5 years. Residents will have to pay that while Messrs. Bloomberg and Soros, as well as Amazon, make the money. It is not good for people's pocketbooks or their health. There are over 5,500 data centers in the U.S. He hopes the Commissioners will vote against this.

**Alexis Madsen**, **142 Trailside Boulevard, Wixom**. Data centers represent a massive amount of risk vs. reward. The people are told that they are inevitable and bring progress. They consume acres of land and pull immense power from the grid. It is a blatant theft of local resources and corporate profit that we will never see. Look past the claims of 'closed loop cooling systems'. She is a Navy vet. On her ship, they worked with demineralized water to cool high stress equipment. It was known as toxic bilge brine. It aggressively eats metals so it is packed with industrial anti-corrosive materials such as nitrates, inhibitors and biocides; it is a chemical cocktail. That will be dumped straight into the municipal sewer lines. The City is unequipped to filter that out—it is not built for standard City sewage--and it will affect residents' health. What is the data center developer actually providing to the community? Temporary construction jobs? Economic growth for the lower and middle classes? They are consuming our electricity and water so tech giants can maximize their algorithms while City residents will pay twice, once through their pocketbook and then again with their health. DTE negotiates closed-door contracts while substations and added power generation get shifted onto the residents. Do not offer corporate tax breaks, subsidies and municipal handouts. If a multi-billion dollar tech giant wants to build a fortress in our town, they must pay 100 percent of their way, from the first brick to that final powerline. She urges the Planning Commission to craft an aggressive Ordinance to make it undesirable and unprofitable for these predatory developers.

The Zoning Code must be enforced and they should meet strict, non-negotiable standards. The developers must pay 100 percent of the upfront and long-term capital costs to entirely upgrade Wixom's water, wastewater and energy infrastructure in order to shield the residents from increased utility and tax rates. The developers should be required to have mandatory, third-party chemical tests of all discharge before it exits their facility. The Planning Commission should require a mandatory Community Benefit Agreement including financial endowments. If they cannot provide a specific number of jobs per the land taken, they must fund mandatory, ongoing financial endowments in perpetuity to our local schools and municipal funds to offset their massive consumption and lack of jobs. Make zoning laws fiercely protective. She is fighting for generations to come including her own kids. If the developers get a foothold now, there is no going back. If a tech developer refuses to protect the residents, the City should make it unviable for them to build here.

**Unfinished Business:**
There was no unfinished business listed on the agenda for this meeting.

**New Business:**

1. **PUBLIC HEARING REVISION OF ZONING ORDINANCE TEXT RELATED TO DATA CENTER OPERATIONS, PERMISSIBILITY AND PERFORMANCE STANDARDS**: Public hearing to consider public comments regarding an Ordinance to Amend the Wixom Code of Ordinances, Title 18, Zoning, Chapter 18.08 – Office and Research Districts, **Section 18.08.020** – Schedule of Uses, to Address the Permissibility of Data Centers in the IRO and OS-1 Zoning Districts, Amend **Section 18.08.040** – Standards Applicable to Specific Users to Provide Specific Standards for Data Center Uses in the IRO Zoning District; Amend **Section 18.09** – Industrial Districts, **Section 18.09.020** – Schedule of Uses to Address the Permissibility of Data Centers in the M-1 and M-2 Zoning Districts; Amend Section **18.09.040** – Standards Applicable to Specific Uses to Provide Specific Standards for Data Center Uses in the M-1 and M-2 Zoning Districts; and Amend **Section 18.24.030** to Provide Definitions for Data Centers.

Mr. Benson introduced himself as the Assistant City Manager and Director of Economic Development. He also introduced Mr. Passalacqua (the City Planner), Nathan Severen (from Soundscape Engineering) and Beth Saarela (the City Attorney). He noted that City Council directed City staff and the Planning Commission to work on Ordinance language for large-scale data centers. Staff has been working with the Planning Commission on this. On March 24, 2026 City Council adopted a 6-month moratorium on data centers. Under current circumstances, property owners cannot apply and the City cannot consider data center development proposals unless they seek special accommodation. The Planning Commission has met seven times since then and the City has hired Soundscape Engineering to create a policy to protect the community as best as possible. Wixom is a largely industrial community and 53 percent of its tax base is commercial or industrial. They are not on a community well system. They have a wastewater treatment facility. The existing infrastructure is through DTE. They have not received applications for data centers and it would depend on the individual application. The intent is to make the applicant explain their proposal and then decide whether that can be accommodated. The City does not directly control whether DTE authorizes power supply to the applicants although it does require specific information from the applicant and DTE regarding power provision as well as what the impacts will be. Zoning is a tool to regulate land use citywide. The Ordinance does not regulate individual proposals.

Mr. Benson noted that Wixom is relatively built out. The City wants to craft an Ordinance to protect the City and its residents. The Ordinance applies to everyone. Regulations need to balance compatibility with feasibility. The Michigan Zoning Ordinance cannot totally prohibit lawful land uses. To put the City in the best possible position, the Ordinance needs to be reasonable but also protect the standards. Otherwise, it opens the City up to litigation. Tonight they will present what the Planning Commission has worked on for the past 7 months. Then they will decide whether further edits/changes need to occur before it goes

back before City Council. They are trying to be thoughtful about the variety that data centers can encompass. Today we are seeing hyper-scale centers. He noted that the Lyon and Saline Township sites are large.

Mr. Passalacqua stated that he is the City's planning consultant. He will be presenting the Ordinance verbatim tonight. He noted that they updated the definitions of applicable terms which he outlined. The next set of amendments are the zones where data centers should be considered special land uses including M-1 (Light Industrial), M-2 (General Industrial) and IRO (Industrial/Research/Office) districts. Data centers are prohibited in all other zoning districts. They are special land uses which require a public hearing before the Planning Commission. They wanted to develop specific standards for data centers including setback, noise studies, utility usage, traffic analysis and decommissioning plans. Information required for applications includes utility capacity verification documentation from a utility provider, water supply and wastewater capacity, including any required system upgrades, electrical demand statement and estimate for average and peak usage including a statement of redundancy and resiliency systems, cooling technology, average and peak daily water usage. Part D relates to noise. Soundscape is here tonight to discuss the Noise Ordinance. Additional application requirement materials include backup power and fuel storage plans including the number, size and location of generators, type and volume of fuel containment methods and fire suppression plans. An air quality permit may be required unless waived by EGLE. Generator noise is subject to the Noise Ordinance except during utility power outage emergency use. Security and access plans include proposed fencing, access points, light and coordination with emergency services. Decommissioning plans include facility shutdown, equipment removal, restoration and reuse of the site.

Mr. Passalacqua noted that data centers would need to meet the City's general noise requirements and the additional ones. He read directly from the Ordinance which breaks down the requirements. Table 1 outlines the hours of operation; Daytime is considered 6 a.m. to 10 p.m. and Nighttime is 10 p.m. to 6 a.m. He showed the tables for both residential and institutional uses. Soundscape can speak to the difference between A and C weighted decibels. If it generates tonal noise, there is a 10 DB penalty for each. Data centers should not produce perceptible ground-borne vibration at the nearest residentially zoned property. Compliance will be verified by noise impact studies submitted during the special land use review, pre-construction prior to the issuance of a building permit and post-construction prior to the issuance of a Certificate of Occupancy. They are modeling the noise during site plan review, then again during construction review. Pre and post-construction sound studies shall be conducted by a National Council of Acoustical Consultants (NCAC) member or an Institute of Noise Control Engineers (INCE) member and independently verified at the applicant's cost including chillers, air handlers, etc. The initial noise studies must include baseline ambient LEQ (a sound measurement average over time) of the existing pre-construction environment taken at the quietest accessible locations nearest a residential property in each of the four cardinal directions over a 24-hour duration. They will also do predictive 3D modeling and contour maps in DBA and DBC.

The initial study should demonstrate the feasibility of meeting the Noise Ordinance. The final noise study should include the following: refined predictive 3D modeling to demonstrate compliance which should be conducted on an octave band basis and provide contour maps showing all noise transmission in DBA and DBC and manufacturer provided and octave source data for the specific models of project equipment. Data center developers must include mitigation to ensure that their operational noise does not exceed the local noise limits. The noise impact report should include enough data for the acoustic consultant to peer review the analysis and the results. Noise studies should be repeated post-construction with all the equipment operating. They are requiring several studies.

Site standards relate to placement of setbacks. Data centers cannot be located adjacent to residentially used or zoned properties nor will mechanical equipment be permitted within 500 feet of residentially zoned properties. The Planning Commission did study various setbacks including 300 feet, 500 feet and 1,000

feet and settled on 500 feet from residential. Data center developers would have to meet both the setback standards and the noise standards in order to secure approval. Mr. Benson noted that in circumstances where they do not know what each individual application can look like down the road, they have created various layers of residential protection. They cannot be sited on an industrially zoned property which touches residential. This takes circumstances into account. In some cases, 500 feet may not be enough and in some cases it may be more than enough. They talk about HVAC, cooling towers, masonry walls, rooftop mechanical barriers and ground mounted sound barriers. It also discusses the composition of barrier walls. Rooftop-mounted sound barriers may not exceed 15 feet in height and ground mounted sound barriers may not exceed 25 feet in height. The wall heights come from research studies measuring their efficiency.

In terms of water usage, air-chilled, closed loop or hybrid systems are required unless the applicant can prove that others are needed. If access to the City's water is required, the Planning Commission may impose limits and may require the use of non-potable or reclaimed water where feasible. Rooftop solar is highly encouraged. Infrastructure requirements regarding improvements will be at the sole cost of the applicant. Third-party audits will be done at the applicant's expense are required. If the City receives noise complaints, continuous monitoring may be required at certain locations at the City's discretion. Audits shall be conducted by a third party at the applicant's cost. Non-compliance with standards may result in penalties, fees or revocation. The parking requirements were outlined.

The Planning Commission may impose reasonable conditions for applications for data centers. Mr. Passalacqua showed the Zoning Map which depicts the M-1, M-2 and IRO districts within the City. Any industrial property (M-1, M-2, IRO) that directly borders a residential property is automatically disqualified from any type of data center development. If the parcel is zoned Industrial but is not adjacent to residential but is near residential, there is a requirement that no mechanical equipment/principal or accessory structures can be within 500 feet of the residential property line. Mr. Benson noted that is independent of the noise requirements. If they cannot meet the standards at 500 feet, they will have to set that back until it can be met. This map is posted on Data Centers Ordinance/Moratorium page of the City's website.

Mr. Benson noted that he will invite Mr. Severen of Soundscape Engineering to discuss things and that after that there will be another call to the public. The Planning Commission will direct the Staff to make additional modifications or they will forward it to City Council for its consideration. City Council must hold a first reading at a meeting and a second reading for adoption so there will be a couple opportunities for public comment. To put the City in the strongest position, to regulate data center uses, adopting some degree of Ordinance amendments is crucial. There are provisions in the draft Ordinance that the City does not currently have and, therefore, these Ordinances would put us in a better position to regulate those types of uses.

**Nathan Sevener, Soundscape Engineering**, **LLC.** 729 W. Ann Arbor Trail, Plymouth. The City asked him to assist with further developing the draft Noise Ordinance for data centers. He has worked as a consultant for 30 years and started Soundscape 16 years ago. He is Board Certified and has worked on over 1,300 projects. He noted that the Noise Ordinance was read by Messrs. Benson and Passalacqua. He wants to clarify any technical/jargon terms. Decibels (DB) are the basic measure to describe sound levels. Decibels are not linear. If you take 42 decibels and add another 42 decibels, you do not get 84 decibels. It is logarithmic; i.e., 55 plus 55 is only 58. It is a little complex and is not simple or efficient. The decibel unit is what you measure and what you perceive. If you measure the sound and there are two sound sources instead of one and they are exactly the same, it increases by 3 decibels; i.e., two at 42 decibels equals 45. If there are 10 sources that are the same, it is 10 decibels louder for all of them. That is what you get with a meter. What do you actually hear? A 1 decibel change is not perceptive to the human ear. A 3 decibel change is generally considered to be barely perceptible. 5 decibels is clearly noticeable and is significant. 10 decibels is generally perceived as twice as loud; i.e., 45 DB to 55 DB.

Frequency is measured in Hertz (Hz). Low frequency would be the bass you hear in music. Mid-frequency is human voice and high frequency is crickets. Low to high frequency resembles the range on a piano keyboard from one side to the other. Human hearing has a range of 20-20,000 Hz. Vocal range is 250 to 4,000 Hz. The next concept is A weighting which is mentioned in the Ordinance after the decibel limits; i.e., 'DBA'. It is what you measure vs. what you perceive. The microphone can measure the sound pressure level in the air. Our ears are tuned to human voice. We do not hear the overall sound frequency. Here is an example:

- 130 DBA – threshold of pain
- 120 DBA - loud rock band near the speakers
- 110 DBA – train whistle siren at 50 feet
- 100 DBA – loud car horn at 10 feet
- 90 DBA – loud New York City subway train at 20 feet
- 80 DBA – gas lawnmower from 10 feet away
- 70 DBA – typical vacuum cleaner
- 60 DBA – conversational voice from 3 feet away on average
- 50 DBA – average open office background
- 40 DBA – 10 m.p.h. wind in the trees
- 30 DBA – your average residence without anything going on inside
- 20 DBA – whispering
- 10 DBA – breathing
- 0 DBA – threshold of hearing

Mr. Severen indicated that there are a couple of important concepts including LDN (day/night sound levels) which is not mentioned in the draft Noise Ordinance. It is a metric that is used usually in Federal projects. It is for day/night sound levels and penalizes nighttime hours operation. The figures he will read are averages. They are from the EPA and were published in 1978:

- ¼ mile from a major airport (very close to the runway): 85 DB
- Downtown with some construction activity (a city environment): 78 DBA; you can expect night time levels to be penalized by 10
- Urban housing: 68 DB
- Older residential area: 60 DB
- Wooded residential: 50 DB
- Agricultural: 44 DB
- Rural residential: 40 DB
- Wilderness: 35 DB

He noted that these figures are approximate and that the City's draft Noise Ordinance falls in between urban residential and wooded residential areas.

Mr. Severen noted that there are C weighted decibels contained in the Noise Ordinance. We use A weighted to better approximate our hearing. This graph shows octave band frequencies going up to 8,000 Hz. There are two bars for each octave band frequency. The A weighted level is 26 decibels. It gets discounted since your ears do not hear it as well. That is why Ordinances are A weighted to better approximate what we hear. They added C weighting to the Ordinance. They could define a limit at every single octave band but they want to simplify it somewhat. Most Ordinances do not set a decibel limit at every octave band although some state-level ones do. Generally community Ordinances do not. The reason they added the C weighted levels is that the C weighted only slightly decreases the level at low frequency. That allows them to set a limit on low frequency noise.

The next slides pertain to typical freeway noise when you weight it if you used a meter. For this spectrum of freeway noise, it is 74 DB unweighted, 65 DBA and 73 DBC. C weighted will always be higher than A weighted. In the Ordinance it discusses LEQ. It stands for the equivalent sound levels but can be thought of as an average sound level over time. Some noise sources are not well evaluated using an average sound level. Data center noise does not fluctuate up and down; it is more constant.

Someone from the public asked Mr. Severen what the noise level is from data centers. Set a limit and tell the public they will not be impacted by the noise from the data centers. Mr. Severen said that it depends on how far you are from the data center and what has been done to control it. They operate 24/7 for 365 days with no down time. The primary noise sources are from the cooling equipment and transformers. Some can be tonal noise sources and can produce low frequency noise. That is why they are both considered in the Ordinance. The existing Ordinance that is already in place limits noise levels to 60 DB for M-1 and M-2 districts, 70 DB during the day and 65 DB at night for M-1 and 75 DB during the day and 70 DB at night in M-2. The draft Noise Ordinance supplements that and applies to noise levels at residential and institutional uses. The Ordinance includes limits for day and nighttime sound limits for residential, institutions and public parks. The limits apply at or beyond the receiving property line. There is a 10 DB penalty for tonal noise. There is a C weighted DB limit to control low frequency noise. There are specific noise studies required before special land use approval, permitting and issuance of Certificate of Occupancy. Routine generator testing is limited to 9 a.m. to 5 p.m. weekdays excluding holidays. From 6 a.m. to 10 p.m. the noise limit would be 55 DBA and 70 DBC. The nighttime (10 p.m. to 6 a.m.) limit is 45 DBA and 65 DBC. If there is tonality (described as a drone, hum, screech), the levels are penalized by 10 DB. There was a lot of background research looking at Ordinances locally and across the country for data centers. 55 DBA for daytime and 45 DBA nighttime is considered compatible by the EPA which is what was put into Wixom's draft Noise Ordinance. 60 DBA is considered marginally compatible. Mr. Severen cited other Ordinances from different states. The State of Virginia has received a lot of attention for data centers. He has curated a large collection of other Data Center Ordinances from across the country including:

- Smithfield Township, Pennsylvania – 67 DBA daytime and 57 DBA nighttime with a 6 DB tonal penalty. That one might be too high. That is why he did not recommend this.
- Sebastian County – 65 DBA daytime and 55 DBA nighttime.
- Prince William County (PWC) - 60 DBA daytime and 73 DBC daytime. Nighttime is 55 DBA and 68 DBC. Prince William County is considered the data center capitol of the world. The PWC Advisory Group was put together to advise them what to include in the Ordinance. They came up with 68 DBA daytime and 55 DBA nighttime.
- Loudon County, Virginia - 55 DBA daytime and nighttime. That is under review due to noise complaints.
- Phoenix, Arizona – 55 DBA daytime and 45 DBA nighttime.
- North Dakota, it is 55 DBA nighttime and 45 DBA nighttime.
- The State of Illinois has a statewide Ordinance that covers all industrial facilities which limits it to 55 DBA daytime and 44 DBA nighttime with a 10 DB penalty for tonal noise.

Michigan Ordinances are on the next slide; these are not data center specific.

- Traverse City – 65 DBA daytime and 60 DBA nighttime.
- Grand Haven Township – 65 DBA daytime and 55 DBA nighttime.
- City of Ann Arbor – 61 DBA daytime and 55 DBA nighttime.
- James Township – 55 DBA daytime and 50 DBA nighttime.
- The State of Michigan has a utility scale energy noise regulation that was put into place a few years ago which is 55 DBA daytime and 55 DBA nighttime with a 5 DB tonal penalty.

- Delta Township – 60 DBA daytime and 50 DBA nighttime.
- Ann Arbor Township – 55 DBA daytime and 50 DBA nighttime.
- Kentwood – 55 DBA daytime and 50 DBA nighttime.
- Canton – 55 DBA daytime and 45 DBA nighttime.
- Dearborn – 50 DBA daytime and 45 DBA nighttime.
- Kalamazoo – 50 DBA daytime and 45 DBA nighttime.

Several of those have a tonal penalty. Traverse City has a 5 DB tonal penalty. The State of Michigan Utility Scale Energy has a 5 DB tonal noise penalty. Delta and James Townships, as well as Kalamazoo, all have a 5 DB tonal penalty. Someone from the public asked what the consequences are for the data center developer. Mr. Severen stated that he recommends a 10 DB tonal penalty, 55 DBA daytime and 45 DBA nighttime. Mr. Benson said that the penalty is a noise penalty; the number goes down.

**Call to the Public:**

**Tom Rzeznik, 1636 Wayhill Drive, Wixom.** He is a 35-year resident and business owner. This is the largest turnout he has ever seen at a City meeting. This is a very important topic. The draft Ordinance will set the tone for data centers if they come here. He applauds the Planning Commission for taking the lead and City Council for the 6-month moratorium. However, in 2018 they had a marijuana moratorium but extended it to give the State time to get their act together regarding their rules. We need a much longer period of time to consider the draft Ordinance. He applauds Senator Runestad's efforts to introduce three Senate bills that would propose a 365-day limit and halt any data center development. Senator Jennifer Wexton introduced three House bills which seek a similar pause to prohibit new permits until April 1, 2027 even though that is under City Council's purview. Many of his concerns with the language in the draft Noise Ordinance were stated already during the call to the public. Also, he feels that the 500-foot buffer zone is far too small. His concern is that there are properties north of Pontiac Trail which would be allowed that are pretty close to the neighborhoods west of the railroad tracks near W. Maple and north of the Michigan Airline Trail. They would be within direct earshot of a data center even if it was small. A 1,000-2,000-foot setback is more appropriate. The buffer needs to be increased around the Village Center Area (VCA) where there are retail businesses. The Downtown Development Authority (DDA) has made painstaking efforts to create a very enjoyable, usable and walkable downtown area and they are currently working on West End Commons. If the proposed buffer stands, they would be within earshot of a data center. West End Park will be programming but could be negatively affected by tonal frequency. The 3D modeling needs to include all elements including backup generators and cooling elements; that needs to be explicitly stated. The Planning Commission needs to replace the wording 'may' with 'shall' in the Noise Ordinance. With regard to water usage, he wants to point out several instances the City has experienced boil water situations around Fourteen Mile Road creating issues for downstream communities including Novi, Commerce and Walled Lake. The only reason that did not include Wixom is because they have a 1.5 million gallon water storage capacity at the water tower. Can you imagine one business using up that much water in a matter of days? The Ordinance needs to include something regarding boil water alerts and that that reserve cannot be used for any cooling purposes. With a longer moratorium, the Planning Commission can work on an Ordinance with more meat to it and work to increase the setback from residential. He hopes everyone has visited a data center; looked at them and listened to them. There are several to choose from. If this Noise Ordinance is adopted as is, it will have a much more negative impact than the departure of Ford Motor in 2006.

Chairman Day read the rules surrounding public comments for everyone's benefit.

**Kristin Rzeznik**, **49438 Pontiac Trail, Wixom**. She is the owner of The Drafting Table Brewing Company at 4943 Pontiac Trail. She lives downtown. Yesterday she drove to Dowagiac to see the data center there for herself. What she heard was loud, abrasive and a humming noise that never stopped. Using an app on

her phone, she measured the Dowagiac sound level at 64 DB at 500 feet from the building. She met with Commissioner Grossi and City Councilman Bermann. She talked to a Dowagiac resident who told her he can clearly hear the noise from inside his home. He has lived there for 9 years and will never be able to sell his house. With her own air conditioning unit running at her home, she had to move to 2 feet from it in order to replicate the 64 DB noise level. A 500-foot setback is certainly not enough. Dowagiac used evergreens as a screen but it did not work. That noise is inhumane and morally wrong, especially near downtown and residential areas. It is a form of torture. She lives and works downtown. She is nervous about how it will affect her business. With a data center there she will not be able to enjoy the quiet outside like she does now. Do not allow an abusive and torturous neighbor into the neighborhood. She encouraged everyone involved in the creation of the Ordinance here to go listen to an operating data center. She played the noise level from the Dowagiac data center for those present on her cell phone.

**Tim Moore**, **369 Decker Road, Walled Lake.** He encouraged the Planning Commission to do what it can to protect its citizens. This will adversely affect property values. Do your due diligence and go talk to residents who live near operating data centers. The smallest number of generators he has heard of is 12 diesel generators. Do your due diligence.

**Grace O'Dea**, **2184 Mill Street Drive, Wixom**. Can the City put a QR code for the information presented tonight for the residents to see since it was not visible to all the attendees at the back of the meeting room tonight? That would make it more accessible. The City staff and Commissioners have been talking about noise and water limits. Should the residents assume their efforts are moot since this matter is being discussed as if it is already decided? There have been discussions about whether the City's infrastructure can support data centers; tonight's meeting room does not even have adequate seating to accommodate everyone. She does not care whether or not the City has the infrastructure to support a data center. The overload of information given tonight is all tech lingo, legal jargon soup. The information provided tonight was wildly overwhelming or obviously vague. Regardless, the residents do not want data centers.

**Ashley Joppich**, **2017 Tina Circle, Wixom.** These Ordinance amendments seem reasonable on the surface but are dependent on multi-billion dollar corporations acting on good faith after testing once the facility has been constructed and is operational. There are no hard line provisions for any penalties levied on the developer if they fail in adhering to the measures laid out in the amendments. There are also no hardline provisions for continued compliance rechecks post-approval/post-construction. 'May' is not a commitment but is an attempt to placate a public that does not want this while enticing multi-billion dollar corporations to do what they want with no consequences. The residents will always have to deal with the consequences for costs, health, traffic and noise while the company executives do not even live here. The Planning Commission needs to make sure that they do right by the residents. They are in our city; this is not their city. It is our city, our town and our place to live. They need to respect that and have the integrity to do that.

**Bailey Rice**, **31103 Lakeview Boulevard, Wixom**. They have lived here for 4 years. She is a graduate landscape architect. She routinely interacts with the City's Ordinances. Data centers are largely untested and unregulated facilities are eroding the trust and resources of cities across Michigan and across the country. The advocacy requirements are all shallow promises at best and at worst are lies by the developer who will receive the majority of the profits. Many of these promises are broken with no consequences even with the possibility of community benefit agreements. The community members will suffer the long-term consequences. The companies disregard the health, safety and welfare of the residents including those of Dowagiac. They claim that it is all for progress. They use the same rhetoric as scammers. The rushed construction of these facilities leads to cut corners and exacerbation of environmental impacts. The restoration of these contaminated sites will fall on the citizens when the tech giants abandon their pet projects after they are deemed unprofitable. Wixom has experienced a major water main failure this year and could barely keep our water storage filled until the boil water advisory was lifted. Any additional

failures will be felt by the residents in a deeply personal way. Currently the State legislature is introducing bills for moratoriums against data centers to provide appropriate safeguards. There have been references to the Michigan Zoning Enabling Act. However, this does still require the impact on residents and a demonstrated need for those facilities. Facilities that cause a negative impact can still be regulated. Date centers are shown to devastate property values, cause health concerns in everyone from children to pets, elders and livestock. They also prevent reasonable use of private property and public spaces in the communities that have permitted them or on whom they were forced. This is all set within the framework of Wixom trying to grow the community via the 2020 Master Plan and the Parks & Recreation Master Plan. Wixom should extend the moratorium and establish zoning standards so the residents will not become guinea pigs for these largely experimental facilities. This beautiful and diverse community is why Wixom feels like home. Protect your citizens and listen when we tell you they have no place here.

**Cathy Gronski, 2448 Heddingham, Wixom**. This is a complicated issue. We need more time. Residents within a 1-mile radius of Dowagiac, which is 10 times Wixom's proposed 500-foot setback, are part of a class action lawsuit. Sound studies after the fact are insufficient. Our Ordinance needs to prohibit non-disclosure agreements (NDAs) by City Council members and Planning Commissioners especially when we are giving them tax incentives. We should mandate PFAS-free solutions given the City's history and its inability to monitor that; electronics can emit PFAS. Substitute 'shall' for 'may' in the Noise Ordinance, especially for closed loop systems. She does not want any runoff; it should be prohibited from entering the watershed. Our Ordinance should require developer funding of first responder training. Our Ordinance should put the financial burden for high-voltage transmission lines on the developer. Limit the fuel to diesel to avoid the developer bringing a standalone nuclear power plant and attaching it.

**John Palmer**, **277 Ray Street, Wixom.** If one person speaks up, there are 100 who do not. So multiply the residents here tonight by 100. A 500-foot setback is inadequate. If they are going to be here, they need their own power plant; Ford, Hewlett Packard and Burroughs did that. He knows they cannot say no or be unrealistic but they can be intentional. No 'mays' in the Noise Ordinance; they should all be 'shalls', especially around testing. You cannot have the fox guarding the hen house. We want independent testing. Help us keep our community solid.

**Cecil George**, **Lyon Township.** He played a recording from his phone of the noise emitted by the Dowagiac data center from a distance of 500 feet. That is 62 DBA. 55 is still high. He is working with a sound expert, Aaron Rinehimer who does this for big plants. He has a whole study for the data center slated to go into Lyon Township. 55 is too high. Aaron says 50 for daytime is the highest it should be. The 45 at night is great. He knows that the Planning Commissioners' power is limited. The Planning Commission can force the developer into a development agreement. Multiple communities will be affected by this as it will span several miles. Sound effects can span 7.9 miles. For water, it is 6.9 miles. Does everyone in Wixom get (municipal) water from the City? Commissioner Grossi said that some residents are on private wells. Mr. George said that the developers do not care what the residents think. In Georgia data centers claimed they had a closed loop system yet they drained 33 million gallons of water in one day. If the Planning Commission does not strengthen the Ordinances, they will take advantage.

**Donald Gambrell**, **272 Wright Street, Wixom**. His mom told him to start from the beginning. Are the City residents aware of the Korex Corporation? He has filed complaints with the City since 2022 for noise, water runoff and pollution of the air and soil. He has an extensive email thread between him, Drew Benson and the City Council members. You can tell how City managers handle future situations. Korex's decibels were measured because there was a loud humming noise that disrupted their sleep. The City sent someone out with a DB meter which measured it at 66 DB. This is next to a children's middle school. This has not been changed in the Ordinance but they did talk to the company and got the noise completely eliminated. He is still dealing with air pollution after 5 years and there seems to be water runoff. Korex was cited by EGLE for water runoff. The City had many difficulties with Tribar/Adept dumping tens of thousands of

gallons of carcinogens into the water. In fact, to this day you cannot even fish in the waters of the Huron River. Do you understand that to cool an artificial intelligence (AI) data center they have to push through millions of gallons of water? Where is the water source? Once it goes through, it goes into the water system that is already polluted. It will be a destructive force to the residents and destroy natural resources.

**Jacob Frazier**, **30829 Beechwood, Wixom**. His views are his own and not his employer's. He has attended multiple conferences for data centers where he was told repeatedly how important it is to get in early and how to influence community residents. His company talks about how to engage with the data center market. Someone talked about overcoming obstacles regarding the heat. The data center developers are all about skirting regulations. If the only punishment is a fine, they can easily afford that. He did not see a lot of protections in the Noise Ordinance against bad actors. Closed loop systems just means that the coolant has to stay inside the building. You still have to recool the coolant. The closed loop system can still interface with the outside. Now you have a lot of hot water and closed loop systems can still consume a lot of water. If you had to have data centers, require waste heat reuse instead of dumping it back into the environment. There should be an environmental incentive to build on brownfields so the developer can remediate it. There are no established standards. He and his wife moved here because it was quiet and nice. He does not want a data center to ruin the whole area.

**Byron Kraynak**, **719 Sibley Court, Wixom**. He and his wife have lived here for 37 years and they love the City. Most of the City administration have been great. He was a trainer his whole life. Data centers support AI which could be a good thing; however, as currently designed, they harm the environment. We are disregarding what we learned in the 1960's. Societally we are at a tipping point. We know that data centers create a lot of heat. What will follow are higher utility bills which are usually passed on to the residents. Our children have blind trust in us and we should know better than to chase bright, shiny objects. We need to protect the next generation. What will this do to our kids? He talked to the School Board about the new school on Maple Road which is close to a straight line with the potential data center site.

**Debra Neirinck**, **2772 Maple Forest Drive, Wixom**. She did not come with prepared remarks but listened to the proposed Ordinance. She wonders how many other data center developers in the State are using the same Ordinance and they just change the City's name to sell it to the public. Soundscape Engineering's slides felt like a sales job. The Ordinance language should be 'shall' and not 'may'. Instead of taking advice from consultants, satisfy the residents and protect the residents. She heard a sales job. She does not care about the statistics because they do not mean anything. Once the data center is built, none of the statistics mean anything; they will do what they want.

**Alex Kashneider**, **461 Hampton Court, Wixom**. He has been a resident since 2015. He has two kids that go to elementary school. He wants more restrictive verbiage in the Ordinance while operating within the legal framework. He did not understand the implications of the 500-foot setback until he looked out his back window. He moved here for the small town feel, the nice downtown and the community. His neighbor donated a kidney to his son. He implored the Planning Commission to do its due diligence and learn from the communities who learned the hard way. The proposed 500-foot buffer should be 1,500-2,000 feet. Background tonal frequencies are more harmful than was presented tonight. He lived on a flight line in a combat zone and slept next to generators for months on end and no one should be subjected to that. It does have a significant impact. They need to take a look at the environmental impact. He is worried about the data center's impacts to critical infrastructure. Data centers are a bad idea for Wixom and for Michigan. They will suck up all the water and they do not care.

**Chloe Weipert**, **2813 Blue Heron Lane, Wixom**. She has lived here since she was 1 year old and has been a resident for 27 years. She pays taxes. She is concerned for her health and safety and for that of the community. The community does not want any data centers. Make it completely undesirable for the developers. The regulations and protections will not do anything. If they wanted to listen to a droning

noise all day and night long, they would not live here. Families living here as well as the wildlife will be impacted. When the noise quiets, they will hear the noise more clearly after 10 p.m. It is close to the West End Commons which is meant to bring the community together and is close to the Airline Trail. If they cannot relax, what is the point? The water and energy bills will go up. The cooling system is not contained. South Lyon gets their water from the Huron River. If the data center in our community leaks into Norton Creek, it will go downriver and impact other communities. There is no going back once the water is polluted. Property values will decrease. The residents will not allow you to bulldoze them. There will be a class action lawsuit if a data center goes in. Write it in the Ordinance.

**Ralph Marx**, **2669 Maple Forest Drive, Wixom**. There are other things to consider beyond noise. He saw the consultant's comparison of DBA standards to other cities but did not see what the setback was or if the other cities are the same as Wixom. It needs to be an apples-to-apples comparison. He feels the allowable DB levels are too high. How will the tax base vary for a data center? Electricity delivery is already poor in his neighborhood; they have had three outages this year alone. There will be an impact even if the data center has dedicated lines. He would like to see the existing electricity delivery problems addressed before we further stress that system. He is a retired IT professional so he knows if there is a data center here there will be another one nearby including an automatic failover and they will need to talk to one another. They use satellites, infrared and other technology that interfere with cell phones. You need to consider the impact beyond noise levels. The City has already taken a black eye with the Tribar incident. We need to reconsider the water issue, especially with the discharge. Even a very small data center has six generators and they are not only used during a power outage. They operate frequently, usually weekly and monthly at a bare minimum because of insurance requirements. Thank you for the work they have done and for allowing him to voice his opinion.

**Mary Schimmel, Milford**. Milford just had the first review of its draft Ordinance last week. No one wants a data center. Washington Township is under threat from a hyper-scale data center. They are under a moratorium. She urges the Planning Commission members to talk to the officials in Washington Township. From what she has heard, they are adopting 70 percent of what is contained in the draft Ordinance. Their amendment includes continuous monitoring of noise, vibration and water. They are providing a public dashboard where residents can see those metrics, independent third-party verified assessments by qualified, licensed professionals, a very detailed violation fine structure and a phased development approval. They are making it very restrictive to have as much control as they can. Take the time and consult with the Washington Township officials; there is no rush. She is aware of another tactic being taken in Michigan that entails exclusionary zoning. The Washington Township draft Ordinance contains class sizes for data centers and the requirements for each class. Wixom can firm up the draft Ordinance and go so much further. There is so much at stake.

**Nicholas Carter**, **Walled Lake.** He has worked in Wixom for 11-12 years in the M-1 area. He does not believe there is infrastructure to power something like this. None of the residents want a data center. He realizes that the City cannot say that they do not want a data center. He enjoys coming to downtown Wixom with his 10-year old son. The humming noises from other data centers that were played back on other residents' phones tonight would ruin that experience. He is really proud of the residents who showed up tonight. The billionaire developers only care about the bottom dollar.

**Cenia George** [no address provided]. The water will most likely become contaminated with metals (zinc, copper and lead). Water and electricity bills will increase and property values will decrease. How will this be livable and how will people not go insane? Prices are going up in general due to inflation but now people will have to worry about data center-borne inflation. How will this work near an elementary school? How will the kids there learn? How can they live in peace? She knows it is not their fault but she wants to give them something to think about.

**Michelle Hendrian**, **1935 Hopkins Drive, Wixom.** She lives at the most northern part of the City. Wixom has a high water table. Her sump pump runs all the time. With a high water table, if anything gets in their water that is getting inside people's homes. Keep our water clean. Her kids go to Wixom Elementary and that is so close. There is a daycare center less than half a mile away from the proposed data center which starts at 6:30 a.m. All this talk about decibels, decibels, decibels. Nature sounds are different. Constant noise from a data center would drive you crazy. We do not even know the full effects of data centers. The one that Oakland University recently approved, even though smaller in size, could be a learning experience if we slow things down. If the developer violates something in the Ordinance, what are the penalties? A couple hundred thousand dollars is chump change for them. Will there be an indefinite suspension? Wixom is a Title I school and we have a lot of families who are on assistance. People will move out if they cannot afford it.

**Rachel Powers**, **603 Goodrich, Wixom**. She is a proud resident of 32 years. Her family owns a business here. She is so proud because of the community that was built. The City has struggled but it has persevered. What she loves about Wixom is that they have always taken the time to do the research. She has watched as Parks & Recreation installed the sidewalks which her family was a part of. She formerly lived in Commerce for a short time and it was not the same. Take the time to do the research as the City always has because that was makes Wixom what it is.

**Cathy Phillips**, **2415 Winona Drive, Wixom**. She knows that they cannot outright ban data centers but they do not need to make it easy. On the slide regarding site standards, replace every 'may' in the Ordinance with 'shall'. Do not give them the option. Make the developers jump through hoops. What benefit does a data center bring to the City? Once built there are very few employees. The City has had trouble getting water from GLWA; they cannot even keep water mains from breaking. How are they going to handle a data center? A 500-foot residential setback is ridiculous. Low frequency sound—the hum that residents played back tonight from Dowagiac--can travel 1-3 miles from the data center. So a 500-foot setback from residential is crazy. It should be at least a mile or more. Data centers create heat islands going out 6 miles. They worsen air pollution. They increase heat-related deaths. You can make the Ordinance as beneficial to the City with 'shalls' and not 'mays' so that developers are deterred. Also, there are environmental impacts including on City infrastructure. Half of households within 20 miles of a data center experience severe power distortions. Wixom has a small town flavor even though there is a lot of industrial. Instead of updating Ordinances as you go, slow it down. If things are not as bad down the road, you can always relax the Ordinances. Why have different decibel levels for schools, etc.? They should be the same wherever residential-type activities take place. Do not move this forward tonight. Slow it down. Do more research. Do not make it conducive for data center developers.

**Perry Dydel, 2029 Dover, Wixom**. 500 feet is where the library and Dairy Queen are from tonight's meeting room. You can walk to it in less than 3 minutes. The train comes through town at 90 decibels at 100 feet away which is no further away than 500 feet and we were interrupted inside the building tonight and had to stop. If we were sitting outside the Dairy Queen and that were the data center, how long would you be able to sit outside and enjoy your ice cream cone on a summer day?

**Russ Meredith, 378 Fletcher, Wixom**. He thanked the Commissioners and the Staff for putting together the draft Ordinance. He wonders where people came up with the idea that 10 p.m. is daytime. Consider moving that back a few hours so the noise level drops down to when the kids go to bed.

**Danielle Mosier**, **2996 Madison Street, Wixom**. She is vehemently opposed to data centers. She appreciates the work put into the Ordinance. She and her husband intentionally chose Wixom and built their home because they can walk to shops and restaurants. They have two kids they want to raise here and not feel like they need to escape. The draft Ordinance is incredibly general. They need to forget about the developer's studies and start with what we want. The Planning Commission has the power. We do not

have to allow them to set the standard. It is the residents' City and their own. Why 500 feet? Why not 5,000 feet? We should say how loud they can be. If it exceeds a certain level, there should be a large monetary fee. By Day 3, if they are still out of compliance, they should be immediately shut down. If DTE claims the grid can support this, hold them to it. If homeowners lose power more often and more electrical supply is required, the data center developer needs to fund that. If data centers want to come here, they should be required to make a defined donation to the City, pay defined taxes for every square foot that they plan to build. They should give defined sums of funds to the City every year. There should be no deviations from the initial proposed application. There should be no added generation and no additional buildings. No additional approval should be made after proposals are submitted and approved. The City should dictate upfront how much water they will be given per square foot. Any studies proving human, mental or animal health effects shall subject the data center developer to third-party testing at their cost; if that is not completed within 6 months, they will be shut down. If the cooling water becomes toxic and seeps into the land, the fine needs to be set upfront and documented for everyday that is ongoing. Make it so specific for them for non-compliance that they are subject to fines and immediate shutdown. They should be subject to audits every 3 months for the first 2 years (for toxic waste, noise, water usage, etc.) and then twice annually thereafter. If they want to leave/abandon/shut it down, they should be required to disassemble it safely and dispose of the building waste. Everything requires a timeline. If they say that none of this will happen and the citizens are overreacting, then they will have no problem signing and complying. If they do not like these requirements, then we are not interested.

**Keith Krauter**, **2906 Blue Heron, Wixom**. He lives a mile away and hears the train daily. The train is 30-40 DB. With the decibel level limits cited for the data center Noise Ordinance tonight (45-55 DB), he cannot imagine hearing that train continuously for 24 hours. That would drive him crazy. He has worked in IT for 30 years, specifically in the area of contracts. When a supplier fails to meet a commitment, they pay a credit; it is actually a penalty. Add an escalation clause; it gets their attention since continuous failures are very costly. Every time they fail it escalates. 'May' has no value. It is a waste of time. It is either 'shall' or 'will'.

**Bruce Walton**, **15 Meadow Circle, Wixom**. He thanked the City staff and the Planning Commission for their efforts. Most of the information did not mean a lot to most of the people here tonight. If the residents are told there will be no sound and that is enforced, that is great. However, they do not want to hear it is going to be 'blue' sound or 'grey' sound. We want no sound. If they cannot get that, they do not want it to interfere with their lives. Say no and let the data center developers sue the City. Other communities have fought and won. He lives in Wixom and got no notice of tonight's meeting. He heard about it from his brother-in-law who lives in Milford. No resident with a sound mind wants a data center. China has 1/5 the number of data centers that we have and they have three times the population. They already have a surveillance state and that is what is being planned here. He did not see any of the Commissioners taking notes from what the residents said tonight. We can fight this; no one wants it. We should not be trying to convince the residents that the noise will be low. If they win, then we should have very strict regulations. If they prove themselves, then you can loosen the leash a bit but not right out of the gate. They do not care about the community, your children's health or the residents. They will get huge government contracts and are borrowing money from the government. The residents will be the ones who will pay higher electrical bills and have polluted water and air. First, fight it. Then if we lose that fight, have the tightest regulations we can because we are getting nothing out of this--nothing.

*[Chairman Day requested a brief recess due to the length of the meeting and there was an adjournment from 10:18 p.m. until 10:40 p.m.]*

Upon resumption of the meeting, Chairman Day read the following letters and emails that were directed to the City Planners and/or the Planning Commission into the record:

- Wixom Industrial One, LLC's letter dated June 25, 2026
- K&S Engineering, LLC's letter dated June 25, 20216
- Rachel Hutton's email to the City Manager dated June 26, 2026
- Unsigned email from amerchant36@comcast.net dated June 27, 2026
- Email from JeNise Smith to the Planning Department dated June 29, 2029

**Thomas Yaconis** [no address provided]. He just moved to Waterford. He lived in the Walled Lake area/Wixom area for the past 14 years and worked in Wixom as well. He is proud to see how much good development we have including the nice downtown. He loves to be out in Nature. Imagine how the data center will disrupt Nature. There will be more wildlife collisions. What testing has been done to determine how troublesome the continuous data center humming will be. It will be 24/7/365. What will the data center do for us? AI generated pictures? Why are we wasting our water and polluting our air? At the end of the day you cannot eat or drink AI generated content. The Commissioners should either step up, step aside or do something. Do something. Make it almost impossible for them to come here.

**Darren Brown, K&S Engineers, 1227 Briarwood Court, Wixom**. He wants to add something regarding the 10 DB tonal penalty. The State of Illinois' Ordinance is provided in octave bands which implies the octave band is the only one that occurs. When you consider that, consider how that might effect the sound limit you are imposing. If you have a tonal sound level at nighttime, you are looking at a 35 DB tonal sound level. That might be more than the State of Illinois intends with the octave band. How will you enforce a limit that is lower than the ambient sound level? Take a closer look at the 10 DB tonal penalty.

**Roberta Meredith**, **378 Fletcher, Wixom**. Would the data center developers or Elon Musk allow a data center within 500 feet of their homes? The people do not want a data center within 500 feet of their homes or in their backyard.

**MOTION** and second by Commissioners Dornan and Lada to request City Council extend the data center moratorium for six (6) months at their next City Council meeting.

**VOTE: MOTION CARRIED**

Commissioner Grossi noted that he was one of the individuals who drove to Dowagiac yesterday to visit the data center there. He played the sound emitted from the data center on his cell phone. They got out and parked and walked around. It was erie because hardly anybody was outside on a pleasant weekend day. No kids were playing outside and no one was sitting on their porches. One guy was cutting his grass and one was working on a car. It was very eye opening. What they have in the draft Ordinance needs to be changed. The letter from Wixom Industrial One mentions a 200-300 foot setback which seems comical and not very feasible based on what he witnessed in Dowagiac. Data centers are a totally different beast from standard industrial. He has some recommendations for Wixom's Ordinance: for zoning permitted by right in M-2, permitted in M-1 with special land use but not permitted in IRO and setbacks.

Commissioner Dornan said that he is talking about not permitting data centers in the IRO district and permitting them by right in the M-2 district. Commissioner Grossi said the setbacks should be 500 feet from residential but 1,500 feet from a boundary line from residential or commercial for data centers or accessory buildings. He showed it to Commissioner Lada. It gets it further away from humans. Mr. Benson said to replace 500 feet with 1,500 feet and add the word 'commercial'.

Commissioner Tacy noted that he is looking at the permitted use in M-2. She cannot wrap her arms around permitted use. She still wants it to be a special land use; otherwise it does not come before the Planning Commission and could just slide right through.

Commissioner Grossi has concerns around water discharge. We do not know whether the City's wastewater treatment facility can handle that. Personal property taxes at 60 percent of its original value and then maybe something about wetlands. How far can data centers be from wetlands?

Commissioner Lada appreciates the feedback from the residents tonight; he heard them loud and clear. People made some excellent points. The Planning Commission does their best and then they ask the public to weigh in and they raise points that the Commissioners have not considered or a perspective they have not yet seen. He wants to dig deeper. Commissioner Tacy wants to review the Washington Township draft Ordinance.

Commissioner Willett noted that we have nothing in place right now. She suggests they take the verbiage they have right now because it can always be amended to or added to and continue to work on it. The Planning Commission meets every 2 weeks. The public is welcome to come to those hearings.

Chairman Day noted that if a developer wanted to put in a data center and they sue the City and succeed, then it goes in under the current Ordinance and they get none of the regulations they talked about.

City Attorney Ms. Saarela stated that moratorium law in Michigan is not decided. There is no binding case law regarding moratoriums. It is not spelled out in the Zoning Enabling Act so we do not know what could happen with a potential challenge. There is case law that it is valid in this court but not valid in another court. The moratorium is in place but may not stay in place. If that moratorium is removed, there has already been a submittal for a data center site plan but it has not been reviewed because of the moratorium. If that moves forward, the current Industrial zoning has a design and development of computer hardware, software, data communications, information technology, data processing and other computer related services category. The intent of a moratorium is for it to be temporary so that the City can work on getting reasonable regulations in place which is what they have been trying to do. They would hope to move that forward before they are challenged on a moratorium for it being too long or enacted in a valid manner. There is a set of guidelines and she is trying to be clear what they are up against.

Chairman Day does not have a problem changing the terms 'may' to 'shall' in the Ordinance. 'May' just means that the Planning Commission/City has the power to set those standards. It does not open the door.

Commissioner Lada said that if the City attorney's opinion is that having something is better than having nothing and that we can adjust it as we go, let us go through the list and make some of the big ticket item changes (including IRO and the setbacks) and send it to City Council with those changes. They have already done a motion for an additional 6-month moratorium. Having a safety net; i.e., "This is our current best version" is better than no safety net at all. City attorney Ms. Saarela noted that they would argue that it is not a permitted use. A member of the public suggested to add a sundown clause so that in one year's time this has to be revisited. Commissioner Willett said let us discuss it.

**MOTION** and second by Commissioners Grossi and Lada to modify the draft zoning ordinance amendments to have "data centers" listed as a special land use in the M-1 and M-2 zoning districts and listed as not permitted in the IRO and OS-1 districts.

**VOTE:** **MOTION CARRIED**

Mr. Benson noted that they should also address the outstanding proposed regulations for Section 18.08.040(H) which sets the specific zoning standards in IRO. That would no longer be applicable if the draft Ordinance does not permit that use. That means they would need a simple motion to deny moving those specific standards forward based on the previous motion. Commissioner Willett said that is contained

on page 2 of the draft. Commissioner Lada confirmed that the motion would be to remove IRO language from the draft as it is no longer permissible.

**MOTION** and second by Commissioners Grossi and Tacy to remove Section 18.08.040(H) from the draft Ordinance amendments.

**VOTE: MOTION CARRIED**

**MOTION** and second by Commissioners Grossi and Tacy to change the setback from 500 feet to 1,500 feet for residential.

Roll Call Vote: Ayes – Day, Tacy, Grossi, Lada, Dornan
Nays – Willett

Motion passed 5 - 1

**VOTE: MOTION CARRIED**

Commissioner Dornan asked what is wrong with a 2,000-foot setback from residential? There was a loud smattering of applause from the members of the public present. Commissioner Willett said that if we quadruple it, it has to be reasonable. She suggests bumping it to 1,000 feet temporarily and it can be amended later.

Commissioner Lada asked Mr. Passalacqua about the current verbiage. What is the largest setback for any of the Ordinances? Mr. Benson said that as far as he knows it is 800 feet. Chairman Day said that he has no problem with a 1,500-foot setback. Commissioner Dornan noted that data centers are a very unique use. Commissioner Willett noted that there are very few places that will qualify. Chairman Day suggested going with the 1,500-foot setback and that City Council can change it to 1,000 or 2,000 feet—whichever direction they think it should be tweaked; but they should know that the Planning Commission thinks that that a 500-foot setback is not enough.

Commissioner Lada sought to confirm that with water cooling they are just using the water. Mr. Benson said that without seeing an actual application it is difficult to say. Mr. Passalacqua asked Commissioner Lada whether he is inquiring about a closed loop system. Commissioner Lada noted that his concern is cross contamination. If it is released into the drain that is different. There is a whole water cycle. If you release it clean, it is part of the water cycle. If the water is not clean leaving the facility, he has additional questions. Mr. Benson said that given the other industrial uses in the City, there are industrial pre-treatment standards. The City has to be able to verify that they can accept the applicant's wastewater and supply them with water. That can be part of a special land use discussion. Commissioner Dornan noted that could go into a development agreement which is already written into the Ordinance. He is looking for assurances that the development agreement may be discussed by the developer and the City because that is important.

City Attorney Ms. Saarela noted that when you are talking about a special land use and any conditions that are made are necessitated because of the impacts of the special land use, you would be able to enter into a development agreement based on those conditions. Mr. Passalacqua noted that it is a general principle that the Ordinance does have development agreement language as it relates to the infrastructure mitigation.

Commissioner Willett noted that they have covered the buffer zone. She thinks they need more time on noise and coolant although she does not think the City can dictate exactly what they use; there has to be

some variance; i.e., different types of closed loop systems. They need more information. The 'may'/'shall' has been handled. They asked for the longer moratorium. The last thing on the list is the penalties. They are trying to get something on the books in order to have some layer of guidance and protection in the interim. Chairman Day noted that there is a need for penalties/repercussions.

City Attorney Ms. Saarela noted that they have to follow the Michigan Zoning Enabling Act and it does not authorize penalties. Under the Home Rule Cities Act, you can penalize people for committing a misdemeanor for violating a City Ordinance. Zoning Ordinance violations are municipal civil infractions. When you are talking about penalizing someone for not following a site plan, you would not penalize them financially. You would go to Court to get injunctive relief to stop them from violating your approved site plan; that would be the penalty. If they do not follow the approved site plan, the City would file a Circuit Court action to make them comply. Chairman Day confirmed that would include noise violations. Typically you are writing a noise violation standard which would be a civil infraction ticket. However, in this case it is part of a special land use approval that they can enforce in Circuit Court. If they are not meeting the noise standards of their special land use, the City can take it to Court. Commissioner Dornan noted that he does not want to go to Court. He wants it to be clear in the Ordinance; i.e., for the first violation the penalty is this; for the second violation the penalty is this. City Attorney Ms. Saarela noted that would be a municipal civil infraction violation which is all they can do under the Zoning Enabling Act. That would amount to a $200-$300 enforcement which will not get you where you want to be. If they are going to violate your site plan approval, the special land use approval and it is a significant violation, you will want to take it to Circuit Court. Commissioner Dornan asked about a 10 DB penalty. City Attorney Ms. Saarela said that with municipal civil infractions there are limits on how much you can fine them; they will not care about a $250 or even a $500 subsequent fine. Commissioner Dornan noted that this is similar to penalizing the railroads for blocking the street; they get penalized but they do not care. Mr. Benson said that ultimately it is an enforcement action. Commissioner Lada said that the Planning Commission cannot do what the State or the courts will not allow them to do.

**MOTION** and second by Commissioners Lada and Tacy to administratively change, where appropriate, the term 'may' to 'shall' in the draft Noise Ordinance.

**VOTE: MOTION CARRIED**

Chairman Day recommends that they move it forward to City Council so they have something in place while they continue looking at other things because it is clear there is an existing site plan that has been proposed. If there is a lawsuit, they have none of the items discussed tonight in place and they need to get something in place. They do not know whether the moratorium will be upheld if it goes to Court. If the applicant is correct that he already has a right under the City's current Ordinance to put in a data center, then they do not have any of this protection. So we really need to get this to City Council. If they want to do additional tweaks to it, they will have an opportunity to do so and those meetings will be open to public comment.

Commissioner Dornan noted that the decommissioning section is way too weak. It is not compelling or commanding. It should include a performance bond in lieu of cash in the amount of $450,000 and he is prepared to make a motion to that effect. City Attorney Ms. Saarela said that she is not aware of any authority to require a bond of that size in the State Zoning Enabling Act. They can require a performance guarantee for the construction; that is authorized but the State law does not authorize them to add that. The City is governed by what they can put into the Ordinance by the Zoning Enabling Act. We can require a bond to ensure the completion of construction but not a permanent bond. Commissioner Dornan noted that this would protect the City in the event this turns out to be a fad. He is taking a nuclear approach. Chairman

Day understands Commissioner Dornan's concern and he agrees with it but if it is not something that they can legally do, then it is not something that they can legally do.

Chairman Day reiterated that they should send this to City Council as is while they look at other options as they go down the road. Commissioner Lada sought to confirm that by the Commissioners making the recommendations and motions that they have tonight, it does not prohibit the Commissioners from continuing to discuss this matter in the future. Mr. Benson confirmed this and said that ultimately they will have to see what City Council does. He has to give some thought to what the Planning Commission's next steps look like but the Planning Commission's next scheduled meeting is next Monday although there will likely not be a meeting. City Council's next meeting is July 14th and the intent would be to get a draft to them for that meeting if that is the Planning Commission's intent. That could result in a continued discussion at the Planning Commission's July 20th meeting where they can bring back the draft. Commissioner Lada asked Mr. Benson if City Council amends the Ordinance, does it come back to the Planning Commission or do they just amend it and move on? Mr. Benson said that City Council can amend it as they see fit. City Attorney Ms. Saarela said that the Planning Commission is making a recommendation for them to adopt certain standards and then Council makes the final determination. Commissioner Tacy noted that City Council will see the minutes for tonight's Planning Commission so they will see that the Planning Commission still intends to have further discussion. Chairman Day pointed out that City Council will also see all the comments of members of the public from tonight's meeting.

**MOTION** and second by Commissioners Tacy and Lada to forward the proposed Zoning Ordinance amendments with the changes to the permissible zoning districts as discussed and change the setback from 500 feet to 1,500 feet and the administratively made changes from 'may' to 'shall' verbiage, where appropriate, in the Ordinance to City Council for review at their next available meeting.

Roll Call Vote: Ayes – Day, Tacy, Grossi, Lada, Willett
Nays – Dornan

Motion passed 5 - 1

**VOTE: MOTION CARRIED**

**Call to the Public:**
**Dennis Griffin, Wixom Industrial One, LLC, 2300 Burdette, Ferndale**. Those were really substantial changes to the Ordinance and this should call for a new public hearing. They were not insignificant changes.

**John Palmer** [no address provided]. His nightmare is this moving forward. He looks at I-275 which was a constant drone. They put up those barrier walls. If this thing moves forward, would a barrier wall and a sound barrier-type wall help? Chairman Day stated that the barrier wall is contained in the Ordinance. It would be 25 feet above grade if ground mounted and 15 feet above any equipment if it is roof mounted. Commissioner Grossi noted that there were 25 feet of arborvitaes in Dowagiac and they did not help. Mr. Benson noted that we cannot make apples to apples comparisons when it comes to data centers. It has to be demonstrated with the application and then it comes before the Planning Commission. Mr. Passalacqua noted that sound barriers are allowed to be up to 15 feet tall rooftop and 25 feet tall ground mounted. They are not required but are there to assist the applicant in meeting the noise standards. Mechanical equipment does have to be screened from view. The sound barrier language does not require them. Mr. Palmer asked whether that can be proposed tonight. Chairman Day noted that the City has noise standards which a data center developer would have to meet. They do not know what kind of noise

standards they had in Dowagiac, what allowances they had for screening or even whether they had noise standards at all. What was recorded was likely louder than what Wixom wants to allow.

**Donald Gambrell**. Are these walls soundproof? Chairman Day said that it is up to the developer what they do in order to meet the noise requirements. Mr. Gambrell said that based on other data centers the sound is horrible. Chairman Day said that then they would not be able to meet the City's sound standards.

**Cathy Phillips**. Since we do not have an Ordinance in place, it is very important when this gets advanced to City Council that they emphasize to City Council that more studies are required. She does not disagree that another public hearing should be held even before it is advanced to City Council.

**Bruce Walton**. No one wants it. Whether it can be stopped is probably in the hands of the Planning Commission. They will not know until it is here nor what it will sound like and that is too late. Mr. Benson said that they will not know until they apply. Mr. Walton confirmed with Chairman Day that they will know about the sound level before they turn it on. What tools does the City have if the developer does not meet the requirements? Chairman Day said that they can go to Circuit Court and get injunctive relief. Mr. Walton asked whether they can be shut down until they comply.

**Staff Comments:**

Mr. Benson said that the Staff will want a bit of time to make the edits to the draft Ordinance and is made publicly available. When the revised Ordinance is available, it will be posted to the City's webpage and can show members of the public how to access that immediately after the close of tonight's meeting. They may need to have additional conversations with legal counsel. He thanked the residents and property owners. He noted that there are a lot of similar Oakland County communities addressing the data center topic.

**Commission Comments:**

Chairman Day thanked everyone for coming up tonight and sharing their opinions. He appreciates their passion and the eloquence of everyone who spoke as well as the preparation they put into speaking tonight. Some excellent points were made tonight and gave the Commissioners a lot of food for thought.

Commissioner Lada noted that a few residents tonight said that they did not receive notice of the meeting. He thinks the City does a great job of sharing events and meetings and encouraged residents to sign up for the e-news blasts. He has never had the feeling that the City is trying to hide things. Chairman Day noted that the City pushes out a news blast every Friday and that tonight's data center meeting was part of that for the last several weeks.

Commissioner Willett thanked Mr. Sevener for his presentation and those who drove to Dowagiac on a sunny Sunday.

Commissioner Grossi implores everyone to drive out to Dowagiac. He noted that Mr. Frazier commented about living in an apartment. He is a resident just like everyone else here. It does not matter whether you live in an apartment or a house.

Commissioner Lada asked people to identify themselves when sharing their feedback with the City, the Planners or the Planning Commission and noted that one of the emails sent in was not signed; there is no ownership.

Commissioner Lada encouraged people to attend the Wixom Community Foundation event on the last Saturday in July. It is family friendly and involves an adventure around the Wixom, Walled Lake and Commerce area. There are prizes including Tigers tickets.

**ADJOURNMENT:**
This meeting of the Planning Commission was motioned and adjourned at 11:35 p.m.

Nancy Fisher
Recording Secretary