# EXHIBIT 25

8:29

MD

Mike




Mon, Jun 29 at 7:37 PM

Think you will be done by midnight?

Tue, Jun 30 at 11:18 AM

Is there a convenient time for you to rehash last night's meeting...

The sound expert was terrible... terrible... terrible...

Tue, Jun 30 at 6:53 PM

I've got to ask you one more question about the original moratorium and the extension

Okay

Text Message • SMS