# EXHIBIT 28


9:00
What are they suggesting?
Keenan
y aren't really su
thing that wasn't
recent email about ru to get
something voted . The
attorney's memo
why the current moratorium may not hold under legal challenge. I don't truly know what we will be discussing beyond being talked at about why they want to rush something through.
Is the waiver even on the agenda?
You know how I feel about the data center, I think the current draft by the planning commission is not adequate.
The fact that it allows for a data center looming over our downtown is a disappointment.
I would not grant the waiver and I will not vote to approve the current draft when it comes to us without revisions.
The waiver is not on the agenda from what I can see, not so say that they won't be asking us to take that action when we show up.
It seems to be an in-person push to get us to hurry through and not question very much aside from maybe adjusting the distance.
Sun, Jun 28 at 2:18 PM
Text Message • RCS