# EXHIBIT 29

1035 W. Entrance drive Auburn Hills – 75,000 sqft DC

1:37

It says i ,000 square feet just sli ger then what is being p ed in Wixom

DB

Drew

Yes, although the one here is 519k across 3 buildings as opposed to one single building there. The one here also appears to have significantly more outdoor mechanical yard space, although we don't know much about that based on what has been provided.

My main caution is that the age of the structure and site layout, as well as operating practices of the one in Dowgiac may or may not be an apples to apples comparable to Saline, Lyon, or what is being proposed here. We simply do not have enough information at this point. I think your due diligence is good though

Agree it's not apples to apples, but it's the only thing we have within driving distance similar in size

Agreed

Sun, Jun 28 at 10:10 AM



iMessage